UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

CA 07 144S

v.

D.C.No.__________

STATE OF RHODE ISLAND, ET AL.
(Respondents)

## PETITIONER'S AFFIDAVIT OF TRUTH

**I, Petitioner/Affiant, NORMAND BEDFORD, hereby, depose and say under the penalty of perjury:**

That the allegations, declarations and assertions made within the attached and associated "Petition for Writ of Habeas Corpus, and it's attached Memorandum in Support thereof," are true, correct and complete, not misleading, the truth, the whole truth, and nothing but the truth, so help me God, and that the same includes **Exhibits A-J**, with attached **Inventory List**. Note: **Exhibit "A"** has **Appendix's 1-9**, therein, with it's own **Inventory List**.

That the enclosed **Exhibits A-J**, and the above noted **Appendix's 1-9**, are true copies of the originals.

That the enclosed "Memorandum in Support of Petition for Writ of Habeas Corpus," pursuant to **28 U.S.C.A. §2254**, that this Affidavit supports, alleges factual claims of clear violations of federal law, **title 18 §§1503; §1702;** and **§1001**, of the United States Code, as well as violations of **42 U.S.C.S. §1983**, defined as [malicious prosecution, and abuse of process].

That all the aforementioned claims demand that Petitioner's instant "Petition for Writ of Habeas Corpus" be granted, ordering the immediate release of said Petitioner from unlawful state custody.

Dated: 3-30 ,2007.

Respectfully submitted

Normand Bedford

NORMAND BEDFORD, Pro se
P.O. BOX 8273
CRANSTON, RI 02920-0273

Subscribed and sworn before me this 30 day of March ,2007, in Providence County, in the City of Cranston, in the State of Rhode Island 02920.

Dated: 3/30 ,2007.

Notary Public

COMMISSION EXPIRES
9-21-09

## Certification

I, the undersigned hereby, certify, that I, caused a true copy of the within "Affidavit of Truth," to be mailed, this 16th day of April ,2007, postage prepaid, to: Mr. Aaron L. Weisman Esquire, Rhode Island Attorney General's Office, 150 South Main Street, Providene, RI 02903.