CA 07 144 S

EXHIBIT "B"

RHODE ISLAND JUDICIAL SYSTEMS AND SCIENCES DATE 08/13/2004
SUPREME COURT INFORMATION SYSTEM

DOCKET EVENT LISTING

TITLE: STATEOF RHODE ISLAND V NORMAN BEDFORD FILE NO: 20030030
APPEAL DATE: 12-23-2002 DOCKET NO.: 2003 30 DOCKET DATE: 01-16-2003
APP. TYPE: CRIMINAL APPEAL AGENCY: PROV SUP. COU
LOWER CRT NO.: P1-97-1715A ADD'L CASE NO.:

03-18-2004 ORDER MOTION TO RECONSIDER IS DENIED
DEFT IS TO PROCEED PRO-SE
03-18-2004 ORDER MOTION FOR COUNSEL FEE GRANTED
$ 1,555.00 TO RICHARD K. CORLEY ESQ.
03-22-2004 MOTION FOR RECONSIDERATION
OF APPOINTMENT OF COUNSEL.
03-23-2004 DEFENDANTS MOTION TO EXTEND.
04-20-2004 DEFENDANTS MOTION TO EXTEND. GRANTED 06-20-2004
04-20-2004 MAILED TO ATTORNEYS
06-14-2004 LETTER FILED
06-17-2004 LETTER FILED
DOCKET SHEET SENT.
06-24-2004 LETTER FILED
06-24-2004 DEFEND. MOTION TO STAY FILED.
Goldberg, Maureen McKenna Hon
06-24-2004 MEMORANDUM FILED
06-24-2004 MOTION TO APPOINT COUNSEL
06-29-2004 DEFENDANTS MOTION TO EXTEND. GRANTED 07-30-2004
06-29-2004 MAILED TO ATTORNEYS
07-08-2004 OBJECTION TO MOTION FILED
08-02-2004 LETTER FILED
W EXHIBITS

RHODE ISLAND JUDICIAL SYSTEMS AND SCIENCES DATE 08/13/2004
SUPREME COURT INFORMATION SYSTEM

DOCKET EVENT LISTING

TITLE: STATEOF RHODE ISLAND V NORMAN BEDFORD FILE NO: 20030030
APPEAL DATE: 12-23-2002 DOCKET NO.: 2003 30 DOCKET DATE: 01-16-2003
APP. TYPE: CRIMINAL APPEAL AGENCY: PROV SUP. COU
LOWER CRT NO.: P1-97-1715A ADD'L CASE NO.:

BEDFORD, NORMAN DEF BEDFORD, NORMAN PRI
STATE OF R.I. BEL Ryan, Stephen AGS
Weisman, Aaron L AGS

| DATE | ACTION | OUTCOME | DATE | STAGE |
|---|---|---|---|---|
| 01-16-2003 | DEFEND. MOTION FOR BAIL<br>Goldberg, Maureen McKenna Hon | | | BEFORE FIRST B |
| 01-16-2003 | PAPERS AND TRANSCRIPT FILED. | | | |
| 01-16-2003 | LETTER WAIVER PRE BRIEF | | | |
| 01-29-2003 | EXHIBITS FILED. | | | |
| 01-31-2003 | OBJECTION TO MOTION FILED | | | |
| 02-10-2003 | DEFENDANTS MOTION TO EXTEND.<br>RESPOND TO STATE | GRANTED | 05-03-2003 | |
| 03-03-2003 | LETTER FILED.<br>FROM CLERK TO DEF WHETHER OR NOT HE'S GOING TO REPERSENT HIMSELF | | | |
| 03-10-2003 | MOTION TO APPOINT COUNSEL | | | |
| 03-21-2003 | TRANSCRIPT FILED.<br>COPY SENT TO DEFT. | | | |
| 03-28-2003 | ORDER MOTION APPOINT COUNSEL<br>ATT. DEVLIN | GRANTED | | |
| 04-01-2003 | LETTER FILED. | | | |
| 04-07-2003 | MOTION FILED IS<br>PRO SE MOTION FILED FOR SUMM. DISPO./ORDER FOR TRANSCRIPT. | | | |
| 05-20-2003 | LETTER FILED.<br>REQUEST FOR DOCKET SHEET MAILED TO DEF. PER REQUEST. | | | |
| 07-08-2003 | ORDER MOTION APPOINT COUNSEL<br>RICHARD CORLEY ESQ. APPOINTED. | GRANTED | | |
| 07-11-2003 | TRANSCRIPT WITHDRAWN | | | |
| 08-18-2003 | LETTER FILED | | | |
| 10-29-2003 | LETTER FILED | | | |
| 11-21-2003 | APPEARANCE FOR DEFENDANT<br>Corley, Richard K. | | | |
| 12-15-2003 | LETTER FILED | | | |
| 01-27-2004 | MOTION TO W/DRAW APPEARANCE | | | |
| 01-30-2004 | TRANSCRIPT FILED. | | | |
| 02-02-2004 | MOTION FOR RECONSIDERATION | | | |
| 02-02-2004 | MEMORANDUM FILED | | | |
| 02-13-2004 | NOTICE OF BRIEFS MAILED.<br>DEFT. DUE BY 3-26-04. COPIES OF TRANSCRIPTS SENT TO MR. BEDFORD. W/ ORDER. | | | |
| 02-13-2004 | ORDER MOTION TO RECONSIDER IS | DENIED | | |
| 02-13-2004 | ORDER MOTION TO W/DRAW APPEAR. | GRANTED | | |
| 02-19-2004 | TRANSCRIPT RETURNED | | | |
| 02-23-2004 | LETTER FILED | | | |
| 03-01-2004 | MOTION TO APPOINT COUNSEL<br>TO RECONSIDER. | | | |
| 03-02-2004 | MOTION FOR COUNSEL FF FILED. | | | |