CA 07 144 S

EXHIBIT "D"

Supreme Court
No. 03-30-C.A.

State of Rhode Island :

v. :

Normand Bedford :

ORDER

The defendant's motion to enlarge the time within which to file his brief is granted. Such brief shall be due on or before *July 30, 2004.*

Entered as an Order of this Court this *29th* day of *June 2004.*

By Order,

Clerk