CA 07 144S

EXHIBIT "G"

Nancy J. Mayer
*General Treasurer*

Barbara Ann Murphy
*Program Administrator*

# State of Rhode Island and Providence Plantations

TREASURY DEPARTMENT

*CRIME VICTIM COMPENSATION PROGRAM*

December 22, 1998

Norman Bedford
P.O. Box 8273
Cranston, RI 02920

**RE: STATE OF RHODE ISLAND VS. NORMAN BEDFORD**
**Criminal Case Number: P1/971715A**
**Victim: Valentina Patnaude, on behalf of her minor daughter**

Dear Mr. Bedford:

I am in receipt of your November 11, 1998 letter. Please be advised that I represent the interests of the Crime Victim Compensation Program in the Office of the General Treasurer of the State of Rhode Island.

In 1997, you were convicted of one count of 1st degree Sexual Assault and one count of 2nd degree Sexual Assault, in the Superior Court case number listed above.

On April 9, 1998 pursuant to the Criminal Injuries Act of 1996, in claim number 970035, a Notice of Award Recommended for payment was agreed upon for the payment of compensation in the amount of $6,610.55 payable to the victim.

**PURSUANT TO RHODE ISLAND GENERAL LAWS SECTION 12-25-26 DEMAND IS HEREBY MADE IN THE AMOUNT OF $6,610.55.**

If you have retained legal counsel, please have your attorney contact this office immediately. If you wish to represent yourself, please contact this office at (401) 222-2287 to make arrangements to pay your indebtedness.

Failure to respond to this correspondence may result in further legal action without prior notice.

Bedford convicted
In May 1998
Correction:
Normand Bedford

Sincerely,

BARBARA A. MURPHY
Program Administrator
Crime Victim Compensation Program

ORANGE-REMITTANCE COPY
GREEN-AGENCY
COPIES TO STATE CONTROLLER

DEPARTMENT OF ADMINISTRATION
OFFICE OF ACCOUNTS AND CONTROLS
ONE CAPITOL HILL
PROVIDENCE, R.I. 02908-5883

VOUCHER NO.

BILL TO
Treas/VCIF
40 Fountain St. Prov. RI 02903

PURCHASE ORDER NO.

REQUISITION NO.

VENDOR'S F.E.I./S.S. NUMBER, NAME, AND ADDRESS
F.E.I.N./S.S. NO. ******

Sundry Payee
c/o Treas/CVC
40 Fountain Street
Providence, RI 02903

VENDORS INVOICE NO.

VENDORS INVOICE DATE

TERMS

INDICATE WHETHER INVOICE REPRESENTS
PARTIAL DELIVERY FINAL DELIVERY

VOUCHER DATE
April 15, 1998

| DESCRIPTION OF ITEMS | | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|
| Nicole Desourdy<br>Application #970035 ordered on 4-09-98 | | | |
| NAME | FEIN | BOC | |
| Valentina Patnaude<br>R.I. Hospital | 05-0258954 | 583<br>585 | $6,500.00<br>110.55 |

CRIME VICTIM COMPENSATION PROGRAM

Barbara A. Murphy, Director

| ACCOUNT NO. AND BUDGET CODE | COST CENTER | AMOUNT | ENCUMBRANCE LIQUIDATED AMOUNT |
|---|---|---|---|
| 2310-80300-583 | | $6,500.00 | |
| 2310-80300-585 | | $ 110.55 | |
| 2310-80300-266 | | $ | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| TOTAL AMOUNT | $6,610.55 |
| LESS: CASH DISCOUNT | |
| ADJUSTMENT | |
| NET AMOUNT | $6,610.55 |

RECEIVED BY: DELIVERY DATE:

-- CERTIFICATE --

I hereby certify that

The items listed above have been received in good condition and are accepted by me. This is a just and proper charge against the accounts listed and has never been paid before. I am duly authorized to sign this certificate.

AUDIT DATA ENTRY BUDGET APPROVAL AUTHORIZED AGENT

Nancy J. Mayer
General Treasurer

Barbara Murphy Boden
Program Administrator

State of Rhode Island and Providence Plantations
TREASURY DEPARTMENT

*CRIME VICTIM COMPENSATION PROGRAM*

July 29, 1997

Valentina Patnaude

RE: Application No.: 970036
APPLICANT: Valentina Patnaude
VICTIM : Nicole Desourdy

Dear Ms. Patnaude:

On January 22, 1997, you filed an application with the Crime Victim Compensation Program. After opening the application it was discovered that the program had previously received an application on behalf of the victim for the same crime.

The new claim has been closed and supplemental benefits will be considered under claim 970035, the claim number that was assigned to the initial claim filed.

If you have additional information for us to consider, please let us know immediately either by writing to the above address or by calling (401) 277-2287.

Sincerely,

Barbara Murphy Boden
Program Administrator

redacted copy