CA 07 144 S

EXHIBIT "H"

HANSON, CURRAN, PARKS & WHITMAN
COUNSELORS AT LAW
THE FRANCIS BUILDING
146 WESTMINSTER STREET
PROVIDENCE, RHODE ISLAND 02903-2218
TELEPHONE (401) 421-2154
TELECOPIER (401) 521-7040

A. LAURISTON PARKS
DAVID P. WHITMAN
MICHAEL T.F. WALLOR
DENNIS J. McCARTEN*
JAMES T. MURPHY*
SETH E. BOWERMAN
THOMAS R. BENDER
MARK W. DANA

WILLIAM A. CURRAN
OF COUNSEL

RICHARD H. BURROWS
CHRISTOPHER J. ZANGARI*†
WENDY J. TAYLOR

*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN CONNECTICUT

KIRK HANSON
1948-1991

May 27, 1998

Norman Bedford
Intake Service Center
P.O. Box 8249
Adult Correctional Institution
Cranston, RI 02920

**RE: State of Rhode Island**
**VS: Norman Bedford**
**Our File: 98-243**
**Case No.: P1/97-1715A**

Dear Mr. Bedford:

Please find enclosed a copy of the motion for a new trial I prepared for you. As you know, Judge Clifton granted my oral motion to withdraw as your attorney on May 21, 1998. This was done at your request because I would not file motions after resting. Those motions had no basis in law or fact in my opinion. I anticipate receiving a date for this motion in the near future. I strongly suggest you obtain counsel to argue this motion and assist you in sentencing. I also strongly suggest that the same attorney assist you in perfecting the appeal. If you do not obtain counsel, you may very well lose your appellate issues forever.

Very truly yours,

Mark W. Dana

MWD:ama

cc: Judge Edward C. Clifton
Steven Ryan, Special Assistant Attorney General

MWD:ama 05-27-98

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

STATE OF RHODE ISLAND :
:
VS. : IND. No. P1/97-1715
:
NORMAN BEDFORD :

## DEFENDANT'S MOTION FOR A NEW TRIAL

Now comes the defendant, Norman Bedford, pursuant to Criminal Rule of Procedure 33, and requests this Court grant the defendant a new trial. As grounds for this motion the defendant asserts that:

1. The verdict was against the evidence.
2. The verdict was against the law.
3. The verdict was against the law and the evidence.

WHEREFORE, defendant requests the Court grant the defendant a new trial.

Norman Bedford
Prepared by Standby Counsel

HANSON, CURRAN, PARKS & WHITMAN

Mark W. Dana, Esq., #4150
146 Westminster Street
Providence, RI 02903-2218
(401) 421-2154
(401) 521-7040 (fax)

## PROOF OF SERVICE

I, the undersigned, hereby certify that on the 27 day of May, 1998, I mailed a copy of the within upon **Norman Bedford,** Intake Service Center, A.C.I., P.O. Box 8249, Cranston, RI 02920 by mailing a copy of same to him at the address as hereinabove set forth.

HANSON, CURRAN, PARKS & WHITMAN