CA 07 144S

EXHIBIT "I"

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, Sc. SUPERIOR COURT

STATE OF RHODE ISLAND

VS. P1/97-1715A

NORMAN BEDFORD

HEARD BEFORE

THE HONORABLE JUSTICE PFEIFFER

JUNE 9, 1998

04 MAR 30 PM 1:47
SUPERIOR COURT
CLERK'S OFFICE

03-30
1 of 1

APPEARANCES:

STEPHEN RYAN, ESQ.

ASSISTANT ATTORNEY GENERAL FOR THE STATE

NORMAN BEDFORD PRO SE

C E R T I F I C A T I O N

I, Robbin A. Lapati, hereby certify that the succeeding pages, 1 through 2, inclusive are a true and accurate transcript of my stenographic notes.

Robbin A. Lapati
COURT REPORTER

JUNE 6, 1998

MORNING SESSION

THE CLERK: Your name and date of birth.

THE DEFENDANT: Norman L. Bedford 11-1-63.

THE COURT: Okay. Mr. Bedford, just one moment. I want to look at your file.

MR. RYAN: He does not have an attorney. Mark Dana was his attorney. He released him, Your Honor.

THE COURT: Was he privately --

MR. RYAN: He was court appointed, Judge. If I can give you a history, I think this is a motion just for habeas corpus to have him released to bail. Mr. Bedford was convicted by a jury before Mr. Justice Clifton on May 22nd on the counts of first-degree and second-degree child molestation. He was held without bail after the verdict. At the end of the trial he fired Mr. Dana. Judge Clifton appointed Mr. Dana as stand-by counsel. Following the trial Mr. Dana --

THE COURT: Perfected the appeal.

MR. RYAN: Well, he filed a motion for a new trial at that point. We were before Mr. Justice Clifton on Friday, June 5th. At that point Mr. Bedford asked for the case to be continued, and again informed Mr. Dana that he did not want him to represent him. So at this point he has no attorney and there is no new date for a

motion for a new trial.

THE COURT: Mr. Dana was released as counsel.

MR. RYAN: Absolutely.

THE COURT: Okay. I have been informed by the Department of Attorney General that Mr. Dana no longer represents you, and that this simply is before the Court for appointment of new counsel. Is that what you're seeking to have the Court do?

THE DEFENDANT: Yes.

THE COURT: I'm going to continue this matter one week for the appointment of a Class 1 felony attorney to represent you, okay.

THE DEFENDANT: With regard to the continuance for an appeal of a new trial, I can't speak for that.

THE COURT: You're going to have to repeat that. I didn't hear the end of what you're saying.

THE DEFENDANT: With regard to the continuance of for a new trial, when will I receive a date for that because last week I asked Mr. Dana to -- I have property --

THE COURT: What I'm going to do is, I am having a problem understanding you, I'm going to get counsel for you. In any event I will have you brought to court next week, next Tuesday, and we will have a new attorney here and we can take up these questions at that time.

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, Sc. SUPERIOR COURT

STATE OF RHODE ISLAND

VS. P1/97-1715A

NORMAN BEDFORD

HEARD BEFORE

THE HONORABLE JUSTICE PFEIFFER

JUNE 16, 1998

APPEARANCES:

NORMAN BEDFORD PRO SE

# C E R T I F I C A T I O N

I, Robbin A. Lapati, hereby certify that the succeeding page, 1 inclusive, is a true and accurate transcript of my stenographic notes.

Robbin A. Lapati
COURT REPORTER

JUNE 16, 1998

MORNING SESSION

(video calendar)

THE COURT: Can you give me your full name and date of birth.

THE DEFENDANT: Norman Bedford, 11-1-63.

THE COURT: Has he entered on this?

THE CLERK: No, it was continued.

THE COURT: Mr. Bedford, Mr. Neil Steingold has been appointed to represent you. He indicates that he will enter, and he will be in touch with you before your next court date. Do you have any questions about that?

THE DEFENDANT: No. But I do have a question about a motion for new trial. Do we have a date on that yet?

THE COURT: I don't know anything about the motion for new trial, but Mr. Steingold will be probably seeing you in one week so we can take it up then.

THE DEFENDANT: Okay. Thank you.

**********

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, SC SUPERIOR COURT

STATE OF RHODE ISLAND :
:
Vs. : P1/97-1715
:
NORMAN BEDFORD :

DETERMINATION OF ATTORNEY

HEARD BEFORE

THE HONONRABLE SPECIAL MAGISTRATE KEOUGH

JUNE 25, 1998

SUSAN L. INMAN
COURT REPORTER

JUNE 25, 1998, A.M. SESSION

THE COURT: 97-1715, Norman Bedford. That's video.

THE CLERK: That's going to be before Judge Clifton, but I put it on the video, so you will have to notify him.

THE COURT: I will hold that.

* * * * *

THE COURT: Okay, good morning, Page two. Norman Bedford.

THE DEFENDANT: Good morning, your Honor.

THE COURT: Good morning. State your full name and date of birth.

THE DEFENDANT: Norman L. Bedford, 11/1/63.

THE COURT: Mr. Bedford, this matter is scheduled for determination of attorney. Are you represented by an attorney?

THE DEFENDANT: Yes, I was assigned an attorney last week, Neil Steingold.

THE COURT: Okay. Has he entered yet?

THE DEFENDANT: He hasn't come to see me yet though.

THE COURT: All right. It appears that Mr. Steingold has entered in your behalf, sir. He should be contacting you shortly.

THE DEFENDANT: Okay, is there a date for an appeal or new trial set yet?

:04 THE COURT: You should be notified sometime today or tomorrow regarding the next date.

:12

:16 THE DEFENDANT: Okay, thank you.

:16 THE COURT: Any other questions?

:18 THE DEFENDANT: No.

:18 THE COURT: Thank you.

* * * * *

# C E R T I F I C A T I O N

I, SUSAN L. INMAN, hereby certify that the succeeding pages, 1 through 2, are a true and accurate transcript of my stenographic notes.

Susan L. Inman

Susan L. Inman
Court Reporter

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Superior Court
OFFICE OF COURT REPORTERS
250 Benefit Street
Providence, R.I. 02903

December 13, 2004

**BILL TO:**

Aaron Weisman
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903

**PAYABLE TO:**

Susan L. Inman
Providence Superior Court
250 Benefit Street - Rm. 506
Providence, R.I. 02903

**FOR TRANSCRIPT IN THE CASE OF:**

State vs. Norman Bedford
P1/97-1715
Determination of Attorney
The Honorable Special Magistrate Keough
June 25, 1998

4 Original Pages @ $3.00 per page . . . . . $ 12.00
__ Copy Pages @ $1.50 per page . . . . . $

TOTAL AMOUNT DUE: $ 12.00

Susan L. Inman
Susan L. Inman
Court Reporter

APPROVED: ________________

DATE: 12/13/04