UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v.

CA 07 144 S
D.C.No.

STATE OF RHODE ISLAND, ET AL.
(Respondents)

**PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS**

Now comes Petitioner, NORMAND BEDFORD, in the above-entitled matter and hereby, moves this Honorable Court, pursuant to **28 U.S.C. A. §2254**, a "Petition for Writ of Habeas Corpus," for immediate release of person in State custody on the grounds that incarceration is illegal, and void on it's face, without legal jurisdiction, and incapable of being affirmed or ratified, pursuant to the First, Fifth, Sixth and Fourteenth Amendments to the United States Constitution.

Appellant submits the attached Memorandum in Support of the instant petition, whereby, he prays that the same be granted, respectively, ordering the immediate release of Petitioner named above, from unlawful State custody.

**Respectfully submitted**

Normand Bedford

**NORMAND BEDFORD, Pro se**
**P.O. BOX 8273**
**CRANSTON, RI 02920**

## Certification

I, the undersigned hereby, certify, that I, caused a true copy of the within "Petition for Writ of Habeas Corpus, with attached Memorandum in Support thereof, and attached Affidavit of Truth," to be mailed this 16th day of **April**, **2007**, postage prepaid, to: Mr. Aaron L. Weisman, Rhode Island Attorney General's Office, 150 South Main Street, Providence, Rhode Island 02903. Copy sent to U.S. Federal District Court, 1 Exchange Terrace, Providence, Rhode Island 02903, via certified mail receipt, Article No. 7006 0810 0000 4647 2047.

**Dated: March 28, 2007.**

Normand Bedford

**NORMAND BEDFORD, Pro se**
**P.O. BOX 8273**
**CRANSTON, RI 02920-0273**