UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

U.S.Fed.Dist. ,

NORMAND BEDFORD )
(Petitioner) )
v. )
)
STATE OF RHODE ISLAND )
(Respondents)

Case No.: ____________

MOTION TO PROCEED IN FORMA PAUPERIS

Now comes the **Petitioner, NORMAND BEDFORD**, in the above entitled matter and declares that:

1.) I am currently incarcerated at the Adult Correctional Institution in Cranston, Rhode Island and have no means to pay the cost of filing this action.

2.) I have no assets ( or assets of only $ -0- ) and no income ( or income of only $**60.00** per month at my A.C.I. job).

3.) Because of my poverty, I am unable to give security, or to employ an attorney.

4.) I believe I am entitled to redress in this action.

Under penalty of perjury, I declare that the above statements are true and correct.

Respectfully submitted,

Normand Bedford

**N.Bedford,** Pro Se
P.O. Box
Cranston, RI 02920

---

CERTIFICATION

I, the undersigned, hereby swear and certify that I have mailed a true and correct copy of the foregoing Motion to the Attorney General's Office, 150 South Main Street, Providence, RI, 02903, on the 16th day of **April**, **2007.**

Normand Bedford

**Petitioner,** Pro Se