UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AFFIDAVIT OF INDIGENCY

**NORMAND BEDFORD,**
**(Petitioner)**

vs

CASE NO.:______________________

**STATE OF RHODE ISLAND, ET AL.**
**(Respondents)**

AFFIDAVIT OF INDIGENCY

I, **NORMAND BEDFORD**, the Plaintiff/Petitioner (circle one) in the above case, make affidavit being first sworn and under oath, that after payment of necessary and reasonable expenses for food, shelter, and medical care, I do not have sufficient income or assets to enable me to retain counsel, nor is there anyone to whom I am entitled to look for support who has such income or assets. In support of this affidavit, I refer to and incorporate herein the attached financial statement.

**Signiture:** Normand Bedford

**Dated:** March 30 **, 2007**

**NORMAND BEDFORD, Petitioner**
Affiant's Name

**P.O. BOX 8273**
Address

**CRANSTON, RHODE ISLAND, 02920**

Signed and sworn to before me this 30 day of March 07 at Cranston, County of Providence.

[signature]
Notary Public

Commission expires on 9-21-09.

Ordered:

______________________
Justice

Entered:

______________________
Clerk