UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Normand Bedford
Petitioner

v. C.A. No. 07-144S

State of Rhode Island, et al
Respondents

TRANSFER ORDER

This Court's records show that the Petitioner has brought a previous application for relief under 28 U.S.C. § 2254. See *(Bedford v. A.T. Wall CA00-466T, Bedford v. A.T. Wall CA05-95L).* This Petition shall be dismissed unless:

(a) the applicant shows that the claim relies on a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable; or

(b) the factual predicate for the claim could not have been discovered previously through the exercise of due diligence; and

(c) the facts underlying the claim, if proven and viewed in light of the evidence as a whole, would be sufficient to establish clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found the applicant guilty of the underlying offense. 28 U.S.C. § 2244(b)(3)(C).

Therefore, the Petitioner must move in the court of appeals for permission to pursue this application. For the Petitioner's benefit, this Court notes that any motion to the court of appeals must show that the new claim being raised by the instant application relies on a new rule of

constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable; or the claim is based on newly-discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense. 28 U.S.C. § 2254.

Since it appears that the Petitioner submitted the instant application to this Court, unaware of the recent amendment to the statute requiring the court of appeals to authorize this filing, this matter is hereby transferred to the United States Court of Appeals for the First Circuit in the interest of justice. 28 U.S.C. § 1631.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Dated: 4/23/07