UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

D.C.No. 07-00144

v.

STATE OF RHODE ISLAND
(Respondents)

**PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL**

Now comes Petitioner, NORMAND BEDFORD, in the above-entitled matter and hereby, moves this Honorable Court for "appointment of counsel," pursuant to **28 U.S.C.A. §2261**, to represent his interests in his current "petition for writ of habeas corpus," pursuant to **28 U.S.C.A. §2254.** Petitioner posits that he suffers from cognitive disabilities and is currently taking prescription medications for his illness. Moreover, his claims have become substantial and complex. Petitioner's claims involve a "void judgment" of his nineteen ninety-eight (1998), conviction and sentence, and therefore, the ends of justice would best be served in the "appointment of counsel" to represent Petitioner's interests.

Therefore, Petitioner, respectfully, requests that the instant "motion for appointment of counsel" be granted, respectively.

**Respectfully submitted**

Normand Bedford

**NORMAND BEDFORD, Pro se**
**P.O. BOX 8273**
**CRANSTON, RI 02920-0273**

**Certification**

I the undersigned hereby certify, that I caused a true copy of the within "motion for appointment of counsel," to be mailed this 9th day of MAY, 2007, postage prepaid, to: Mr. Aaron L. Weisman, Chief Appellate Attorney, R.I. Attorney General's Office, 150 South Main Street, Providence, R.I. 02903.

Normand Bedford

NORMAND BEDFORD, Pro se
P.O. BOX 8273
CRANSTON, RI 02920-0273