UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitionr)

v. D.C.No. 07-00144

STATE OF RHODE ISLAND; ATTORNEY
GENERAL FOR THE STATE OF RHODE ISLAND, et al.
(Respondents)

**NOTICE OF APPEAL**

Now comes Petitioner, NORMAND BEDFORD, in the above-entitled matter and hereby, gives his "Notice of Appeal," from this Court's Order "transferring the above captioned case to the United States Court of Appeals for the First Circuit," for alleged failure to obtain authorization to file a successive **28 U.S.C. §2254**, petition in the district court.

**Respectfully submitted**

Normand Bedford

**Normand Bedford, Pro Se**
**P.O. Box 8273**
**Cranston, RI 02920-0273 (Max)**

**Certification**

I the undersigned hereby, certify, that I caused a true copy of the within "Notice of Appeal" to be mailed, this 1st day of **May**, 2007, postage prepaid, to: Mr. Aaron L. Weisman, RI Attorney General's Office, 150 South Main Street, Providence, RI 02903.

Normand Bedford

May 1, 2007

U.S. Federal District Court
Attn: Ms. Concetta Zinni, Clerk
1 Exchange Terrace, Providence,
Rhode Island 02903.

Re: Normand Bedford/Filing of Notice of Appeal.

No.07-00144

Dear Ms. Zinni:

Please file the enclosed "Notice of Appeal," from this Court's erroneous Order, "transferring the above captioned case to the Court of Appeals for the First Circuit, for alleged failure to obtain authorization to file a second or successive petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, and pursuant to 28 U.S.C. §2244 (b).

Sincerely

Normand Bedford

Normand Bedford, Pro se
P.O. Box 8273
Cranston, RI 02920-0273(Max)

Cc: Mr. Aaron L. Weisman