UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

May 15, 2007

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: Normand Bedford v. State of Rhode Island; Attorney General for the State of Rhode Island et al.
CA07-144S

Dear Mr. Donovan:

Enclosed herewith you will find the Supplemental Record together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court
Wendy Geile
Wendy Geile
DEPUTY CLERK

ENC: Certified Docket, Notice of Appeal, Petitioners Motion for Appointment of Counsel

JC 07-1728

6