CA 07-144

# United States Court of Appeals
## For the First Circuit

Nos. 07-1646
07-1785

NORMAND BEDFORD,

Petitioner, Appellant,

v.

STATE OF RHODE ISLAND, ET AL.,

Respondents, Appellees.

Before

Boudin, Chief Judge,
Torruella and Lipez, Circuit Judges.

JUDGMENT

Entered: July 17, 2007

On April 20, 2007, Normand Bedford, a Rhode Island state inmate, filed a habeas petition in the district court for the District of Rhode Island. The district court transferred the matter to this court, noting that Bedford had filed other petitions in the past, and concluding that he needed to obtain this court's permission to file the instant petition. See 28 U.S.C. § 2244(b)(3)(A) (requiring court of appeals authorization for a "second or successive" habeas petition). Upon receiving the court's transfer order, this court opened appeal No. 07-1646. Bedford separately appealed the transfer order, initiating appeal No. 07-1785.

We conclude that the district court erroneously transferred the matter here. Bedford's previous habeas petitions were all dismissed for lack of exhaustion, see D.R.I. Nos. 05-095, 04-271, and 00-466, and so none was adjudicated on the merits. Accordingly, his latest petition was not "second or successive," see Sustache-Rivera v. United States, 221 F.3d 8, 12-13 (1st Cir.

2000), cert. denied, 532 U.S. 924 (2001), and the district court had jurisdiction to consider it. We note that, in his underlying habeas memorandum, Bedford contended that he had now exhausted his state court remedies (possibly by procedural default).

In light of the above, we dismiss Bedford's duplicative appeal, No. 07-1785. See 1st Cir. Loc. R. 27.0(c) (permitting the summary dismissal of an appeal that does not present a substantial question).

In No. 07-1646, we vacate the district court's April 23, 2007 transfer order, remand the case for further proceedings, and deny the habeas petitioner's remaining pending filings. We dismiss appeal No. 07-1785 as duplicative.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ____________________
Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: J. Calardo Date: 7.17.07

[certified copies: Hon. William E. Smith, David DiMarzio, Clerk]
[cc: Normand Bedford, Patrick Lynch, AG, Aaron L. Weisman, AAG]