UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v.

D.C.No.07-00144;
Companions:
D.C.Nos.04-271L;
D.C.No. 05-095L.

STATE OF RHODE ISLAND, ET AL., Director Ashbel T. Wall II, Rhode Island Department of Corrections, et al.
(Respondents)

**PETITIONER'S MOTION TO RECUSE**

Now comes Petitioner, NORMAND BEDFORD, in the above-entitled matter and hereby, moves this Honorable Court to "Recuse U.S. Magistrate Judge Jacob Hagopian," on the grounds of a present "conflict of interest" and the fact, that a "Criminal Complaint, bonded by an Affidavit, and Claim of Lien" has been filed against him, pursuant to the laws of commerce. Petitioner posits that justice would best be served in the immediate recusal of said U.S. Magistrate Judge. As shown from Petitioner's recently filed "Motion for Relief from Judgment and Order," with attached exhibits, pursuant to Rule 60(b)(3), Petitioner has been previously prejudiced by the purported Judicial Misconduct of U.S. Magistrate Judge Jacob Hagopian, as well as the State's Assistant Attorney General, Mr. Aaron L. Weisman. Thus, circumstances warrant the immediate recusal of U.S. Magistrate Judge Jacob Hagopian, and the subsequent appointment of another Magistrate for matters related to Petitioner's instant "Petition for Writ of Habeas Corpus" now pending before this Honorable Court.

Therefore, Petitioner respectfully prays that the instant "Motion to Recuse" be granted, respectively.

**Respectfully submitted**

**Dated: August 9, 2007.**

Normand Bedford

**NORMAND BEDFORD, Pro se**
**P.O. BOX 8273**
**CRANSTON, RI 02920-0273**

## Certification

I the undersigned hereby, certify, that I caused a true copy of the within "Motion to Recuse" to be mailed this 10th day of **August**, **2007**, postage prepaid, to: Mr. Aaron L. Weisman, Esq., RI Attorney General's Office, 150 South Main Street, Providence, RI 02903.

Normand Bedford