UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v.

D.C.No.07-00144
D.C.No.04-271L;
D.C.No.05-095L

STATE OF RHODE ISLAND, ET AL., Director Asbel T. Wall II, Rhode Island Department of Corrections, et al.
(Respondents)

**PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL**

Now comes Petitioner, NORMAND BEDFORD, in the above-entitled matter and hereby, moves this Honorable Court for "Appointment of Counsel" to represent Petitioner's interests in his pending "Petition for Writ of Habeas Corpus, pursuant to **28 U.S.C. §2254.** Petitioner moves for counsel, pursuant to **28 U.S.C. §2261(a)(b)(1)(2)(c).** Petitioner asserts that the basis and grounds for appointment of counsel are that his pending petition has become technical in light of factual and purported "conspiracy to obstruct justice" by prison officials and members of the Rhode Island Department of Attorney General, as well as his indigency to obtain counsel at his own expense. Moreover, **28 U.S.C. §2254(a)(b)(c)**, provide that: **(c)** "Any mechanism for the appointment, compensation, and reimbursement of counsel as provided in subsection (b) **must offer counsel to all State prisoners under capital sentence and must provide for the entry of an order by a court of record."** It is the Petitioner's position, that because he is under an alleged "unlawful sentence" of a term of forty (40) years, with twenty (20) years to serve, constitutes a "capital sentence" under

this statutory definition. Thus, in the interest of justice, Petitioner is entitled to the appointment of counsel for the representation of his current petition for writ of habeas corpus, in **D.C.No. 07-00144.**

Therefore, for all the aforementioned reasons, Petitioner prays that the instant motion for appointment of counsel be **granted.**

**Respectfully submitted**

**Dated: July 19, 2007.**

Normand Bedford

**NORMAND BEDFORD, Pro se**
**P.O. BOX 8273**
**CRANSTON, RI 02920-0273**

**Certification**

I the undersigned hereby, certify, that I caused a true copy of the within "motion for appointment of counsel" to be mailed this 9th day of **August**, **2007**, postage prepaid, to: Mr. Aaron L. Weisman, RI Attorney General's Office, 150 South Main Street, Providence, RI 029-03. Copy sent to U.S. District Court, Chief Justice Mary Lisi, 1 Exchange Terrace, Providence, R.I. 02903, via certified mail receipt, article No. 7005 2570 0001 4829 6039.

Normand Bedford