UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v.

D.C.Nos.07-00144;
D.C.No. 04-271L;
D.C.No. 05-095L.

STATE OF RHODE ISLAND , ET AL., Director Ashbel T. Wall II, Rhode Island Department of Corrections, et al.
(Respondents)



**PETITIONER'S DECLARATION**
**28 U.S.C. §1746**

**I, DECLARANT/NORMAND BEDFORD, do hereby, declare under the penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true:**

That the allegations, declarations and assertions made within the attached and associated "Supplemental Memorandum in Support of Pending Petition for Writ of Habeas Corpus," pursuant to **28 U.S.C. §2254**, are true, correct and complete, not misleading.

That the associated and attached Exhibits A-S, to the above noted "Supplemental Memorandum" dated **August 3, 2007**, are true copies of originals.

That the claims, allegations and assertions made in the above noted "Supplemental Memorandum in Support of Petition for Writ of Habeas Corpus" in D.C.No.07-00144; as well as those made in previous Petitions under D.C.Nos.04-271L; and D.C.No.05-095L, warrant immediate release from unlawful State custody of the Rhode Island Department of Corrections Maximum Security facility in Cranston, Rhode Island, and therefore, the granting of his instant petition.

**Dated: August 3, 2007.**

**Respectfully submitted**

Normand Bedford

**I, DECLARANT/PETITIONER, NORMAND BEDFORD, do declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the aforementioned is true, correct and complete as stated by the undersigned.**

**Dated: August 3, 2007.**

**Respectfully submitted**

Normand Bedford

**NORMAND BEDFORD, Pro se**
**P.O. BOX 8273**
**CRANSTON, RI 02920-0273**

## Certification

I the undersigned hereby, certify, that I caused a true copy of the within "Declaration in Support of Petitioner's Supplemental Memorandum and Exhibits A-S, in Support of Petition for Writ of Habeas Corpus, in D.C.No.07-00144, to be mailed this 9th day of **August**, **2007**, postage prepaid, to: Aaron L. Weisman, R.I. Attorney General's Office, 150 South Main Street, Providence, R.I. 02903; Copy sent to U.S. District Court, Office of the Clerk, 1 Exchange Terrace, Providence, R.I. 02903, via certified mail receipt, article No. 7005 1820-0003 5999 0820.

Normand Bedford