Inventory List of Exhibits A-S, to Petitioner's Supplemental Memorandum in Support of Petition for Writ of Habeas Corpus D.C.No. 07-00144; Dated: August 3, 2007

| | | | |
|---|---|---|---|
| Appendix "A" | p.1 | --- | U.S. Court of Appeals for the First Circuit Judgment dated **July 17, 2007** (Remand Orer). |
| Exhibit "A" | p.2 | --- | Providence Superior Court Partial Transript pages 245-281 (closing arguments claim). |
| Exhibit "B" | p.3 | --- | Providence Superior Court Partial Transcript pages 65-72 (prison garb claim). |
| Exhibit "C" | p.4 | --- | Providence Superior Court Partial Transcript pages 332-362; and ps. 396,397 (Denial of counsel for first motion for new trial; and sentencing hearings claim). |
| Exhibit "D" | ps.5,8 | --- | R.I. Crime Victim Compensation Program Documents: Letter dated **July 29, 1997;** Voucher dat- **April 15, 1998;** Letter time stamped **April 09, 1998;** and Award letter dated **December 22, 1998** (Illegal inducement claim). |
| Exhibit "E" | ps.8,19 | --- | State's Motions to Quash Subpoena Duces Tecum dated **December 14, 1999;** and **November 25, 2002.** (Deliberate withholding claim). |
| Exhibit "F" | p.11 | --- | Rhode Island Supreme Court Order dated **June 29, 2004** (Ordering the filing of appellate brief). |
| Exhibit "G" | p.11 | --- | Rhode Island Supreme Court filed Motion for Enlargement of Time, Memorandum and Exhibits A-E (Concealment of Evidence claim). |
| Exhibit "H" | ps.12, 14,15 | --- | Providence Superior Court Partial Transcript pages 303-311 (Failure to give essential jury instruction claim). |
| Exhibit "I" | ps.12, 13,14, 15 | --- | Providence Superior Court One page Transcript page 29 (Foreknowledge and Awareness claim). |

Continuation of Inventory List of Exhibits A-S, to Petitioner's Supplemental Memorandum in Support of Petition for Writ of Habeas Corpus
D.C.No. 07-00144; Dated: August 3, 2007

Exhibit "J" p.17 --- Providence Superior Court Justice Edward C. Clifton's letter to Stephen P. Nugent dated **April 20, 1999** (Ex parte counsel entry of appearance by appellate attorney claim).

Exhibit "K" p.17 --- Providence Superior Court Partial Docket History Report, C.A.No.P1/97-1715A (**March 15, 1999,** motion for new trial filing; and attorney Iannitelli withdrawal on **March 24, 1999,** claim).

Exhibit "L" ps.18,23 --- Providence Superior Court full Transcript pages 1-22 dated **May 3, 1999** (Erroneous passing of motion for new trial based on newly discovered evidence claim as cause for delay in direct appeal).

Exhibit "M" ps.18,23 --- State's Supplemental Memorandum in Response to Defendant's Petition for Writ of Certiorari dated **November 10, 1999** (Admission of error in judgment causing delay in appeal).

Exhibit "N" p.19 --- Rhode Island Supreme Court Order dated **June 10, 1999,** appointing Stephen Morrissey as counsel (after R.I. Supreme Court Remand to Providence Superior Court on **May 20, 1999**).

Exhibit "O" p.19 --- Rhode Island Supreme Court Orders dated **May 20, 1999;** and **November 22, 1999** (granting Petitioner's Motion to Hold Docketing of appeal in Abeyance; and Remand Order sending papers back to Superior Court for ruling of motion for new trial, pursuant to raise or waive rule).

Exhibit "P" p.20 --- Rhode Island Supreme Court Order dated **June 04, 2004,** (regarding the withholding of trial transcripts; and R.I. Supreme Court order commanding the State to produce and provide).

Continuation of Inventory List of Exhibits A-S, to Petitioner's Supplemental Memorandum in Support of Petition for Writ of Habeas Corpus
D.C.No. 07-00144; Dated: August 3, 2007

Exhibit "Q" p.20 --- Providence Superior Court Justice Edwin J. Gale's Order dated **August 7, 2002** (deliberately narrowing the scope of attorney Damon D'Ambrosio's appointment in light of documented unaddressed Constitutional claims).

Exhibit "R" p.22,23 --- Petitioner's **May 15, 2003** letter to attorney Michael Devlin; and Devlin's response letter dated **February 9, 2003** with attached copy of envelope it came in postmarked **June 2, 2003** (demonstrating alleged cover-up in "gap of time" from original appointment date of **March 28, 2003**).

Exhibit "S" p.23 --- Rhode Island Supreme Court Docket History Reports Nos.**2003-30; 1999-209.**

*****************************************************************

Dated: August 3, 2007.

Normand Bedford
NORMAND BEDFORD, Pro se
P.O. BOX 8273
CRANSTON, RI 02920-0273