UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v.

D.C.No.07-00144S;
Companions:
D.C.Nos. 04-271L;
D.C.No. 05-095L.

STATE OF RHODE ISLAND, ET AL., Director Ashbel T. Wall II, Rhode Island Department of Corrections, et al.
(Respondents)

**PETITIONER'S MOTION TO ENLARGE TIME**

Now comes Petitioner, NORMAND BEDFORD, in the above-entitled matter and hereby, respectfully requests an "Enlargement of Time to file a Response and Objection to the State's 'Motion to Dismiss Petitioner's Application for a Writ of Habeas Corpus.'" The State's said Motion and associated Memorandum is certified **August 8, 2007,** but was not received by Petitioner until **August 14, 2007,** thereby, infringing upon Petitioner's time to file a rebuttal, objection and response. Petitioner, therefore, seeks to be granted the instant motion essentially enlarging the time to file his "Objection and Response" twenty (20) days from the date of certification of this motion, respectively.

Therefore, for the aforementioned reason, Petitioner respectfully, requests that his motion be granted enlarging the time to file said "Objection and Response to State's **August 8, 2007,** certified Motion to Dismiss Petitioner's Application for a Writ of Habeas Corpus, twenty (20) days from the date of certification of this motion.

Respectfully submitted

Dated:
August 15, 2007.

Normand Bedford

NORMAND BEDFORD, Pro se
P.O. BOX 8273
CRANSTON, RI 02920-0273

## Certification

I the undersigned hereby, certify, that I caused a true copy of the within "motion to enlarge time" to be mailed this 16th day of **August**, **2007**, postage prepaid, to: Mr. Aaron L. Weisman, Rhode Island Attorney General's Office, 150 South Main Street, Providence, Rhode Island 02903.

Normand Bedford