**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NORMAN BEDFORD** | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **C.A. No. 07-144S** |
| | : | |
| **STATE OF RHODE ISLAND, et al** | : | |
| **Respondent** | : | |

**STATE OF RHODE ISLAND'S OBJECTION TO PETITIONER'S MOTION FOR ADMISSION TO BAIL**

Now comes the State of Rhode Island, by and through its attorneys, and hereby objects, for the reasons expressed in the accompanying supporting *Memorandum*, to Petitioner's Motion for Admission to Bail.

Respectfully submitted,
**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/Aaron L. Weisman

**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

CERTIFICATION

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 24th day of August, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system; and, I also certify that I caused a copy of the within document to be sent to the following by first class mail on the same date: Norman Bedford, Jr., Pro-Se, at his last known address of P.O. Box 8273, Cranston R.I. 02920.

/s/Aaron L. Weisman

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NORMAN BEDFORD** | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **C.A. No. 07-144S** |
| | : | |
| **STATE OF RHODE ISLAND, et al** | : | |
| **Respondent** | : | |

**STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO PETITIONER'S MOTION FOR ADMISSION TO BAIL**

Petitioner was convicted by a Providence County Superior Court Jury in May of 1998 of one count of first degree child sexual molestation (G.L. 1956 (1994 Reenactment) § 11-37-8.1) and one count of second degree child sexual molestation (G.L. 1956 (1994 Reenactment) § 11-37-8.3), and sentenced to a forty-year term of incarceration, twenty of those years to serve, the balance suspended for a twenty-year probationary period. (*Criminal Docket Sheet Report* for P1-1997-1715A.) The State has recently moved to dismiss his 28 U.S.C. § 2254 petition on the principle ground that, by having failed to file a brief in the Rhode Island Supreme Court, Petitioner has plainly not exhausted his state remedies, as required by federal habeas corpus law. Consequently, the State would respectfully suggest, there is no substance to Petitioner's instant claim that he "remains under an illegal and void judgment of *** conviction" (*Petitioner's Motion for Admission to Bail* at 1), which would justify his request that he be released on bail pending a decision on his 28 U.S.C. § 2254 application.

Wherefore, the State objects to Petitioner's Motion for Admission to Bail

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Aaron L. Weisman

**AARON L. WEISMAN #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

CERTIFICATION

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 24th day of August, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system; and, I also certify that I caused a copy of the within document to be sent to the following by first class mail on the same date: Norman Bedford, Jr., Pro-Se, at his last known address of P.O. Box 8273, Cranston R.I. 02920.

/s/Aaron L. Weisman