**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NORMAN BEDFORD** | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **C.A. No. 07-144S** |
| | : | |
| **STATE OF RHODE ISLAND, et al** | : | |
| **Respondent** | : | |

**STATE OF RHODE ISLAND'S OBJECTION TO PETITIONER'S MOTION TO RECUSE**

Now comes the State of Rhode Island, by and through its attorneys, and hereby objects, for the reasons expressed in the accompanying supporting *Memorandum*, to Petitioner's Motion To Recuse.

Respectfully submitted,
**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/Aaron L. Weisman
______________________________

**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

CERTIFICATION

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 24th day of August, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system; and, I also certify that I caused a copy of the within document to be sent to the following by first class mail on the same date: Norman Bedford, Jr., Pro-Se, at his last known address of P.O. Box 8273, Cranston R.I. 02920.

/s/Aaron L. Weisman

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NORMAN BEDFORD** | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **C.A. No. 07-144S** |
| | : | |
| **STATE OF RHODE ISLAND, et al** | : | |
| **Respondent** | : | |

**STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO PETITIONER'S MOTION TO RECUSE**

Petitioner has moved, in the above-captioned action, for the recusal of "U.S. Magistrate Judge Jacob Hagopian" on the ground that the Magistrate Judge is conflicted in this matter by the filing by Petitioner of a "Criminal Complaint, bonded by an Affidavit, and Claim of Lien" against the Magistrate Judge. (*Petitioner's Motion to Recuse* at 1.) But the mere filing of such a complaint does not compel the recusal of a judge; if it did, a litigant could essentially himself chose the judge who would preside over his case. *See* United States v. Klock, 8 Fed.Appx. 620, *1 (9th Cir. 2001)(trial judge did not abuse his discretion when he determined that "a disinterested person would not question his impartiality based solely on the fact that the Montana Freemen had previously field a lien on his property."), *citing* United States v. Studley, 783 F.2d 934, 940 (9th Cir. 1986)("A judge is not disqualified by a litigant's suit or threatened suit against him."); and United States v. Speight, 2001 WL 539610 (D.Conn.), *1, n.2 (lien or attempted lien filed against judge does not require recusal because, among other reason, "Speight would be empowered to disqualify this judge, and whatever judge might follow, simply by filing a purported lien against them."), *citing* United States v. Martin-Trigona, 759 F.2d 1017, 1020-21 (2d Cir. 1985)(where litigant initiated lawsuit against district

court, court properly refused to recuse, as "to permit a litigant to obtain disqualification, without reasonable grounds, of successive judges in a case would interfere with the administration of justice[.]"). Especially here, where the very basis of Petitioner's complaint with Magistrate Judge Hagopian – that he somehow made "false and fraudulent statements" in the course of an October 14, 2004 Report and Recommendation issued by him (***Petitioner's Motion For Relief From Judgment And Order Pursuant To Rule 60(b)(3)***) – would seem to be especially devoid of any substantive basis, the recusal motion should not be honored.

Wherefore, the State would object to Petitioner's Motion To Recuse.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Aaron L. Weisman

**AARON L. WEISMAN #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

CERTIFICATION

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 24th day of August, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system; and, I also certify that I caused a copy of the within document to be sent to the following by first class mail on the same date: Norman Bedford, Jr., Pro-Se, at his last known address of P.O. Box 8273, Cranston R.I. 02920.

/s/Aaron L. Weisman