**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NORMAN BEDFORD** | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **C.A. No. 07-144S** |
| | : | |
| **STATE OF RHODE ISLAND, et al** | : | |
| **Respondent** | : | |

**STATE OF RHODE ISLAND'S OBJECTION TO PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL**

Now comes the State of Rhode Island, by and through its attorneys, and hereby objects, for the reasons expressed in the accompanying supporting *Memorandum*, to Petitioner's Motion for Appointment of counsel.

Respectfully submitted,
**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/Aaron L. Weisman

**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

CERTIFICATION

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 24th day of August, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system; and, I also certify that I caused a copy of the within document to be sent to the following by first class mail on the same date: Norman Bedford, Jr., Pro-Se, at his last known address of P.O. Box 8273, Cranston R.I. 02920.

/s/Aaron L. Weisman

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NORMAN BEDFORD** | **:** | |
| **Petitioner,** | **:** | |
| | **:** | |
| **vs.** | **:** | **C.A. No. 07-144S** |
| | **:** | |
| **STATE OF RHODE ISLAND, et al** | **:** | |
| **Respondent** | **:** | |

**STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL**

Petitioner – who was convicted by a Providence County Superior Court Jury in May of 1998 of one count of first degree child sexual molestation (G.L. 1956 (1994 Reenactment) § 11-37-8.1) and one count of second degree child sexual molestation (G.L. 1956 (1994 Reenactment) § 11-37-8.3), and sentenced to a forty-year term of incarceration, twenty of those years to serve, the balance suspended for a twenty-year probationary period (*Criminal Docket Sheet Report* for P1-1997-1715A.) – has filed a 28 U.S.C. § 2254 application with this Court. The State has moved to dismiss for lack of exhaustion. For the reasons stated in the State's Memorandum in support of its motion to dismiss, Petitioner has provided no valid reasons which would excuse his failure to at least have filed a Brief in the Rhode Island Supreme Court. Petitioner's *Motion for Appointment of Counsel* has given no valid reason justifying the appointment of counsel when an issue as obvious as his failure to exhaust has been presented.

Wherefore, the State would object to Petitioner's Motion for Appointment of counsel.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Aaron L. Weisman

**AARON L. WEISMAN #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

CERTIFICATION

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 24th day of August, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system; and, I also certify that I caused a copy of the within document to be sent to the following by first class mail on the same date: Norman Bedford, Jr., Pro-Se, at his last known address of P.O. Box 8273, Cranston R.I. 02920.

/s/Aaron L. Weisman