UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v.

STATE OF RHODE ISLAND, ET AL., Director Ashbel T. Wall II, Rhode Island Department of Corrections, et al.
(Respondents)

D.C.No.07-00144S;
Companions:
D.C.Nos.04-271L;
D.C.No. 05-095L.

**PETITIONER'S OMNIBUS MOTION TO ENLARGE TIME AND MOTION FOR ORDER TO FILE CHECK FROM INMATE'S ACCOUNT TO PAY COST OF FILING FEE 28 U.S.C. §1746**

Now comes Petitioner, NORMAND BEDFORD, in the above-entitled matter and hereby, moves this Honorable Court for "Enlargment of Time to pay filing fee of five (5) dollars in D.C.No.07-144S; and issue an Injunctive Order against the Rhode Island Department of Corrections Inmate Accounts Office, or Director Ashbel T. Wall II, et al., at 40 Howard Avenue, Cranston Rhode Island 02920, (Administrative A Building). Petitioner's position, is that on **August 9, 2007,** he hand delivered a legal envelope to Maximum Security facility Lt. Burt with a filing letter to this Honorable Court, a letter to inmate accounts, requesting the forwarding of a five dollar check to this Court for the filing fee, and a self-addressed envelope with the essential postage stamp for easy filing. See **(August 9, 2007, letters enclosed with additional letter dated August 14, 2007, to inmate accounts office).** On **August 15, 2007,** Petitioner received notice from this Court that his check was not received as of that date. See **(hand written note on cover of docket history report enclosed).** Petitioner has made responsible and repeated attempts to meet

his obligation to this Court in paying the filing fee, pursuant to this Court's **July 30, 2007,** Order. __See__ **(July 30, 2007, Order enclosed).**

Petitioner asserts that the Rhode Island Department of Corrections Maximum Security facility officials are negligent in their "deliberate" failure to either send a check to this Court in a timely fashion, or give Petitioner timely notice why his request was not honored. In light of this claim, the Rhode Island Department of Corrections Maximum Security officials have violated the Rhode Island Code of Ethics, pursuant to R.I.G.L. 36-14-1, entitled Declaration of policy. The State prison has also violated 18 U.S.C. §§1503; and §1702, described as "Obstruction of justice; and Obstruction of legal correspondence," notwithstanding, theft of legal property, including federal first class postage stamp attached to Petitioner's personal property.

Petitioner has further sought on this date of **August 17, 2007,** to rectify the R.I.D.O.C.'s misconduct, and to further have his five (5) dollar check withdrawn from either his frozen or active accont, in complying with this Court's Order. However, he is expected to have had his check for filing fee filed by the **deadline date of August 20, 2007,** therefore, he respectfully requests that for all the aforementioned reasons, that this Court would necessarily grant the instant motion and extend the time to file his five (5) dollar check, an additional twenty (20) days, respectively, and further prays that an essential Order issue against the Rhode Island Department of Corrections Maximum Security officials, to allow Petitioner

to meet his obligation to his legal endeavor, and execute the process of withdrawing and filing the five (5) dollar check to this Honorable Court, in D.C.No.07-144S, prior to the prosepective new **deadline date** of twenty (20) days, from the date of certification of this omnibus motion.

**I, the Declarant/Petitioner, NORMAND BEDFORD, and undersigned, do hereby, declare under the penalty of perjury, pursuant to 28 U.S.C. §1746, that the aforementioned is true, correct, and complete, not misleading, the truth, the whole truth, and nothing but the truth, so help me God!!!**

**Respectfully submitted**

**Dated: August 17, 2007.**

Normand Bedford

**NORMAND BEDFORD, Pro se**
**P.O. BOX 8273**
**CRANSTON, RI 02920-0273**

## Certification

I the undersigned hereby, certify, that I caused a true copy of the within "omnibus motion to enlarge time and motion for order to file check from inmate's account to pay cost of filing fee" to be mailed this 17th day of **August ,2007,** postage prepaid, to: Mr. Aaron L. Weisman Esquire, Rhode Island Attorney General's Office, 150 South Main Street, Providence, RI 02920.

Normand Bedford