APPEAL, HABEAS

**U.S. District Court**
**District of Rhode Island (Providence)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-00144-S-JH**
**Internal Use Only**

Bedford v. State of Rhode Island et al
Assigned to: Judge William E Smith
Referred to: Magistrate Judge Jacob Hagopian
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 07/30/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Normand Bedford** represented by **Normand Bedford**
ACI
Medium Security
P.O. Box 8273
Cranston, RI 02920
PRO SE

V.

**Respondent**

**State of Rhode Island**

**Respondent**

**Attorney General of the State of Rhode Island**

**Respondent**

**Aaron L. Weisman**

Mr. Bedford,
As of today August 15, 2007, the US District Court has NOT recieved your five dollar filing fee - Payment Due By August 20, 2007

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2007 | 1 | PETITION for Writ of Habeas Corpus , filed by Normand Bedford. (Attachments: # 1 Memo in Support of Petition# 2 Affidavit of Normand Bedford# - Exhibit A could not be scanned, exceeds system page capacity (3) Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit I# 11 Exhibit J)(Geile, Wendy) Additional attachment(s) added on 4/20/2007 (Geile, Wendy). (Entered: 04/20/2007) |
| 04/20/2007 | 2 | MOTION for Leave to Proceed in forma pauperis -*Inmate Statement could not be scanned due to privacy act* by Normand Bedford. (Attachments: # 1 Motion to proceed in Forma Pauperis# 2 Affidavit of Indigency)(Geile, Wendy) (Entered: 04/20/2007) |

Dear Ms. Curran: August 9, 2007

Please withdraw and send a five dollar ($5.00) check from my inmate account, payable to the U.S. Federal District Court Clerk's Office, 1 Exchange Terrace, Providence RI 02903.

This payment is for initial filing fee for my pending Petition in D.C. No. 07-144S, Prior to the twenty-day deadline date from July 30, 2007, Per order of Court.

Please send check Promptly, within reason and in respect to twenty-day deadline.

Thank you.

Sincerely
Normand Bedford
Normand Bedford
P.O. Box 8273
Cranston, RI
A210 02920
MAX.

Cc: file

PS.
A self addressed envelope with postage is <u>enclosed</u> herewith, for your forwarding of check to: U.S. District Court, 1 Exchange Terrace, Providence RI 02903, Office of the Clerk.

August 9, 2007

U.S. District Court
Office of the Clerk
1 Exchange Terrace
Providence, Rhode Island
02903

Re: NORMAND BEDFORD/Filing check for partial filing fee for petition.

D.C.No.07-00144;

Dear Clerk of Court:

Please find enclosed a "Check in the amount of five dollars ($5.00), from the Rhode Island Department of Corrections Inmate Accounts Office. The same is being forwarded for the partial filing fee for my current petition in the above cited case number, in compliance with this Court Order dated **July 30, 2007.**

Please notify me promptly, as to the Court's receipt of my check, as the Order provides a time constraint, and therefore, I want to fulfill my obligation in this matter, respectively.

Thank you for your time in the same.

Sincerely

Normand Bedford

NORMAND BEDFORD, Pro se
P.O. BOX 8273
CRANSTON, RI 02920-0273

Cc: file

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD

C.A. No. 07 - 144 S

v.

STATE OF RHODE ISLAND, et al.

## Memorandum and Order

Normand Bedford, *pro se*, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Currently before the court is the motion of the petitioner for leave to proceed in forma pauperis without prepayment of fees pursuant to 28 U.S.C. § 1915. After consideration of the motion and of petitioner's trust account statement, said motion is **DENIED.** Petitioner has the funds available to pay the initial filing fee of $5.00.

Petitioner is hereby ordered to pay the filing fee of $5.00 within twenty days of the date of this order. Failure to do will result in the dismissal of this action.

IT IS SO ORDERED.

[signature]

Jacob Hagopian
Senior United States Magistrate Judge
July 30 , 2007

10

Dear Ms. Curran; August 14, 2007

On August 9, 2007, I forwarded a request to your office with a signed "money transfer slip," for the process and fowarding of a five (5) dollar check, payable to the U.S. District Court, for the payment of my filing fee in DC No. 07-00144S. I also, provided you with a self-addressed envelope with the necessary postage for your easy mailing to the Court.

I need some confirmation that the five (5) dollar check was fowarded to the Court, because a deadline date was issued per order of the Court.

Therefore, could you please foward me a ledger from August 9, 2007 to date, that I can be sure that I have met my responsibility to the Court.

Thank you for your time

Sincerely
Normand Bedford
Id. 102384 A2-10
Max. Sec. facility

cc: file