UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v.

D.C.No.07-144S;
Companions:
D.C.Nos.04-271L;
D.C.No. 05-095L.

STATE OF RHODE ISLAND, ET AL., Director Ashbel T. Wall II, Rhode Island Department of Corrections, et al.
(Respondents)

**PETITIONER'S MOTION FOR LEAVE TO FILE OBJECTION AND RESPONSE TO STATE'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**

Now comes Petitioner, NORMAND BEDFORD, in the above-entitled matter and hereby, respectfully requests "Leave to File his Objection and Response to the State's Motion to Dismiss Petitioner's Petition for Writ of Habeas Corpus," and it's Exhibits A-N, with the accompanying Declaration in Support thereof, attached hereto, whereby, he prays that the State's Motion to Dismiss be **rejected** and it's **"unsigned"** Memorandum be **denied.** Petitioner further prays that his instant Petition for Writ of Habeas Corpus, pursuant to **28 U.S.C. §2254,** be granted on the merits, essentially vacating his "illegal and void judgment of conviction and sentence of 1998, and ordering the immediate release of said Petitioner from unlawful State custody of the Rhode Island Department of Corrections Maximum Security facility in Cranston, Rhode Island 02920.

**Respectfully submitted**

**Dated: August 21, 2007.**

Normand Bedford

# Certification

I the undersigned hereby, certify, that I caused a true copy of the within "Motion for Leave to File Objection and Response to State's Motion to Dismiss Petition for Writ of Habeas Corpus," to be mailed this 22nd day of **August** ,**2007**, postage prepaid, to: Mr. Aaron L. Weisman, Rhode Island Department of Attorney General's Office, 150 South Main Street, Providence, Rhode Island 02903. Copy sent to the U.S. District Court, Office of the Clerk, 1 Exchange Terrace, Providence, Rhode Island 02903, via certified mail receipt, article No. 7005 2570 0001 4829 6473.

**Dated: August 21, 2007.**

Normand Bedford

**NORMAND BEDFORD, Pro se**
**P.O. BOX 8273**
**CRANSTON, RI 02920-0273**