UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v.

D.C.No.07-00144S;
Companions:
D.C.Nos.04-271L;
D.C.No. 05-095L.

STATE OF RHODE ISLAND, ET AL., Director Ashbel T. Wall II, Rhode Island Department of Corrections, et al.
(Respondents)

**PETITIONER'S DECLARATION**
**28 U.S.C. §1746**

**I, Declarant/Petitioner, NORMAND BEDFORD, do declare under the penalty of perjury, pursuant to 28 U.S.C. §1746, the following:**

That the allegations, declarations and assertions made in the attached "Objection and Response to the State's Motion to Dismiss Petitioner's Petition for Writ of Habeas Corpus," are true, correct and complete, not misleading, the truth, the whole truth, and nothing but the truth, so help me God.

That the Exhibits A-N, associated and attached to the above are true copies of originals, and is accompanied with an Inventory List of Exhibits A-N, consisting of two (2) pages, related to **D.C. No.07-144S;** and Companions of **D.C.Nos.04-271L; and D.C.No.05-095L.**

**Respectfully submitted**

**Dated: August 21, 2007.**

Normand Bedford

**NORMAND BEDFORD, Pro se**
**P.O. BOX 8273**
**CRANSTON, RI 02920-0273**

## Certification

I the undersigned hereby, certify, that I caused a true copy of the within "Declaration" to be mailed this 22nd day of **August**, **2007**, postage prepaid, to: Mr. Aaron L. Weisman, Rhode Island Attorney General's Office, 150 South Main Street, Providence, Rhode Island 02903. Copy sent to United States District Court, Office of the Clerk, 1 Exchange Terrace, Providence, Rhode Island 02903, via certified mail receipt, article No. 7005 2570 0001 4829 6473.

Normand Bedford