# Inventory List of Exhibits A-N to Petitioner's Objection and Response to State's Motion to Dismiss Petitioner's Petition for Writ of Habeas Corpus Dated: August 21, 2007 in D.C.No.07-144S

Exhibit "A" p.1 --- U.S. District Court Order dated **July 24, 2007.**

Exhibit "B" p.3 --- Petitioner's 1st & 2nd Motion for New Trial, Providence Superior Court, dated **May 27, 1998,** and **June 13, 2002.**

Exhibit "C" p.3 --- State's Motion to Dismiss Petition for Writ of Habeas Corpus, dated **August 8, 2007,** in **D.C.No.07-144S.**

Exhibit "D" p.4 --- R.I. Supreme Court Docket History Reports **C.A.Nos.2003-30;** and **C.A.No.1999-209.**

Exhibit "E" p.5 --- R.I. Supreme Court Order dated **June 3, 1999.**

Exhibit "F" p.7 --- Petitioner's R.I. Supreme Court filed Motion to Enlarge Time dated **July 14, 2004. (Concealed Evidence)**

Exhibit "G" p.7 --- Petitioner's letter to R.I. Supreme Court dated **March 28, 2005.**

Exhibit "H" p.7&10 --- Petitioner's (2) Response letters to R.I. Supreme Court dated **March 7, 2007;** and **June 8, 2007.**

Exhibit "I" p.8&12 --- Petitioner's United States Supreme Court filed Motions and Memorandums dated **December 07, 2006;** and **January 16, 2007.**

Exhibit "J" p.8&12 --- United States Supreme Court letters to Petitioner dated **August 19, 2006; September 12, 2006;** and **January 22, 2007.**

**Continuation to Inventory List of Exhibits A-N to Petitioner's Objection and Response to State's Motion to Dismiss Petitioner's Petition for Writ of Habeas Corpus Dated: August 21, 2007 in D.C.No.07-144S**

| | | |
|---|---|---|
| Exhibit "K" p.9&12 | --- | Petitioner's R.I. Supreme Court filed Motion to Rescind Order and Stay Criminal Appeal dated **January 17, 2007.** |
| Exhibit "L" p.9 | --- | R.I. Supreme Court Civil Docket History Report **C.A.No.SU-06-0283,** with attached Order of **January 4, 2007.** |
| Exhibit "M" p.9 | --- | Petitioner's Rhode Island Department of Corrections Level-1 Grievance Report dated **November 29, 2006,** with 6-page attachments and D.O.C. Memos. |
| Exhibit "N" p.10 | --- | Petitioner's R.I. Supreme Court filed Motion to Stay Criminal Appeal Pending Interlocutory Appeal dated **March 17, 2007,** with copy of certified mail receipt, article No. **7005 1820 0006 0503 8955,** date of delivery as **3-27-07,** with copy of Inmate Account Transfer Slip dated **3-21-07, corresponding with certification of March 17, 2007,** filed motion, memorandum and exhibits. |

*****************************************************************

**Dated: August 21, 2007.**

Normand Bedford

**NORMAND BEDFORD, Pro se**
**P.O. BOX 8273**
**CRANSTON, RI 02920-0273**