# EXHIBIT

# "A"

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Normand Bedford
Petitioner

v. CA:07-144S

State of Rhode Island, et al
Respondent

# O R D E R

The Attorney General is hereby ordered to file its response to the Petitioner's "Petition under 28 USC 2254 for Writ of Habeas Corpus by a Person in State Custody." Said response will be filed on or before August 13, 2007.

BY ORDER

Loreal Baldwell

DEPUTY CLERK

ENTER:

WESmith

WILLIAM E. SMITH
United States District Judge

DATE: 7/24/07

9