# EXHIBIT "D"

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPREME COURT
DOCKET EVENT LISTING

## CASE INFORMATION

Case Title: STATEOF RHODE ISLAND V NORMAN BEDFORD    Case ID No: SU-03-0030

Appeal Date: 23-DEC-2002
Appeal Type: CRIMINAL APPEAL    Next Scheduled:
Current Status: BEFORE ARGUMENT CLOSED    Event Type:

Lower Court No: PSR-P1--97-1715A    Related Cases:

## PARTY INFORMATION

| | | | |
|---|---|---|---|
| STATE OF R.I. | PLTF | RYAN, STEPHEN | AOR |
| STATE OF R.I. | PLTF | WEISMAN, AARON | AOR |

## DOCKET INFORMATION

| Date | Description | Text |
|---|---|---|
| 16-JAN-2003 | APPEAL DATE | 20021223 |
| 16-JAN-2003 | DEFEND. MOTION FOR BAIL | |
| 16-JAN-2003 | PAPERS AND TRANSCRIPT FILED | |
| 16-JAN-2003 | LETTER WAIVER PRE-BRIEF | |
| 16-JAN-2003 | APPEALED BY FILING PARTY<br>Affiliated Party: BEDFORD, NORMAN | DEF 19970103 1805 20021210 |
| 16-JAN-2003 | TRANSCRIPT REQUIRED | |
| 16-JAN-2003 | TRANSCRIPT(S) ORDERED | 20030102 109 UKN |
| 29-JAN-2003 | EXHIBITS FILED IN CASE | |
| 31-JAN-2003 | OBJECTION FILED | |
| 10-FEB-2003 | MOTION EXTENSION OF TIME | RESPOND TO STATE |
| 10-FEB-2003 | GRANTED | 20030503 |
| 03-MAR-2003 | LETTER FILED | FROM CLERK TO DEF WHETHER OR NOT HE'S GOING TO REPERSENT HIMSELF |
| 10-MAR-2003 | MOTION TO APPOINT ATTORNEY | |
| 21-MAR-2003 | TRANSCRIPT(S) FILED | COPY SENT TO DEFT. |
| 28-MAR-2003 | ORD ENT APPT ATTY TO REP DEFT | ATT. DEVLIN |
| 28-MAR-2003 | GRANTED | |
| 01-APR-2003 | LETTER FILED | |
| 07-APR-2003 | MOTION | PRO-SE MOTION FILED FOR SUMM. DISPO./ORDER FOR TRANSCRIPT. |
| 20-MAY-2003 | LETTER FILED | REQUEST FOR DOCKET SHEET MAILED TO DEF. PER REQUEST. |
| 08-JUL-2003 | ORD ENT APPT ATTY TO REP DEFT | RICHARD CORLEY ESQ. APPOINTED. |
| 08-JUL-2003 | GRANTED | |
| 1-JUL-2003 | TRANSCRIPT WITHDRAWN | |
| 8-AUG-2003 | LETTER FILED | |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPREME COURT
DOCKET EVENT LISTING

