# EXHIBIT

# "E"

Supreme Court
No. 99-209-C.A.

State of Rhode Island :

v. :

Norman Bedford :

ORDER

The Public Defender's motion to withdraw as counsel for the defendant is granted. Lise Gescheidt is hereby appointed to represent the defendant in the further prosecution of his appeal. We appoint counsel herein with the caveat however that defendant's failure hereafter to cooperate with appointed counsel may, if future circumstances warrant such action, result in our issuance of an order directing defendant to proceed on appeal *pro se*.

Justice Lederberg did not participate.

Entered as an Order of this Court this ***3rd*** day of ***June 1999.***

By,

Brian B. Burns
Clerk Pro Tempore