# EXHIBIT

# "G"

R.I. Supreme Court
Office of the Clerk
250 Benefit Street
Providence, RI 02903

March 28, 2005

Re: State v. Normand L. Bedford
Clarification letter.

C.A.No.03-30

Dear Clerk:

On January 28, 2005, Appellant, Normand Bedford, filed a "Notice of Appeal" from this Court's January 21, 2004 Order of denial, which should be January 21, 2005. Appellant has taken a leave of Court, and is now on appeal from the above erroneous judgment of this Court, litigation that is now in the forum of the United States Federal District Court.

On March 27, 2005 Appellant recieved a letter dated March 22, 2005, from this Court, with no signiture from the Clerk who sent it. That letter requests that a brief be filed regarding the above cited case number, which was an appeal that was also "Held in Abeyance." However, due to [Malicious prosecution and abuse of process] by this Court, in violation of Federal law, 42 U.S.C. §§1983; and §7:56, the case is also pending appeal in the United States Federal District Court.

In short, this Court had numerous opportunities to correct the illegalities of Appellant's "Illegal and Void Judgment of 1998 Conviction and Sentence," but chose to participate in the ongoing "conspiracy to obstruct the administration of justice" subjugated by the Chief Appellate Attorney for the Rhode Island Attorney Generals Office, Mr. Aaron L. Weisman Esquire. Therefore, you will not be hearing from this Appellant until he has reached Washington on the merits of his claims. See also, "Motion to Hold Docketing of Appeal in Abeyance" dated July 25, 2002, with the Court's stamp of receipt by certified mail, dated August 1, 2002.

Cc: Enclosure sent to;

U.S. Federal Dist. Ct.
Office of the Clerk
One Exchange Terrace
Providence, RI 02903

Sincerely

Normand L. Bedford

Normand L. Bedford (Pro se)
P.O. Box 8273
Cranston, RI 02920

RHODE ISLAND SUPREME COURT

Office of the Clerk

Licht Judicial Complex
250 Benefit Street
Providence, RI 02903

Mr. Norman Bedford
P.O. Box 8274
Cranston, RI 02920

March 22, 2005

Re: State of R.I. v. Norman Bedford
Supreme Court #2003-30

Dear Mr. Bedford,

Please file your brief in the above appeal no later than April 6, 2005. If you need additional time, you must file a motion with the Supreme Court requesting permission to extend your time to file a brief as soon as possible.

Sincerely,

The Supreme Court Clerks' Office

R.I. SUPREME COURT
OFFICE OF THE CLERK
250 BENEFIT STREET
PROVIDENCE, R.I. 02903

JULY 25, 2002

SUPREME COURT
CLERK'S OFFICE
02 JUL 22 AM 10:43

SUPREME COURT
CLERK'S OFFICE
02 AUG -1 AM 10:44

RE: STATE v BEDFORD-Ca. No. P1/97-1715A
SUPREME COURT No. 99-209-C.A.

Dear Clerk

Please file the enclosed motion to hold docketing of appeal in abeyance and notify me promply as soon as there is a ruling. Please send me a copy of the order of the court. Thank you for your time in this matter.

Sincerely

Normand Bedford

Normand Bedford
P.O. Box 8274
Cranston, R.I. 02920

Certified Mail # 7099 3400 0008
5304 5555.

nb/r.i.s.c.
Cc; file

STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS, SUPREME COURT

STATE OF RHODE ISLAND

v.

Ca. No. P1/97-1715A

Supreme Ct. 99-209-C.A.

NORMAND BEDFORD

**DEFENDANT/APPELLANTS MOTION TO HOLD DOCKETING OF APPEAL IN ABEYANCE**

Now comes Defendant/Appellant, Normand Bedford, and moves this Honorable Court to hold docketing of Defendant's pending appeal of a criminal conviction adjudged in the R.I. Superior Court, Providence, R.I., in abeyance pending resolution of pending post-trial motions unresolved in that court. Defendant has a motion for new trial, on grounds of newly discovered evidence, previously withheld by the State Attorney General, and has prepared to move the court for judgment of his motion. Also, Defendant has moved that court to appoint counsel to represent him on his motion for new trial based on newly discovered evidence. Furtheremore, this Honorable Court previously held the docketing of appeal in abeyance, and remanded the case to the Superior Court for ruling on Defendant's motion for new trial. See enclosed order dated May 20, 1999. However, Defendant's motion has been unresolved thus far. Defendant has also apprised the Superior Court of it's misnomer in denying Defendant's motion for new trial on June 13, 2002, though the motion was yet to be filed. Defendant is waiting to be heard on the merits of his memorandum and clarification of facts, in Superior Court.

