# EXHIBIT

# "H"

R.I. Supreme Court
Attn: Ms. Pamela Woodcock Pfeiffer
Administrative Clerk, 250 Benefit
Street, Providence, Rhode Island
02903.

March 7, 2007

Re: Normand Bedford/Response letter. C.A.No.2003-30

Dear Ms. Woodcock Pfeiffer:

In direct response to your letter of **February 27, 2007,** I must inform you that I cannot acknowledge or acquiesce this Court's **January 4, 2007,** Order through this Court's suggestion that I file a "motion requesting permission to accept my **February 14, 2007,** filing of a 'motion for appointment of appellate counsel, and motion to be admitted to bail pending appeal.'"

As stated in my **February 17, 2007,** "motion to rescind the **Janary 4, 2007,** Order," it was apparantly derived out of "malicious prosecution, and abuse of process," in violation of federal law, 18 U.S.C.S. §1983, allegedly, orchestrated by Assistant Attorney General Mr. Aaron L. Weisman, as described in my **February 17, 2007,** "motion to rescind Order and it's memorandum certified on **February 23, 2007.**

To briefly ellaborate, I did not re-open my direct appeal in the case number cited above, which is a "criminal appeal." I was on appeal to the United States Supreme Court in Washington D.C., from a lower Court's erroneous Orders dismissing my appeals. Mr. Weisman received my pleadings for that process, and apparantly, attempted to divert my efforts in that due process.

I am entitled to "access this Honorable Court in the matter of my direct appeal, which I am now ready to pursue." Therefore, my motion for appointment of counsel and motion to be admitted to bail pending appeal should be filed without regard to this Court's erroneous and inopportune Order of **January 4, 2007,** as requested in my **February 14, 2007,** filing letter with attached motions, memorandums, and declarations of truth.

In closing, please inform me of the decision on the merits of my **January 4, 2007,** "motion to rescind Order." Thank you for your time in these matters.

**Sincerely**

Normand Bedford

**Normand Bedford, Pro se**
**P.O. Box 8273**
**Cranston, RI 02920**

# RHODE ISLAND SUPREME COURT

Office of the Clerk

www.courts.state.ri.us

Licht Judicial Complex
250 Benefit Street
Providence, RI 02903
401-222-3272
Fax: 401-222-3599

Normand Bedford
P.O. Box 8273
Cranston, RI 02920-0273

February 27, 2007

Re: 2003-0030

Dear Mr. Bedford,

Our office is in receipt of your Motion for Appointment of Counsel, dated February 14, 2007, and your Motion To Be Admitted to Bail, mailed to the Chief Justice, also dated February 14th. In accordance with the Supreme Court's order dated January 4, 2007, our office can not accept any filings such as this without the Court's prior authorization. You must therefore file a motion with the Court first requesting permission to file such motions. Rather than send your motions and attachments back to you, I will hold them pending such Court authorization, if granted.

Your Motion to Rescind the January 4, 2007 order, however, is still pending before the Court, and we will let you know of its outcome as soon as possible.

In the future, I would ask that you submit official court filings to our office, versus the Chief Justice's office, as such filings must then be brought to us and since matters pending before the Court can not be reviewed ex parte by the justices. I understand that you have concerns that your mailings are not being forwarded properly to us, but mailing it directly to us helps assure that it will arrive where it should, as expeditiously as possible.

Sincerely,

Pamela Woodcock Pfeiffer
Clerk of the Supreme Court

R.I. Supreme Court
Ms. Pamela Woodcock Pfeiffer
250 Benefit Street, Providence,
Rhode Island 02903

June 8, 2007

Re: Normand Bedford/Response letter C.A.No.2003-30

Dear Ms. Woodcock Pfeiffer:

I am writing in response to your letter of **May 3, 2007.** I apologize for my late response. I have been extremely busy with my appellate process due to this Court's "denial of meaningful access to the same." In any event, as mentioned in previous correspondence, I **cannot** and **will not** acquiesce or acknowledge this Court's Order of **January 4, 2007,** that was born out of conspiracy by Rhode Island Attorney General's Chief Appellate Counsel, Mr. Aaron L. Weisman. This claim of [malicious prosecution, and abuse of process], in violation of **42 U.S.C. §1983,** was fully described in my "Motion to Rescind the **January 4, 2007,** Order, dated **January 23, 2007,"** which after it was **received** and **filed** with this Court, and pending, was later sent back to me, as was all my other relevant filings, especially, my "Motion to Appoint Counsel for my first appeal of conviction.

I respectfully point out again, that for me to acquiesce or acknowledge this Court's **January 4, 2007,** Order, would be to acquiesce and acknowledge the **deadline date to file brief on appeal,** within the same Order, and thus, place me in **default** and dismissal of my direct appeal for failure to prosecute. To support this contention, please reference the terms **acquiesce** and **acknowledge** in Black's Law Dictionary, which, notably, defines the terms as "Something accepted as truth, and correct." Thus, the complete opposite of the facts described in my "Motion to Rescind Erroneous Order." Also, to deny me the right to challenge such arbitrary and capricious action, born out of conspiracy, and deception, amounts to "denial of meaningful access to the Court." However, the State's ill conceived motives in reaching an expected end, was sucessfully achieved by **rejecting relevant evidence** in the appellate process, that it claims is **available to me. (May 3, 2007, letter enclosed herein.)**

I diligently attempted to work with this Court in perfecting my excessively delayed appeal of over eight (8) years, as demonstrated by my willingness to forfeit my right of bail, pending that appeal, as described in my final "Memorandum and Motion to Stay Criminal Appeal, Pending Interlocutory Appeal," and it's cover letter. Therefore, I seek appellate review to a higher jurisdiction in my cause.

Cc: file

Sincerely *Normand Bedford*
Normand Bedford/Pro se
P.O. Box 8273
Cranston, RI 02920-0273

RHODE ISLAND SUPREME COURT

Office of the Clerk

Licht Judicial Complex
250 Benefit Street
Providence, RI 02903

Normand Bedford
P.O. Box 8273
Cranston, RI 02920-0273

May 3, 2007

Re: 2003-0030

Dear Mr. Bedford,

Our office is in receipt of your motion to stay your appeal and supporting memorandum. In accordance with the Supreme Court's order dated January 4, 2007, and my correspondence with you in February, our office can not accept any filings such as this without the Court's prior authorization. You must therefore file a motion with the Court first requesting permission to file such motions. Under Court order, our office has no choice but to return these filings to you.

Sincerely,

Pamela Woodcock Pfeiffer
Clerk of the Supreme Court