# EXHIBIT

# "I"

U.S. Supreme Court
1 First Street, N.E. Washington, D.C.
20543; Attn: Mr. William K. Suter,
Clerk of Court.

December 7, 2006

Re: Normand Bedford/Appellant filing of "Motion for Reconsideration of motion for enlargement of time to file petition for writ of certiorari."

C.A.Nos.04-2604; 04-2727; 05-2558.

Dear Mr. Suter:

Please file and review the enclosed **revised** "Motion for Reconsideration of former motion for reconsideration of motion for enlargement of time to file a petition for writ of certiorari with this Court."

The **original** "Motion for Reconsideration of motion to enlarge time" with it's **memorandum, declaration, and appendix's A-H,** are **enclosed herein,"** along with the copies of lower Court opinions as requested by this Court. **See attached lower Court Orders dated November 10, 2005; and July 18, 2006; and attached letter by this Court dated November 24, 2006.**

My **original** "Motion for Reconsideration with it's attached memorandum, declaration and appendix's A-H," **enclosed herein,** is dated **November 15, 2006**, and was received by this Court certified mail on the date of **November 24, 2006**, Article Number [7005 1820 0006 0503-9709]. **Included therewith,** is the "motion for panel rehearing" filed with the lower court in relationship to the enclosed **July 18, 2006, Order,** which clearly demonstrate **"good cause shown"** and grounds for relief and rehearing.

Thank you for your time in this matter.

**Sincerely**

*Normand Bedford*

**Normand Bedford, Pro se**
**P.O. Box 8273**
**Cranston, RI 02920-0273**

[Certified mail Article Number]
[7005 1820 0006 0503 9693]

**Cc: Copy to: Mr. Aaron L. Weisman Esquire, 150 South Main Street Providence, RI 02903.**

UNITED STATES SUPREME COURT
WASHINGTON D.C.

NORMAND BEDFORD
(Appellant)

v.

C.A.Nos.04-2604;
04-2727;
05-2558.

A.T. WALL II, Director, RI
Dept. of Corrections, ATTORNEY
GENERAL FOR THE STATE OF RI,
(Appellees)

**APPELLANT'S MOTION FOR RECONSIDERATION OF MOTION TO ENLARGE TIME TO FILE PETITION FOR WRIT OF CERTIORARI**

Now comes Appellant, Normand Bedford, in the above entitled matter and hereby moves this Honorable Court for "Reconsideration of his August 23, 2006, filed motion for enlargement of time to file a petition for writ of certiorari with this Court." Appellant's motion for enlargement was received by this Court on September 12, 2006, according to this Court's letter to Appellant dated the same. Appellant seeks a "reconsideration" on the grounds of "extraordinary circumstances." **August 23, 2006, motion to enlarge time attached, as well as a revised one dated November 24, 2006, herein.**

Appellant submits the attached memorandum with appendix's in support of the instant motion, whereby, it is prayed that his motion be granted, respectively. **See also, attached lower court opinions dated November 10, 2005; and July 18, 2006.**

**Respectfully submitted**

Normand Bedford

Certification

I the undersigned hereby certify that I caused a true copy of the within "motion for reconsideration of motion to enlarge time to file a petition for writ of certiorari" to be mailed this 16th day of December ,2006, postage prepaid, to: Mr. Aaron L. Weisman, RI Attorney General's Office, 150 South Main Street, Providence, RI 02903. Copy sent to U.S. Supreme Court, Washington D.C., by Certified mail receipt, No.7005 1820 0006 0503 9693.

Normand Bedford
Normand Bedford, Pro se
P.O. Box 8273
Cranston, RI 02920-0273

UNITED STATES SUPREME COURT
WASHINGTON D.C.

NORMAND BEDFORD
(Appellant)

v. C.A.Nos.04-2604; 04-2727; 05-2558.

