# EXHIBIT "J"

**SUPREME COURT OF THE UNITED STATES**
**OFFICE OF THE CLERK**
**WASHINGTON, DC 20543-0001**

August 19, 2006

Norman Bedford
#102384
PO Box 8274
Cranston, RI 02920

RE: Norman Bedford v. Wall, et al.
USCA1 No. 04-2604, -2727, 05-2558

Dear Mr. Bedford:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case was postmarked August 9, 2006 and received August 17, 2006. The application is returned for the following reason(s):

The application does not specify the amount of additional time requested. Rule 13.5.

A copy of the corrected application must be served on opposing counsel.

Sincerely,
William K. Suter, Clerk
By:
Heather Trant
(202) 479-3039

Enclosures

**SUPREME COURT OF THE UNITED STATES**
**OFFICE OF THE CLERK**
**WASHINGTON, DC 20543-0001**

September 12, 2006

Norman Bedford
#102384
PO Box 8274
Cranston, RI 02920

RE: Norman Bedford v. Wall, et al.
USCA1 No. 04-2604, -2727, 05-2558

Dear Mr. Bedford:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case was originally postmarked August 9, 2006 and received again on September 12, 2006. The application is returned for the following reason(s):

The application is out-of-time. The date of the lower court judgment or order denying a timely petition for rehearing was December 29, 2006. Therefore the application for an extension of time was due on or before March 29, 2007. Rules 13.1, 30.1 and 30.2. When the time to file a petition for a writ of certiorari in a civil case has expired (including any habeas action), the Court no longer has the power to review the petition or to consider an application for an extension of time to file the petition.

Sincerely,
William K. Suter, Clerk
By:
Heather Trant
(202) 479-3039

Enclosures

**SUPREME COURT OF THE UNITED STATES**
**OFFICE OF THE CLERK**
**WASHINGTON, DC 20543-0001**

January 22, 2007

Norman Bedford
#102384
PO Box 8274
Cranston, RI 02920

RE: Norman Bedford v. Wall, et al.
USCA1 No. 04-2604, -2727, 05-2558

Dear Mr. Bedford:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case was originally postmarked August 9, 2006 and received again on January 22, 2007. The application is returned for the following reason(s):

The application is out-of-time. The date of the lower court judgment was July 18, 2006. The original due date of the petition was October 16, 2006. The maximum time that a Justice can extend the time to file a petition is 60 days. Therefore, even if the maximum time had been granted by a Justice, the petition would have been due on December 15, 2006. No petition has been received to date. When the time to file a petition for a writ of certiorari in a civil case has expired (including any habeas action), the Court no longer has the power to review the petition or to consider an application for an extension of time to file the petition.

Sincerely,
William K. Suter, Clerk
By:
Heather Trant
(202) 479-3039

Enclosures