# EXHIBIT

# "L"

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## SUPREME COURT
## DOCKET EVENT LISTING

### CASE INFORMATION

Case Title: NORMAN BEDFORD V A.T.WALL, DIRECTOR

Case ID No: SU-06-0283

Appeal Date: 11-OCT-2006
Appeal Type: MISCELLANEOUS PETITION
Current Status: BEFORE ARGUMENT

Next Scheduled:
Event Type:

Lower Court No: P1-1997-1715A

Related Cases:

### PARTY INFORMATION

| | | | |
|---|---|---|---|
| BEDFORD, NORMAN | PLTF | SE, PRO | AOR |
| WALL, A | DEFT | WEISMAN, AARON | AOR |

### DOCKET INFORMATION

| Date | Description | Text |
|---|---|---|
| 11-OCT-2006 | PETITION WRIT MANDAMUS<br>Affiliated Party: BEDFORD, NORMAN | |

**Supreme Court**

No. 06-283-M.P.

Normand Bedford :

v. :

A. T. Wall, Director :

## ORDER

The petition for writ of mandamus is denied.

Defendant Normand Bedford's criminal appeal, captioned ***State v. Normand Bedford***, No. 2003-30 C. A., is hereby assigned to the regular calendar for oral argument in ***May 2007***. Defendant shall file his brief in this appeal on or before February 9, 2007. The state shall file its reply brief within 30 days of the filing of defendant's brief. The Supreme Court clerk's office will accept no further filings in this appeal from the defendant other than defendant's brief unless otherwise specifically authorized by the Court.

Entered as an Order of this Court this ***4th*** day of ***January, 2007***.

By Order,

Clerk