APPENDIX "1"

**Supreme Court**

No. 06-283-M.P.

Normand Bedford :

v. :

A. T. Wall, Director :

**ORDER**

The petition for writ of mandamus is denied.

Defendant Normand Bedford's criminal appeal, captioned ***State v. Normand Bedford***, No. 2003-30 C. A., is hereby assigned to the regular calendar for oral argument in ***May 2007***. Defendant shall file his brief in this appeal on or before February 9, 2007. The state shall file its reply brief within 30 days of the filing of defendant's brief. The Supreme Court clerk's office will accept no further filings in this appeal from the defendant other than defendant's brief unless otherwise specifically authorized by the Court.

Entered as an Order of this Court this ***4th*** day of ***January, 2007***.

By Order,

Clerk

APPENDIX "2"

# RHODE ISLAND SUPREME COURT

Office of the Clerk

www.courts.state.ri.us

Licht Judicial Complex
250 Benefit Street
Providence, RI 02903
401-222-3272
Fax: 401-222-3599

Normand Bedford
P.O. Box 8273
Cranston, RI 02920-0273

February 27, 2007

Re: 2003-0030

Dear Mr. Bedford,

Our office is in receipt of your Motion for Appointment of Counsel, dated February 14, 2007, and your Motion To Be Admitted to Bail, mailed to the Chief Justice, also dated February 14th. In accordance with the Supreme Court's order dated January 4, 2007, our office can not accept any filings such as this without the Court's prior authorization. You must therefore file a motion with the Court first requesting permission to file such motions. Rather than send your motions and attachments back to you, I will hold them pending such Court authorization, if granted.

Your Motion to Rescind the January 4, 2007 order, however, is still pending before the Court, and we will let you know of its outcome as soon as possible.

In the future, I would ask that you submit official court filings to our office, versus the Chief Justice's office, as such filings must then be brought to us and since matters pending before the Court can not be reviewed ex parte by the justices. I understand that you have concerns that your mailings are not being forwarded properly to us, but mailing it directly to us helps assure that it will arrive where it should, as expeditiously as possible.

Sincerely,

Pamela Woodcock Pfeiffer
Clerk of the Supreme Court

R.I. Supreme Court
Attn: Ms. Pamela Woodcock Pfeiffer
Administrative Clerk, 250 Benefit
Street, Providence, Rhode Island
02903.

March 7, 2007

Re: Normand Bedford/Response letter. C.A.No.2003-30

Dear Ms. Woodcock Pfeiffer:

In direct response to your letter of **February 27, 2007,** I must inform you that I cannot acknowledge or acquiesce this Court's **January 4, 2007,** Order through this Court's suggestion that I file a "motion requesting permission to accept my **February 14, 2007,** filing of a 'motion for appointment of appellate counsel, and motion to be admitted to bail pending appeal.'"

As stated in my **February 17, 2007,** "motion to rescind the **Janary 4, 2007,** Order," it was apparantly derived out of "malicious prosecution, and abuse of process," in violation of federal law, 18 U.S.C.S. §1983, allegedly, orchestrated by Assistant Attorney General Mr. Aaron L. Weisman, as described in my **February 17, 2007,** "motion to rescind Order and it's memorandum certified on **February 23, 2007.**

To briefly ellaborate, I did not re-open my direct appeal in the case number cited above, which is a "criminal appeal." I was on appeal to the United States Supreme Court in Washington D.C., from a lower Court's erroneous Orders dismissing my appeals. Mr. Weisman received my pleadings for that process, and apparantly, attempted to divert my efforts in that due process.

I am entitled to "access this Honorable Court in the matter of my direct appeal, which I am now ready to pursue." Therefore, my motion for appointment of counsel and motion to be admitted to bail pending appeal should be filed without regard to this Court's erroneous and inopportune Order of **January 4, 2007,** as requested in my **February 14, 2007,** filing letter with attached motions, memorandums, and declarations of truth.

In closing, please inform me of the decision on the merits of my **January 4, 2007,** "motion to rescind Order." Thank you for your time in these matters.

