**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Norman Bedford,** | : | |
| **Petitioner** | : | |
| **vs.** | : | **C.A. No. 07-144S** |
| | : | **C.A No. 04-271L** |
| **State of Rhode Island, Director** | : | **C.A. No. 05-095L** |
| **Ashbel T. Wall, Rhode Island** | : | |
| **Department of Corrections,** | : | |
| **Respondents** | : | |

**RESPONDENT'S REPLY TO PETITIONER'S MOTION TO ENLARGE TIME AND MOTION FOR ORDER TO FILE CHECK FROM INMATE ACCOUNT TO PAY COST OF FILING FEE**

Now comes Respondents, State of Rhode Island, et al, in the above entitled matter and hereby replies to Petitioner's motion for enlargement of time and order to Department of Corrections Inmate Accounts to issue a check for the $5.00 filing fee applicable to this matter. For the reasons set forth in the accompanying Memorandum Respondents submit the filing fee has been paid. Respondents further submit they leave Petitioner's request for an enlargement of time to the discretion of the court.

Submitted by,

s/s Kathleen Kelly

Kathleen M. Kelly #5501
Senior Legal Counsel
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, inter-departmental mail to Normand Bedford, P.O. Box 8273, Maximum Security Facility, Cranston, RI 02920, and to the Rhode Island Department of Attorney General, 150 South Main St., Providence, RI, 02903, on this 31st day of August, 2007.

s/s Kathleen Kelly