**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Norman Bedford,** | : | |
| **Petitioner** | : | |
| **vs.** | : | **C.A. No. 07-144S** |
| | : | **C.A No. 04-271L** |
| **State of Rhode Island, Director** | : | **C.A. No. 05-095L** |
| **Ashbel T. Wall, Rhode Island** | : | |
| **Department of Corrections,** | : | |
| **Respondents** | : | |

**RESPONDENT'S MEMORANDUM IN SUPPORT OF THEIR REPLY TO PETITIONER'S MOTION TO ENLARGE TIME AND MOTION FOR ORDER TO FILE CHECK FROM INMATE ACCOUNT TO PAY COST OF FILING FEE**

Now come Respondents, State of Rhode Island, et al, in the above entitled matter and hereby submits this Memorandum in support of their Reply to Petitioner's motion for enlargement of time and order to Department of Corrections Inmate Accounts to issue a check for the $5.00 filing fee applicable to this matter.

On Thursday, August 9, 2007, Petitioner Bedford submitted a request to Rhode Island Department of Corrections, Inmate Accounts Office, to draw a check in the amount of $5.00, payable to the United States District Court for the District of Rhode Island. This request was received by Inmate Accounts on Friday, August 10, 2007. On Tuesday, August 14, 2007, Inmate Accounts issued a check to the United States District Court for the District of Rhode Island. (See attached Exhibit A.). Therefore, the Department has already complied with Mr. Bedford's request.

As to the Petitioner's request for an enlargement of time, Respondents respectfully leave that to the discretion of this Honorable Court.

Submitted by,

s/s Kathleen Kelly

Kathleen M. Kelly #5501
Senior Legal Counsel
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, inter-departmental mail to Normand Bedford, P.O. Box 8273, Maximum Security Facility, Cranston, RI 02920, and to the Rhode Island Department of Attorney General, 150 South Main St., Providence, RI, 02903, on this 31st day of August, 2007.

s/s Kathleen Kelly