# ...Correctional Institutions
## Inmate Account Transfer

ID # 102384 MAX DATE 8-9-07

NAME BEDFORD NORMAND L
LAST FIRST MIDDLE

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE

I. ☐ POSTAGE AMOUNT
1. LETTER / LETTERS ______
2. CARD / CARDS ______
3. CERTIFIED MAIL ______
4. OTHER ______
TOTAL $ 5.00

95552

IV ☐ WORK RELEASE
RENT FOR WEEK AMOUNT
OF ____ TO ____ $ ______
EXPENSE PAYMENT FOR WEEK
OF ____ TO ____ $ ______
TOTAL $ ______

II. ☒ DRAW CHECK / CASH FOR $ 5.00
U.S. District Court, Clerk,
NAME
1 Exchange Terrace
ADDRESS
Providence, Rhode Island
CITY OR TOWN
02903 (Legal Pleadings)
RELATIONSHIP

V. ☐ PAYMENT OF FINE
TO ______ COURT
FOR AMOUNT $ ______

PERSON ON VISITING LIST ☐ YES ☐ NO VERIFIED ______
ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRIG MONIES Filing fee D.C. 07-144S

☐ APPROVED ☐ DENIED APPROVED ASSOCIATE DIRECTOR DATE

III. ☐ CLOSING OF INMATE ACCOUNT ☐ OTHER $ ______ Capt. Ashton

I HAVE RECEIVED THE FOLLOWING AMOUNT
$ ______ FROM THE ADULT COR-
RECTIONAL INSTITUTIONS BUSINESS OFFICE.

Normand Bedford
INMATES SIGNATURE

RECEIVED ABOVE PAYMENT

S - 14 OFFICE COPY - WHITE INMATE COPY - CANARY

# Inmate Statement

## Transactions between 8/9/2007 and 8/30/2007

**Inmate ID: 102384** **Block: MAX**
**Name: BEDFORD, NORMAN** **Tier: AQUID**
**Status: Active** **Cell: A2-10**

| Date | Transaction | Description | Transaction Amount | Total Funds | Debt Balance | Encumbered Funds | Spending Balance |
|---|---|---|---|---|---|---|---|
| **08/09/2007** | - | **BEGINNING BALANCES** | - | **329.97** | **85.72** | **262.14** | **67.83** |
| 08/12/2007 | ERF | OID:100712583-ComisaryRefund-Reg | 1.45 | 331.42 | 85.72 | 262.14 | 69.28 |
| 08/12/2007 | ERF | OID:100712583-ComisaryRefund-Reg | 0.75 | 332.17 | 85.72 | 262.14 | 70.03 |
| 08/14/2007 | CHECK TRANSFER | US DISTRICT CT/N. BEDFORD 102384 | -5.00 | 327.17 | 85.72 | 262.14 | 65.03 |
| 08/15/2007 | PAYROLL MAX | YARD | 62.00 | 389.17 | 85.72 | 277.64 | 111.53 |
| 08/15/2007 | <POSTAGE> | Payment for POSTAGE on 2004-10-21-12. | -0.90 | 388.27 | 84.82 | 277.64 | 110.63 |
| 08/15/2007 | <POSTAGE> | Payment for POSTAGE on 2004-10-21-12. | -2.67 | 385.60 | 82.15 | 277.64 | 107.96 |
| 08/15/2007 | <POSTAGE> | Payment for POSTAGE on 2004-11-04-12. | -3.95 | 381.65 | 78.20 | 277.64 | 104.01 |
| 08/15/2007 | <POSTAGE> | Payment for POSTAGE on 2004-11-04-12. | -3.95 | 377.70 | 74.25 | 277.64 | 100.06 |
| 08/15/2007 | <POSTAGE> | Payment for POSTAGE on 2004-11-15-11. | -3.95 | 373.75 | 70.30 | 277.64 | 96.11 |
| 08/15/2007 | <POSTAGE> | Payment for POSTAGE on 2005-10-19-12. | -4.75 | 369.00 | 65.55 | 277.64 | 91.36 |
| 08/15/2007 | <POSTAGE> | Payment for POSTAGE on 2006-04-20-09. | -3.59 | 365.41 | 61.96 | 277.64 | 87.77 |
| 08/15/2007 | <POSTAGE> | Payment for POSTAGE on 2006-10-17-12. | -0.39 | 365.02 | 61.57 | 277.64 | 87.38 |
| 08/15/2007 | <POSTAGE> | Payment for POSTAGE on 2006-10-17-12. | -0.39 | 364.63 | 61.18 | 277.64 | 86.99 |
| 08/15/2007 | <POSTAGE> | Payment for POSTAGE on 2006-10-17-12. | -0.39 | 364.24 | 60.79 | 277.64 | 86.60 |
| 08/15/2007 | <POSTAGE> | Payment for POSTAGE on 2006-10-30-14. | -0.39 | 363.85 | 60.40 | 277.64 | 86.21 |
| 08/15/2007 | <POSTAGE> | Payment for POSTAGE on 2006-10-30-14. | -0.39 | 363.46 | 60.01 | 277.64 | 85.82 |
| 08/15/2007 | <POSTAGE> | Payment for POSTAGE on 2006-10-30-14. | -0.39 | 363.07 | 59.62 | 277.64 | 85.43 |
| 08/15/2007 | <POSTAGE> | Payment for POSTAGE on 2006-10-30-14. | -0.63 | 362.44 | 58.99 | 277.64 | 84.80 |
| 08/15/2007 | <POSTAGE> | Payment for POSTAGE on 2006-11-03-14. | -0.39 | 362.05 | 58.60 | 277.64 | 84.41 |
| 08/15/2007 | <POSTAGE> | Payment for POSTAGE on 2006-11-10-16. | -0.39 | 361.66 | 58.21 | 277.64 | 84.02 |
| 08/15/2007 | <POSTAGE> | Payment for POSTAGE on 2006-11-10-16. | -0.63 | 361.03 | 57.58 | 277.64 | 83.39 |
| 08/15/2007 | <POSTAGE> | Payment for POSTAGE on 2006-11-20-15. | -2.86 | 358.17 | 54.72 | 277.64 | 80.53 |
| 08/15/2007 | POSTAGE | CERTIFIED MAIL | 9.85 | 358.17 | 64.57 | 277.64 | 80.53 |
| 08/15/2007 | <POSTAGE> | CERTIFIED MAIL | -9.85 | 348.32 | 54.72 | 277.64 | 70.68 |
| 08/15/2007 | POSTAGE | CERTIFIED MAIL | 9.40 | 348.32 | 64.12 | 277.64 | 70.68 |
| 08/15/2007 | <POSTAGE> | CERTIFIED MAIL | -9.40 | 338.92 | 54.72 | 277.64 | 61.28 |
| 08/15/2007 | POSTAGE | CERTIFIED MAIL | 9.40 | 338.92 | 64.12 | 277.64 | 61.28 |
| 08/15/2007 | <POSTAGE> | CERTIFIED MAIL | -9.40 | 329.52 | 54.72 | 277.64 | 51.88 |
| 08/20/2007 | POSTAGE | POSTAGE | 5.05 | 329.52 | 59.77 | 277.64 | 51.88 |
| 08/20/2007 | <POSTAGE> | POSTAGE | -5.05 | 324.47 | 54.72 | 277.64 | 46.83 |