**UNTIED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORMAND BEDFORD**

**v.** **C.A. No. 07 - 144 S**

**STATE OF RHODE ISLAND**, et al.

**ORDER**

This matter is before the Court on several motions filed by the pro se petitioner Normand Bedford:

1. On August 20, 2007, Bedford filed a motion for leave to file a supplemental memorandum with exhibits in support of his petition for a writ of habeas corpus in the instant civil action, as well as in civil actions 04 - 271 L and 05 - 095 L. See Dkt # 17-1. The Attorney General objected to the motion.

After consideration of the motion, and of the objection thereto, said motion is **GRANTED in part and DENIED in part**. Plaintiff may file the supplemental memorandum in the instant civil action. To the extent that plaintiff seeks to file the supplemental memorandum in 04-271 L and 05-095 L, said motion is denied. Those cases are closed.

2. On August 27, 2007, Bedford filed an "Omnibus Motion to Enlarge Time and Motion for Order" directing the Rhode Island Department of Corrections to release funds from his inmate account. Plaintiff seeks the funds to pay the $5.00 filing fee in this matter. See Dkt #24. Said motion is **DENIED**. The Department of Corrections has forwarded the filing fee to the Court on Bedford's behalf.

3. On August 27, 2007, Bedford a motion for leave to file an objection and response to the State's motion to dismiss. Said motion is **DENIED**. Leave of court is not required to file an Objection to a motion to dismiss. The Court shall treat petitioner's filing (and supporting documents), see Dkt # 25 & 26, as his Objection to the State's motion to dismiss.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 4 Sep 07