**UNTIED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORMAND BEDFORD**

**v.** **C.A. No. 07 - 144 S**

**STATE OF RHODE ISLAND**, et al.

**ORDER**

This matter is before the Court on several motions filed by the pro se petitioner Normand Bedford:

1. On August 22, 2007, petitioner filed a motion to extend time to pay the $5.00 filing fee in this matter. Petitioner seeks an additional twenty days. Said motion is **GRANTED**, *nunc pro tunc.* The Court notes that since this motion was filed, the Court has received the filing fee.

2. On August 15, 2005, petitioner filed a motion to have the undersigned recuse from this matter. See Dkt # 14. As a basis, petitioner asserts that the undersigned has engaged in "Judicial Misconduct," but has failed to identify or substantiate any such claim. Accordingly, petitioner's motion is **DENIED**.

3. On August 15, 2007, petitioner filed a motion for release on bail while the instant habeas corpus action is pending. See Dkt # 15. Said motion is **DENIED**. No basis exists in which the Court could release the petitioner from custody.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 4 Sep 07