UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v.

D.C.No.07-144S;
Companions:
D.C.Nos.04-271L;
D.C.No. 05-095L

STATE OF RHODE ISLAND, ET AL., Director Ashbel T. Wall II, Rhode Island Department of Corrections, et al.
(Respondents)

## PETITIONER'S MOTION TO ENLARGE TIME

Now comes Petitioner, NORMAND BEDFORD, in the above entitled matter and hereby, moves this Honorable United States District Court for "Enlargment of Time to File his Objection to United States District Court Senior Magistrate Judge Jacob Hagopian's Report and Recommendation to Dismiss Petition for Writ of Habeas Corpus," in D.C.No. 07-144S. Petitioner's position is that his access to the Maximum Security facility prison law library is limited due in part to weekend closures, periodic and unexpected modified recreation and law library time. Petitioner respectfully, seeks an enlargment of time in the amount of twenty (20) days from the date of certification of the instant motion, whereby, he prays that the same be granted respectively.

**Respectfully submitted**

Normand Bedford

**NORMAND BEDFORD, Pro se**
**P.O. BOX 8273**
**CRANSTON, RI 02920**

# Certification

I the undersigned hereby, certify, that I caused a true copy of the within "motion to enlarge time" to be mailed, this 11th day of **September** ,**2007**, postage prepaid, regular U.S. mail, to: Mr. Aaron L. Weisman, Rhode Island Attorney General's Office, 150 South Main Street, Providence, Rhode Island 02903.

Normand Bedford
NORMAND BEDFORD, Pro se
P.O. BOX 8273
CRANSTON, RI 02920