UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v.

D.C.No.07-144S;
Companions:
D.C.Nos.04-271L;
D.C.No. 05-095L.

STATE OF RHODE ISLAND, ET AL., Director Ashbel T. Wall II, Rhode Island Department of Corrections, et al.
(Respondents)

**PETITIONER'S DECLARATION**
**28 U.S.C. §1746**

**I, Declarant/Petitioner, NORMAND BEDFORD, do declare under the penalty of perjury, pursuant to 28 U.S.C. §1746, the following:**

That the allegations, declarations, and assertions made within the attached and associated "Objection to United States District Court Senior Magistrate Judge Jacob Hagopian's Report and Recommendation dated **September 4, 2007,** are true, correct, and complete, not misleading, the truth, the whole truth, and nothing but the truth, so help me God."

That the **Exhibits A-E,** in support of the above are true copies of originals.

**Respectfully submitted**

**Dated: September 12, 2007.**

Normand Bedford

**NORMAND BEDFORD, Pro se**
**P.O. BOX 8273**
**CRANSTON, RI 02920-0273**

## Certification

I, the undersigned hereby, certify, that I caused a true copy of the within "Declaration in Support of Objection" to be mailed this 15th day of September ,2007, regular U.S. mail, postage pre-paid, to: Mr. Aaron L. Weisman, Rhode Island Attorney General's Office, 150 South Main Street, Providence, Rhode Island 02903; Copy sent to United States Federal District Court, Ms. Wendy Geile, Clerk, 1 Exchange Terrace, Providence, Rhode Island 02903, via certified mail receipt, article No. 7005 2570 0001 4829 5261.

**Dated: September 12, 2007.**

Normand Bedford

**NORMAND BEDFORD, Pro se**
**P.O. BOX 8273**
**CRANSTON, RI 02920-0273**