# EXHIBIT "A"

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE Sc. SUPERIOR COURT

STATE OF RHODE ISLAND :
:
:
-VS- : P1/97-1715
:
:
NORMAND L. BEDFORD :

HEARD BEFORE MR. JUSTICE CLIFTON

AND A JURY

COMMENCING MAY 19, 1998

99-209CA

APPEARANCES:

STEPHEN RYAN, ESQUIRE
Assistant Attorney General . . . . . . . FOR THE STATE

MARK DANA, ESQUIRE . . . . . . . . . . . FOR THE DEFENDANT

# C E R T I F I C A T I O N

I, Edwina M. Butkins, hereby certify that the succeeding pages, 1 through 397 inclusive, are a true and accurate transcript of my stenographic notes.

Edwina M. Butkins
Court Reporter

THE COURT: Mr. Bedford, the next matter before the Court, Mr. Steingold has, based on his responses to the Court, has indicated that he is not prepared to accept the appointment as counsel for you. So, the next matter before the Court is the Motion for new trial. Are you prepared to argue that, sir?

THE DEFENDANT: No, your Honor.

THE COURT: Why are you not prepared to argue that, Mr. Bedford?

THE DEFENDANT: Because I'd like a reappointment of counsel because I'm not qualified to argue for a new trial.

THE COURT: And what right, Mr. Bedford, can you articulate as to why this Court at this time should now seek to appoint, which would be - well, technically, Mr. Steingold never entered his appearance, but he was the fifth attorney. There has been four attorneys who represented you. There's been an attempt to appoint a fifth, and you're asking the Court to see about appointing yet another attorney.

THE DEFENDANT: That is what I'm asking the Court for. If there's any reluctance in that, I can only ask that Mr. Dana be reappointed as primary counsel. Other than that, the decision is in your