# EXHIBIT "B"

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, SC. SUPERIOR COURT

STATE OF RHODE ISLAND :

V. : P/1-1997-1715A

NORMAN L. BEDFORD :

**ORDER DIRECTING CLERK TO APPOINT COUNSEL**

On July 10, 1998, Justice Clifton sentenced Defendant Bedford to a 40 year term with the first 20 years to serve, the balance suspended. This sentence followed a trial in which Defendant was found guilty of both first and second degree child molestation.

On June 13, 2002, this Justice improvidently entered an Order denying Defendant's Motion for New Trial. That Order is hereby vacated. As pointed out by Defendant in his July 25, 2002 **pro se** letter to the Presiding Justice, Defendant is currently without counsel and is awaiting a hearing on his Motion for New Trial, a proceeding to which our Supreme Court referred in its Order of April 28, 2000.

It is not surprising that the multiple submissions of petitions by Defendant Bedford have caused confusion. Defendant has been represented by no fewer than seven different attorneys and has likewise represented himself **pro se** for much of the period of time since his indictment on the instant charges. This matter is presently on appeal before the Rhode Island Supreme Court. However, that appeal has been held in abeyance since May 20, 1999, pending a ruling on Defendant's Motion for New Trial. In order that this case can move forward expeditiously it is hereby

**O R D E R E D**

02 AUG -7 AM 11:05

1. The Clerk of Court shall appoint a Class 1 attorney to represent Defendant Bedford for purposes of pursuing the pending Motion for New Trial only. The Clerk shall take particular care so as not to appoint an attorney who has previously been appointed and been allowed to withdraw from the representation of this Defendant.

2. Following a determination of attorney, this case shall be placed on the September 23, 2002 calendar of Justice Clifton, the judicial officer before whom the Motion for New Trial shall be heard.

3. Should newly appointed counsel determine that it is still necessary that transcripts of Superior Court proceedings be prepared in advance of the hearing on the Motion for New Trial, that attorney shall apply for an order to that effect.

**ENTER:**

**Edwin J. Gale**
**Associate Justice**

**DATED:** 8/7/02

**BY ORDER:**

**Clerk** 8/7/02

cc: Inmate Norman Bedford
P.O. Box 8274
Cranston, RI 02920

Assistant Attorney General Stephen Ryan
Department of the Attorney General
Kent County Courthouse
222 Quaker Lane
Warwick, RI 02886