Case Title: STATEOF RHODE ISLAND V NORMAN BEDFORD Case ID No: SU-03-0030

DOCKET INFORMATION

| | | |
|---|---|---|
| 29-OCT-2003 | LETTER FILED | |
| 21-NOV-2003 | ENTRY OF APPEARANCE | |
| 15-DEC-2003 | LETTER FILED | |
| 27-JAN-2004 | MOTION TO WITHDRAW | |
| 30-JAN-2004 | TRANSCRIPT(S) FILED | |
| 02-FEB-2004 | MOTION TO RECONSIDER | |
| 02-FEB-2004 | MEMORANDUM FILED | |
| 13-FEB-2004 | NOTICE OF BRIEFS MAILED. | DEFT. DUE BY 3-26-04. COPIES OF TRANSCRIPTS SENT TO MR. BEDFORD. W/ ORDER. |
| 13-FEB-2004 | ORDER MOTION TO RECONSIDER IS | |
| 13-FEB-2004 | DENIED | |
| 13-FEB-2004 | ORDER MOTION TO W/DRAW APPEAR | |
| 13-FEB-2004 | GRANTED | |
| 19-FEB-2004 | TRANSCRIPT RETURNED | |
| 23-FEB-2004 | LETTER FILED | |
| 01-MAR-2004 | MOTION TO APPOINT ATTORNEY | TO RECONSIDER. |
| 02-MAR-2004 | MOTION FOR COUNSEL FEES FILED | |
| 18-MAR-2004 | ORDER MOTION TO RECONSIDER IS | DEFT IS TO PROCEED PRO-SE |
| 18-MAR-2004 | DENIED | |
| 18-MAR-2004 | ORDER MOTION FOR COUNSEL FEE | $ 1,555.00 TO RICHARD K. CORLEY ESQ. |
| 18-MAR-2004 | GRANTED | |
| 22-MAR-2004 | MOTION TO RECONSIDER | OF APPOINTMENT OF COUNSEL. |
| 23-MAR-2004 | MOTION EXTENSION OF TIME | |
| 20-APR-2004 | MOTION EXTENSION OF TIME | |
| 20-APR-2004 | GRANTED | 20040620 |
| 20-APR-2004 | MAILED TO ATTORNEYS | |
| 14-JUN-2004 | LETTER FILED | |
| 17-JUN-2004 | LETTER FILED | DOCKET SHEET SENT. |
| 24-JUN-2004 | LETTER FILED | |
| 24-JUN-2004 | MOTION TO STAY FILED. | |
| 24-JUN-2004 | MEMORANDUM FILED | |
| 24-JUN-2004 | MOTION TO APPOINT ATTORNEY | |
| 29-JUN-2004 | MOTION EXTENSION OF TIME | |
| 29-JUN-2004 | GRANTED | 20040730 |
| 29-JUN-2004 | MAILED TO ATTORNEYS | |
| 08-JUL-2004 | OBJECTION FILED | |
| 02-AUG-2004 | LETTER FILED | W EXHIBITS |
| 20-JAN-2005 | ORDER ENTERED | MOTION TO REMAND CASE, STAY APPEAL & APPOINT COUNSEL. |
| 20-JAN-2005 | DENIED | 20050120 |
| 03-FEB-2005 | LETTER FILED | N. BEDFORD'S LETTER & AN APPEAL NOTICE |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPREME COURT
DOCKET EVENT LISTING

Case Title: STATEOF RHODE ISLAND V NORMAN BEDFORD    Case ID No: SU-03-0030

DOCKET INFORMATION

| | | |
|---|---|---|
| 07-FEB-2005 | LETTER FILED | FROM DEFT. |
| 04-APR-2005 | MOTION TO HOLD IN ABEYANCE | |
| 04-APR-2005 | LETTER FILED | |
| 05-JAN-2007 | ORDER ASSIGNED TO HEARING | MATTER ASSIGNED FOR ORAL ARGUMENT IN MAY 2007. DEFT.'S BRIEF DUE BY 2/9/07; STATE'S REPLY DUE 30 DAYS AFTER FILING. NO FURTHER FILINGS IN THIS APPEAL FROM DEFENDANT OTHER THAN THE BRIEF WILL BE ACCEPTED UNLESS OTHERWISE SPECIFICALLY AUTHORIZED BY THE COURT. |
| 12-JAN-2007 | PAPERS ONLY FILED | SUPREME COURT FILE ON 1999-209 REC'D FROM RECORD CENTER |
| 23-JAN-2007 | MOTION TO STAY<br>Affiliated Party: BEDFORD, NORMAN | AND MOTION TO RESCIND COURT'S ORDER OF 1/4/07 |
| 23-JAN-2007 | MEMORANDUM FILED<br>Affiliated Party: BEDFORD, NORMAN | AND APPELLANT'S DECLARATION |
| 08-FEB-2007 | LETTER FILED<br>Affiliated Party: BEDFORD, NORMAN | REQUESTING CONFIRMATION OF RECEIPT OF 2/23/07 FILINGS. |
| 12-MAR-2007 | ORDER ENTERED | ALL MOTIONS FILED BY APPELLANT WITHOUT PRIOR AUTHORIZATION SINCE THE 1/4/07 ORDER SHALL BE RETURNED TO APPELLANT, INCLUDING MOTION TO RESCIND, MOTION TO APPT COUNSEL, AND MOTION FOR RELEASE ON BAIL. |
| 12-MAR-2007 | ORDER ENTERED | DEFENDANT'S APPEAL IS DISMISSED FOR FAILURE TO FILE BRIEF AS ORDERED. HOWEVER, APPEAL WILL BE AUTOMATICALLY REINSTATED IF DEFT. FILES BRIEF ON OR BEFORE MARCH 29, 2007. |
| 13-MAR-2007 | LETTER FILED<br>Affiliated Party: BEDFORD, NORMAN | |
| 02-APR-2007 | ORDER APPEAL DISMISSED BFA | |