**Wherefore,** Defendant/Appellant, Normand Bedford, prays this Honorable Court grant the relief sought herein, and enter an order that directs the clerk of this court to hold the docketing of the appeal in abeyance pending resolution of the Superior Court post-trial motion and further prays this Honorable Court enter such other relief this court deems proper and just.

Respectfully submitted

Normand Bedford

Normand Bedford/Appellant
P.O. Box 8274
Cranston, R.I. 02920

## CERTIFICATION

I, the undersigned hereby, certify, that I, caused a true copy of the within motion to hold docketing in abeyance to: R.I. Attorney General's Office, 150 South Main Street, Providence Rhode Island 02903 on this 25th day of July, 2002 by regular U.S. mail postage pre-paid; copy to R.I. Supreme Court by certified mail receipt # 7099 3400 0008 5304 5555.

Normand Bedford

DOCKET EVENT LISTING

TITLE: STATE V. NORMAN BEDFORD FILE NO: 19980446
APPEAL DATE: 07-27-1998 DOCKET NO.: 1999 209 DOCKET DATE: 05-10-1999
APP. TYPE: CRIMINAL APPEAL AGENCY: PROV SUP. COU
LOWER CRT NO.: P1971715 ADD'L CASE NO.:

BEDFORD, NORMAN DEF Pro, Se PRI
STATE BPL Weisman, Aaron L AGS

| DATE | ACTION | OUTCOME | DATE | STAGE |
|---|---|---|---|---|
| 07-27-1998 | NOTICE OF APPEAL FILED | | | BEFORE DOCKETI |
| 05-10-1999 | PAPERS AND TRANSCRIPT FILED. | | | BEFORE FIRST B |
| 05-10-1999 | LETTER WAIVER PRE-BRIEF | | | |
| 05-10-1999 | MOTION TO HOLD IN ABEYANCE FILED PRO SE | | | |
| 05-10-1999 | TRANSCRIPT WITHDRAWN | | | |
| 05-12-1999 | MOTION TO HOLD IN ABEYANCE BY PRO SE PARTY | | | |
| 05-12-1999 | WAIVER OF PREBRIEF RETURNED | | | |
| 05-19-1999 | MOTION TO W/DRAW APPEARANCE PUBLIC DEFENDER | | | |
| 05-20-1999 | ORDER MOTION TO HOLD IN ABRYCE PENDING TJ'S RULING ON MNT | GRANTED | | |
| 06-02-1999 | TRANSCRIPT RETURNED | | | |
| 06-03-1999 | MOTION TO W/DRAW APPEARANCE | GRANTED | | |
| 06-03-1999 | ORDER MOTION APPOINT COUNSEL | GRANTED | | |
| 06-10-1999 | ORDER MOTION FOR COUNSEL FEE STEPHEN MORRISSEY ESQ. | | | |
| 06-23-1999 | TRANSCRIPT WITHDRAWN | | | |
| 08-04-1999 | LETTER FILED | | | |
| 08-19-1999 | TRANSCRIPT RETURNED | | | |
| 11-08-1999 | LETTER FILED. COPY OF LETTER FROM DISP COUNSEL TO DEF | | | |
| 11-08-1999 | PAPERS ONLY FILED. DUMMY FILE 97-1715 | | | |
| 11-17-1999 | MOTION TO REMAND FILED. Weisberger, Joseph R Hon | | | |
| 11-22-1999 | MAILED TO ATTORNEYS | | | |
| 11-22-1999 | ORDER MOTION TO REMAND IS NEW TRAIL HEARING | GRANTED | | |
| 11-22-1999 | PAPERS REMANDED PAPERS TO BE RETURNED TO SUPREME CT. | | | |
| 03-02-2000 | MOTION TO W/DRAW APPEARANCE | | | |
| 04-28-2000 | MOTION TO W/DRAW APPEARANCE DEFT. TO PROCEED PRO-SE, PREBRIEF DUE 60 DAYS AFTER DECISION ON NEW TRIAL. | GRANTED | | |
| 04-28-2000 | ORDER. MISC. PETITION IS MANDAMUS. | DENIED | | |
| 05-01-2000 | MAILED TO ATTORNEYS | | | |
| 05-31-2000 | MOTION FOR COUNSEL FEE FILED. | | | |
| 06-15-2000 | ORDER MOTION FOR COUNSEL FEE | GRANTED | | |
| 06-19-2000 | MAILED TO ATTORNEYS | | | |
| 10-26-2000 | MEMORANDUM FILED SEE COURT ORDER OF 4/8/00, CASE TO RECEIVE A NEW NUMBER WHEN REDOCKETED | | | |