A.T. WALL II, Director, RI Dept. of Corrections, ATTORNEY GENERAL FOR THE STATE OF RI,
(Appellees)

**APPELLANT'S MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION OF MOTION FOR ENLARGEMENT OF TIME TO FILE PETITION FOR WRIT OF CERTIORARI**

Now comes Appellant, Normand Bedford, in the above entitled matter and hereby moves this Honorable Court for "Reconsideration of his August 23, 2006, filed motion for enlargement of time to file a petition for writ of certiorari with this Court." Appellant's motion for enlargement was received by this Court on September 12, 2006, according to this Court's letter to Appellant dated the same. Appellant seeks a "reconsideration" on the grounds of "extraordinary circumstances." **August 23, 2006, motion to enlarge time attached**, as **well as revised one dated November 24, 2006, herein.**

**Statement of Facts**

1. On **November 15, 2006,** Appellant filed with this Court a "Motion for Reconsideration of former motion for enlargement of time to file a petition for writ of certiorari with this Court." His latter motion which accompanied a memorandum, declaration, and appendix's A-H, was received by this Court on **November 24, 2006.** Appellant therein, has

**"shown good cause"** why he should be granted an enlargement of time to file a petition for writ of certiorari with this Court, despite lower Court's mandate of January 6, 2006. **See enclosed (Appellant's November 24, 2006, filed memorandum, declaration, and appendix's A-H, showing good cause for review). See also, therein, (Appellant's motion for panel re-hearing filed with lower court in association with enclosed lower court Order dated July 18, 2006, denying same).**

2. In answering this Court's question posed in this Court's letter dated **November 24, 2006,** stating, "It is unclear which order you are seeking review of. Please specify the order(s) you are seeking review of in your application," Appellant **encloses** and **attaches two Court Orders** from lower Court, dated **November 10, 2005,** and **July 18, 2006.** Appellant asserts that the evidence in his enclosed memorandum of his **November 24, 2006,** filing shows "good cause" for granting his instant motion for enlargement of time, notwithstanding, the same memorandum and appendix's of his "motion for panel rehearing" filed with the lower Court, demonstrates an "abuse of discretion" and an arbitrary and capricious ruling by the lower Court, in light of the evidence herein, and therein.

3. Appellant respectfully requests that this Honorable United States Supreme Court make a careful review of the enclosed pleadings before making it's determination on the merits of the instant application, whereby, he prays that his motion for enlargement of time to file a petition for writ of certiorari be **granted** respectively.

**Respectfully submitted**

Norman Bedford

**Certification**

I the undersigned hereby certify that I caused a true copy of the within memorandum and appendix's A-H, of former motion dated November 15, 2006, to be mailed this 16th day of **December** ,**2006**, postage prepaid, to: Mr. Aaron L. Weisman, RI Attorney General's Office, 150 South Main Street, Providence, RI 02903. Copy sent to U.S. Supreme Court, Washington D.C., by Certified mail receipt, No. 7005 1820 0006 0503 9693.

Normand Bedford

Normand Bedford, Pro se
P.O. Box 8273
Cranston, RI 02920-0273

**SUPREME COURT OF THE UNITED STATES**
**OFFICE OF THE CLERK**
**WASHINGTON, DC 20543-0001**

November 24, 2006

Norman Bedford
#102384
PO Box 8274
Cranston, RI 02920

RE: Norman Bedford v. Wall, et al.
USCA1 No. 04-2604, -2727, 05-2558

Dear Mr. Bedford:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case was originally postmarked August 9, 2006 and received again on November 24, 2006. The application is returned for the following reason(s):

The lower court opinion must be appended filed on November 17, 2005. Rule 13.5.

It is unclear which order you are seeking review of. Please specify the order(s) you are seeking review of in your application.

A copy of the corrected application must be served on opposing counsel.

Sincerely,
William K. Suter, Clerk
By:
Heather Trant
(202) 479-3039

Enclosures

04-00271
USDC/RI
Laqueux, J

MANDATE

# United States Court of Appeals
## For the First Circuit

Nos. 04-2604
04-2727
05-2558

RECEIVED
JAN 09 2006
Property of U.S. District Court
District of Rhode Island

NORMAND BEDFORD,

Petitioner, Appellant,

v.