Sincerely

Normand Bedford

Normand Bedford, Pro se
P.O. Box 8273
Cranston, RI 02920

APPENDIX "4"

**SUPREME COURT OF THE UNITED STATES**
**OFFICE OF THE CLERK**
**WASHINGTON, DC 20543-0001**

January 22, 2007

Norman Bedford
#102384
PO Box 8274
Cranston, RI 02920

RE: Norman Bedford v. Wall, et al.
USCA1 No. 04-2604, -2727, 05-2558

Dear Mr. Bedford:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case was originally postmarked August 9, 2006 and received again on January 22, 2007. The application is returned for the following reason(s):

The application is out-of-time. The date of the lower court judgment was July 18, 2006. The original due date of the petition was October 16, 2006. The maximum time that a Justice can extend the time to file a petition is 60 days. Therefore, even if the maximum time had been granted by a Justice, the petition would have been due on December 15, 2006. No petition has been received to date. When the time to file a petition for a writ of certiorari in a civil case has expired (including any habeas action), the Court no longer has the power to review the petition or to consider an application for an extension of time to file the petition.

Sincerely,
William K. Suter, Clerk
By:
Heather Trant
(202) 479-3039

Enclosures

APPENDIX "5"

**Supreme Court**

No. 03-30-C.A.

State of Rhode Island :

v. :

Normand Bedford :

# ORDER

This case came before the Court in conference on several motions filed by defendant Normand Bedford, including in particular a motion to rescind this Court's Order of January 4, 2007 wherein we *inter alia* assigned this criminal appeal to the ***May 2007*** argument calendar and directed defendant to file his brief on or before February 9, 2007. We also advised the defendant in that Order that absent the Court's prior authorization, the Supreme Court Clerk's office would accept no further filings from him other than his brief. Notwithstanding our directives and caveat, however, defendant failed to file a brief as ordered and, without seeking the required authorization, he has in addition to the motion to rescind, filed motions seeking the appointment of counsel and release on bail.

Accordingly, in light of defendant's disregard of the January 4, 2007 Order, we hereby direct that the following Order shall enter:

1. The Supreme Court Clerk is directed to return to the defendant all motions filed by him without our prior authorization since the issuance of our Order of January 4, 2007. These shall include defendant's motion to rescind, his motion to appoint counsel, and his motion for release on bail.

2. Defendant's appeal is hereby dismissed for his failure to file a brief as ordered. The appeal, however, will be automatically reinstated if defendant shall file his brief on or before ***March 29, 2007.***

Entered as an Order of this Court this ***12th*** day of ***March 2007.***

By Order,

Clerk

**APPENDIX "6"**

# RHODE ISLAND SUPREME COURT

Office of the Clerk

www.courts.state.ri.us

Licht Judicial Complex
250 Benefit Street
Providence, RI 02903
401-222-3272
Fax: 401-222-3599

Normand Bedford
P.O. Box 8273
Cranston, RI 02920-0273

February 14, 2007

Re: 2003-30, 2006-283

Dear Mr. Bedford,

This is in response to your letter dated February 4, 2007. Our office is in fact in receipt of your pleadings dated January 23, 2007.

Sincerely,

The R.I. Supreme Court Clerk's Office

APPENDIX "7"

Nancy J. Mayer
*General Treasurer*

Barbara Ann Murphy
*Program Administrator*

# State of Rhode Island and Providence Plantations

TREASURY DEPARTMENT

*CRIME VICTIM COMPENSATION PROGRAM*

December 22, 1998

Norman Bedford
P.O. Box 8273
Cranston, RI 02920

**RE: STATE OF RHODE ISLAND VS. NORMAN BEDFORD**
**Criminal Case Number: P1/971715A**
**Victim: Valentina Patnaude, on behalf of her minor daughter**

Dear Mr. Bedford:

I am in receipt of your November 11, 1998 letter. Please be advised that I represent the interests of the Crime Victim Compensation Program in the Office of the General Treasurer of the State of Rhode Island.

In 1997, you were convicted of one count of 1st degree Sexual Assault and one count of 2nd degree Sexual Assault, in the Superior Court case number listed above.