RHODE ISLAND JUDICIAL SYSTEMS AND SCIENCES DATE 11/15/2002
SUPREME COURT INFORMATION SYSTEM

DOCKET EVENT LISTING

FILE NO: 19980446
TITLE: STATE V. NORMAN BEDFORD
APPEAL DATE: 07-27-1998 DOCKET NO.: 1999 209 DOCKET DATE: 05-10-1999
APP. TYPE: CRIMINAL APPEAL AGENCY: PROV SUP. COU
LOWER CRT NO.: P1971715 ADD'L CASE NO.:

| | | | |
|---|---|---|---|
| BEDFORD,NORMAN | DEF | Pro,Se | PRI |
| STATE | BPL | Weisman,Aaron L | AGS |

| DATE | ACTION | OUTCOME DATE | STAGE |
|---|---|---|---|
| 07-27-1998 | NOTICE OF APPEAL FILED | | BEFORE DOCKETI |
| 05-10-1999 | PAPERS AND TRANSCRIPT FILED. | | BEFORE FIRST B |
| 05-10-1999 | LETTER WAIVER PRE-BRIEF | | |
| 05-10-1999 | MOTION TO HOLD IN ABEYANCE<br>FILED PRO SE | | |
| 05-10-1999 | TRANSCRIPT WITHDRAWN | | |
| 05-12-1999 | MOTION TO HOLD IN ABEYANCE<br>BY PRO SE PARTY | | |
| 05-12-1999 | WAIVER OF PREBRIEF RETURNED | | |
| 05-19-1999 | MOTION TO W/DRAW APPEARANCE<br>PUBLIC DEFENDER | | |
| 05-20-1999 | ORDER MOTION TO HOLD IN ABRYCE<br>PENDING TJ'S RULING ON MNT | GRANTED | |
| 06-02-1999 | TRANSCRIPT RETURNED | | |
| 06-03-1999 | MOTION TO W/DRAW APPEARANCE | GRANTED | |
| 06-03-1999 | ORDER MOTION APPOINT COUNSEL | GRANTED | |
| 06-10-1999 | ORDER MOTION FOR COUNSEL FEE<br>STEPHEN MORRISSEY ESQ. | | |
| 06-23-1999 | TRANSCRIPT WITHDRAWN | | |
| 08-04-1999 | LETTER FILED | | |
| 08-19-1999 | TRANSCRIPT RETURNED | | |
| 11-08-1999 | LETTER FILED.<br>COPY OF LETTER FROM DISP COUNSEL TO DEF | | |
| 11-08-1999 | PAPERS ONLY FILED.<br>DUMMY FILE 97-1715 | | |
| 11-17-1999 | MOTION TO REMAND FILED.<br>Weisberger,Joseph R Hon | | |
| 11-22-1999 | MAILED TO ATTORNEYS | | |
| 11-22-1999 | ORDER MOTION TO REMAND IS<br>NEW TRAIL HEARING | GRANTED | |
| 11-22-1999 | PAPERS REMANDED<br>PAPERS TO BE RETURNED TO SUPREME CT. | | |
| 03-02-2000 | MOTION TO W/DRAW APPEARANCE | | |
| 04-28-2000 | MOTION TO W/DRAW APPEARANCE<br>DEFT. TO PROCEED PRO-SE, PREBRIEF DUE 60 DAYS<br>AFTER DECISION ON NEW TRIAL. | GRANTED | |
| 04-28-2000 | ORDER. MISC. PETITION IS<br>MANDAMUS. | DENIED | |
| 05-01-2000 | MAILED TO ATTORNEYS | | |
| 05-31-2000 | MOTION FOR COUNSEL FEE FILED. | | |
| 06-15-2000 | ORDER MOTION FOR COUNSEL FEE | GRANTED | |
| 06-19-2000 | MAILED TO ATTORNEYS | | |
| 10-26-2000 | MEMORANDUM FILED<br>SEE COURT ORDER OF 4/8/00, CASE TO RECEIVE A NEW<br>NUMBER WHEN REDOCKETED | | |