A.T. WALL, DIRECTOR,
RHODE ISLAND DEPARTMENT OF CORRECTIONS, ET AL.,

Respondents, Appellees.

Before

Boudin, Chief Judge,
Campbell and Stahl, Senior Circuit Judges.

**JUDGMENT**
**Entered: November 10, 2005**

We deny the certificate of appealability because the petitioner has not shown that "jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). After careful review of the petitioner's appellate contentions and the district court record, we conclude that the district court properly dismissed the habeas petition for lack of exhaustion and also properly rejected petitioner's argument that state corrective process is unavailable to him. There was no denial of the right to counsel. Moreover, petitioner failed to timely file his direct appeal brief in which he might have presented all of his habeas claims to the state supreme court.

Regarding appeal No. 04-2604, we deny the request for a certificate of appealability, dismiss the pending motion to proceed in forma pauperis, deny the remaining pending motions, and terminate the appeal. We dismiss appeal Nos. 04-2727 and 05-2558.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________

Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

______________________

Deputy Clerk

Date: 1/6/06

[cc: Normand Bedford, Aaron L. Weisman, AAG]

# United States Court of Appeals
## For the First Circuit

---

Nos. 04-2604
04-2727
05-2558

NORMAND BEDFORD,

Petitioner, Appellant,

v.

A.T. WALL, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS, ET AL.,

Respondents, Appellees.

---

Before

Boudin, Chief Judge,
Campbell and Stahl, Senior Circuit Judges.

---

ORDER OF COURT

Entered: July 18, 2006

Appellant's motion for panel rehearing of the court's Judgment dated November 10, 2005, which we construe as a motion for recall of mandate, and his motion for reconsideration of the court's Order dated November 17, 2005 are denied.

So ordered.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ____________________
Chief Deputy Clerk.

[cc: Normand Bedford, Aaron L. Weisman, AAG]

U.S. Supreme Court
1 First Street, N.E. Washington D.C.
20543: Attn: Mr. William K. Suter,
Clerk of Court.

January 16, 2007

Re: Normand Bedford/Appellant filing of "Motion for Reconsideration of motion for enlargement of time to file petition for writ of certiorari."

C.A.Nos.04-2604; 04-2727; 05-2558.

Dear Mr. Suter:

Please file and **review** the enclosed **revised** "Motion for Reconsideration of my prior motion for reconsideration of motion for enlargement of time to file a petition for writ of certiorari with this Honorable Court."

The **original** "Motion for Reconsideration of motion to enlarge time, with it's **Memorandum, Declaration, and Appendix's A-H,"** are **enclosed herein**, along with the copies of lower Court opinions as requested by this Court. **See attached lower Court Orders dated November 10, 2005; and July 18, 2006; and attached letter by this Court dated November 24, 2006.**

My **original** "Motion for Reconsideration of motion to enlarge time" as noted described above, is dated **November 15, 2006**, that was received by this Court via certified mail on **November 24, 2006**, Article number [7005 1820 0006 0503 9709]. Included therewith, is the "Motion for Panel Rehearing" filed with the lower Court in relationship to the enclosed **July 18, 2006**, **Order**, which clearly demonstrates **"good cause shown"** and grounds for relief and rehearing.

Please excuse the tardiness in responding back to this Court. The RI Dept. of Corrections Maximum Security facility deliberately obstructed my certified legal correspondence on December 16, 2006, by way of misappropriation of funds to pay for postage. Thank you.

**Sincerely**

Normand Bedford

**Normand Bedford, Pro se**
**P.O. Box 8273**
**Cranston, Rhode Island**

**[Certified mail article number]**
**[7005 1820 0006 0503 9693]**

**Cc: Copy to: Mr. Aaron L. Weisman, Esquire, 150 South Main Street, Providence, RI 02903.**

UNITED STATES SUPREME COURT
WASHINGTON D.C.