On April 9, 1998, pursuant to the Criminal Injuries Act of 1996, in claim number 970035, a Notice of Award Recommended for payment was agreed upon for the payment of compensation in the amount of $6,610.55 payable to the victim.

**PURSUANT TO RHODE ISLAND GENERAL LAWS SECTION 12-25-26 DEMAND IS HEREBY MADE IN THE AMOUNT OF $6,610.55.**

If you have retained legal counsel, please have your attorney contact this office immediately. If you wish to represent yourself, please contact this office at (401) 222-2287 to make arrangements to pay your indebtedness.

Failure to respond to this correspondence may result in further legal action without prior notice.

Bedford convicted
in may 1998
Correction:
Normand Bedford

Sincerely,

BARBARA A. MURPHY
Program Administrator
Crime Victim Compensation Program

ORANGE-REMITTANCE COPY
GREEN-AGENCY
COPIES TO STATE CONTROLLER

DEPARTMENT OF ADMINISTRATION
OFFICE OF ACCOUNTS AND CONTROLS
ONE CAPITOL HILL
PROVIDENCE, R.I. 02908-5883

VOUCHER NO.

BILL TO: Treas/VCIF
40 Fountain St. Prov. RI 02903

PURCHASE ORDER NO.
REQUISITION NO.

VENDOR'S F.E.I./S.S. NUMBER, NAME, AND ADDRESS
F.E.I.N./S.S. NO.

Sundry Payee
c/o Treas/CVC
40 Fountain Street
Providence, RI 02903

VENDORS INVOICE NO.
VENDORS INVOICE DATE
TERMS
INDICATE WHETHER INVOICE REPRESENTS: PARTIAL DELIVERY / FINAL DELIVERY
VOUCHER DATE: April 15,1998

| DESCRIPTION OF ITEMS | | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|
| Nicole Desourdy<br>Application #970035 ordered on 4-09-98 | | | |
| NAME | FEIN | BOC | |
| Valentina Fatnaude | | 583 | $6,500.00 |
| R.I. Hospital | 05-0258954 | 585 | 110.55 |

CRIME VICTIM COMPENSATION PROGRAM

Barbara A. Murphy, Director

| ACCOUNT NO. AND BUDGET CODE | COST CENTER | AMOUNT | ENCUMBRANCE LIQUIDATED AMOUNT |
|---|---|---|---|
| 2310-80300-583 | | $6,500.00 | |
| 2310-80300-585 | | $ 110.55 | |
| 2310-80300-266 | | $ | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| TOTAL AMOUNT | $6,610.55 |
| LESS: CASH DISCOUNT | |
| ADJUSTMENT | |
| NET AMOUNT | $6,610.55 |

RECEIVED BY:
DELIVERY DATE:

-- CERTIFICATE --

I hereby certify that

The items listed above have been received in good condition and are accepted by me. This is a just and proper charge against the accounts listed and has never been paid before. I am duly authorized to sign this certificate.

AUDIT | DATA ENTRY | BUDGET APPROVAL | AUTHORIZED AGENT

Nancy J. Mayer
General Treasurer

Barbara Murphy Boden
Program Administrator

# State of Rhode Island and Providence Plantations

TREASURY DEPARTMENT

*CRIME VICTIM COMPENSATION PROGRAM*

July 29, 1997

Valentina Patnaude

RE: Application No.: 970036
APPLICANT: Valentina Patnaude
VICTIM : Nicole Desourdy

Dear Ms. Patnaude:

On January 22, 1997, you filed an application with the Crime Victim Compensation Program. After opening the application it was discovered that the program had previously received an application on behalf of the victim for the same crime.

The new claim has been closed and supplemental benefits will be considered under claim 970035, the claim number that was assigned to the initial claim filed.

If you have additional information for us to consider, please let us know immediately either by writing to the above address or by calling (401) 277-2287.

Sincerely,

Barbara Murphy Boden
Program Administrator

no Exacted Reply

APPENDIX "8"

APPENDIX "9"