NORMAND BEDFORD
(Appellant)

v. C.A.Nos.04-2604; 04-2727; 05-2558.

A.T. WALL II, Director, RI Dept. of Corrections, ATTORNEY GENERAL FOR THE STATE OF RI,
(Appellees)

**APPELLANT'S MOTION FOR RECONSIDERATION OF MOTION TO ENLARGE TIME TO FILE PETITION FOR WRIT OF CERTIORARI**

Now comes Appellant, Normand Bedford, in the above entitled matter and hereby moves this Honorable Court for "Reconsideration of his August 23, 2006, filed motion for enlargement of time to file a petition for writ of certiorari with this Court." Appellant's motion for enlargement was received by this Court on September 12, 2006, according to this Court's letter to Appellant dated the same. Appellant seeks a "reconsideration" on the grounds of "extraordinary circumstances." **August 23, 2006, motion to enlarge time attached, as well as a revised one dated November 24, 2006, herein.**

Appellant submits the attached memorandum with appendix's in support of the instant motion, whereby, it is prayed that his motion be granted, respectively. **See also, attached lower court opinions dated November 10, 2005; and July 18, 2006.**

**Respectfully submitted**

Normand Bedford

## Certification

I the undersigned hereby certify that I caused a true copy of the within "motion for reconsideration of motion to enlarge time to file a petition for writ of certiorari," to be mailed this 16th day of **January** ,**2007**, postage prepaid, to: Mr. Aaron L. Weisman, RI Attorney General's Office, 150 South Main Street, Providence, RI 02903. Copy sent to U.S. Supreme Court, Washington D.C., by certified mail receipt number, 7005 1820 0006 0503 9693.

Normand Bedford
Normand Bedford, Pro se
P.O. Box 8273
Cranston, RI 02920-0273

UNITED STATES SUPREME COURT
WASHINGTON D.C.

NORMAND BEDFORD
(Appellant)

v.

C.A.Nos.04-2604;
04-2727;
05-2558.

A.T. WALL II, Director, RI
Dept. of Corrections, ATTORNEY
GENERAL FOR THE STATE OF RI,
(Appellees)

**APPELLANT'S MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION OF MOTION FOR ENLARGEMENT OF TIME TO FILE PETITION FOR WRIT OF CERTIORARI**

Now comes Appellant, Normand Bedford, in the above entitled matter and hereby moves this Honorable Court for "Reconsideration of his August 23, 2006, filed motion for enlargement of time to file a petition for writ of certiorari with this Court." Appellant's motion for enlargement was received by this Court on September 12, 2006, according to this Court's letter to Appellant dated the same. Appellant seeks a "reconsideration" on the grounds of "extraordinary circumstances." **August 23, 2006, motion to enlarge time attached, as well as revised one dated November 24, 2006, herein.**

**Statement of Facts**

1. On **November 15, 2006,** Appellant filed with this Court a "Motion for Reconsideration of former motion for enlargement of time to file a petition for writ of certiorari with this Court." His latter motion which accompanied a memorandum, declaration, and appendix's A-H, was received by this Court on **November 24, 2006.** Appellant therein, has

**"shown good cause"** why he should be granted an enlargement of time to file a petition for writ of certiorari with this Court, despite lower Court's mandate of January 6, 2006. See **enclosed (Appellant's November 24, 2006, filed memorandum, declaration, and appendix's A-H, showing good cause for review). See** also, therein, (**Appellant's motion for panel re-hearing filed with lower court in association with enclosed lower court Order dated July 18, 2006, denying same).**

2. In answering this Court's question posed in this Court's letter dated **November 24, 2006,** stating, "It is unclear which order you are seeking review of. Please specify the order(s) you are seeking review of in your application," Appellant **encloses** and **attaches two Court Orders** from lower Court, dated **November 10, 2005,** and **July 18, 2006.** Appellant asserts that the evidence in his enclosed memorandum of his **November 24, 2006,** filing shows "good cause" for granting his instant motion for enlargement of time, notwithstanding, the same memorandum and appendix's of his "motion for panel rehearing" filed with the lower Court, demonstrates an "abuse of discretion" and an arbitrary and capricious ruling by the lower Court, in light of the evidence herein, and therein.

3. Appellant respectfully requests that this Honorable United States Supreme Court make a careful review of the enclosed pleadings before making it's determination on the merits of the instant application, whereby, he prays that his motion for enlargement of time to file a petition for writ of certiorari be **granted** respectively.

**Respectfully submitted**

Norman Bedford

# Certification

I the undersigned hereby certify that I caused a true copy of the within memorandum and appendix's A-H, of former motion dated November 15, 2006, to be mailed this 16th day of **January**, **2007**, postage prepaid, to: Mr. Aaron L. Weisman, RI Attorney General's Office, 150 South Main Street, Providence, RI 02903. Copy sent to U.S. Supreme Court, Washington D.C., by certified mail number, 7005 1820 0006 0503 9693.

Normand Bedford

Normand Bedford, Pro se
P.O. Box 8273
Cranston, RI 02920-0273

**SUPREME COURT OF THE UNITED STATES**
**OFFICE OF THE CLERK**
**WASHINGTON, DC 20543-0001**

November 24, 2006

Norman Bedford
#102384
PO Box 8274
Cranston, RI 02920

RE: Norman Bedford v. Wall, et al.
USCA1 No. 04-2604, -2727, 05-2558

Dear Mr. Bedford:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case was originally postmarked August 9, 2006 and received again on November 24, 2006. The application is returned for the following reason(s):

The lower court opinion must be appended filed on November 17, 2005. Rule 13.5.

It is unclear which order you are seeking review of. Please specify the order(s) you are seeking review of in your application.

A copy of the corrected application must be served on opposing counsel.

Sincerely,
William K. Suter, Clerk
By:
Heather Trant
(202) 479-3039

Enclosures

MANDATE

04-00271
USDC/RI
Laguex, J

# United States Court of Appeals
## For the First Circuit

RECEIVED
JAN 09 2006
Property of U.S. District Court
District of Rhode Island

Nos. 04-2604
04-2727
05-2558

NORMAND BEDFORD,

Petitioner, Appellant,

v.

A.T. WALL, DIRECTOR,
RHODE ISLAND DEPARTMENT OF CORRECTIONS, ET AL.,

Respondents, Appellees.

Before

Boudin, Chief Judge,
Campbell and Stahl, Senior Circuit Judges.

**JUDGMENT**
**Entered: November 10, 2005**

We deny the certificate of appealability because the petitioner has not shown that "jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). After careful review of the petitioner's appellate contentions and the district court record, we conclude that the district court properly dismissed the habeas petition for lack of exhaustion and also properly rejected petitioner's argument that state corrective process is unavailable to him. There was no denial of the right to counsel. Moreover, petitioner failed to timely file his direct appeal brief in which he might have presented all of his habeas claims to the state supreme court.

Regarding appeal No. 04-2604, we deny the request for a certificate of appealability, dismiss the pending motion to proceed in forma pauperis, deny the remaining pending motions, and terminate the appeal. We dismiss appeal Nos. 04-2727 and 05-2558.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

[signature]
Deputy Clerk

Date: 1/6/06

[cc: Normand Bedford, Aaron L. Weisman, AAG]

# United States Court of Appeals
## For the First Circuit

---

Nos. 04-2604
04-2727
05-2558

NORMAND BEDFORD,

Petitioner, Appellant,

v.

A.T. WALL, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS, ET AL.,

Respondents, Appellees.

---

Before

Boudin, Chief Judge,
Campbell and Stahl, Senior Circuit Judges.

---

ORDER OF COURT

Entered: July 18, 2006

Appellant's motion for panel rehearing of the court's Judgment dated November 10, 2005, which we construe as a motion for recall of mandate, and his motion for reconsideration of the court's Order dated November 17, 2005 are denied.

So ordered.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.