# EXHIBIT "D"

92-16

# Adult Correctional Institutions
## Inmate Account Transfer

ID # 102384 mal DATE 3-21-07

NAME BEDFORD NORMAND L
LAST FIRST MIDDLE

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE

I. ☑ POSTAGE — AMOUNT
1. LETTER/LETTERS 7.50
2. CARD/CARDS
3. CERTIFIED MAIL
4. OTHER

TOTAL $

IV. ☐ WORK RELEASE
RENT FOR WEEK — AMOUNT
OF ___ TO ___ $ ___
EXPENSE PAYMENT FOR WEEK
OF ___ TO ___ $ ___
TOTAL $

II. ☐ DRAW CHECK/CASH FOR $ ___

V. ☐ PAYMENT OF FINE

NAME

TO ___ COURT

ADDRESS

FOR AMOUNT $ ___

CITY OR TOWN

RELATIONSHIP

PERSON ON VISITING LIST ☐ YES ☐ NO VERIFIED ___
ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRING MONIES Legal R.I. Supreme Ct.
Cert. # 7005 1820 0006 0503 8955

☐ APPROVED ☐ DENIED ASSOCIATE DIRECTOR DATE

III. ☐ CLOSING OF INMATE ACCOUNT ☐ OTHER $ ___

I HAVE RECEIVED THE FOLLOWING AMOUNT

$ ___ FROM THE ADULT CORRECTIONAL INSTITUTIONS BUSINESS OFFICE.

Normand Bedford
INMATE'S SIGNATURE

RECEIVED ABOVE PAYMENT

S - 14 OFFICE COPY - WHITE INMATE COPY - CANARY

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
R.I. Supreme Court
Attn; Ms. Pamela Woodcock Pfeffer
250 Benefit Street,
Providence, RI 02903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery 3-27-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7005 1820 0006 0503 8955

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

Dear Clerk:

This receipt relates to Exhibit "N," to Petitioner's "Objection and Response" to State's "Motion to Dismiss Petition." As shown from Exhibit "D," R.I. Supreme Court Docket in C.A. No 2003-30, reflects at April 2, 2007, filing that Petitioner's appeal is Dismissed, as a result of that Court's failure to record this receipt's filing of a "Motion to Stay Appeal Pending Interlocutory appeal.

Normand Bedford

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPREME COURT
DOCKET EVENT LISTING

Case Title: STATEOF RHODE ISLAND V NORMAN BEDFORD    Case ID No: SU-03-0030

DOCKET INFORMATION

| | | |
|---|---|---|
| 07-FEB-2005 | LETTER FILED | FROM DEFT. |
| 04-APR-2005 | MOTION TO HOLD IN ABEYANCE | |
| 04-APR-2005 | LETTER FILED | |
| 05-JAN-2007 | ORDER ASSIGNED TO HEARING | MATTER ASSIGNED FOR ORAL ARGUMENT IN MAY 2007. DEFT.'S BRIEF DUE BY 2/9/07; STATE'S REPLY DUE 30 DAYS AFTER FILING. NO FURTHER FILINGS IN THIS APPEAL FROM DEFENDANT OTHER THAN THE BRIEF WILL BE ACCEPTED UNLESS OTHERWISE SPECIFICALLY AUTHORIZED BY THE COURT. |
| 12-JAN-2007 | PAPERS ONLY FILED | SUPREME COURT FILE ON 1999-209 REC'D FROM RECORD CENTER |
| 23-JAN-2007 | MOTION TO STAY<br>Affiliated Party: BEDFORD, NORMAN | AND MOTION TO RESCIND COURT'S ORDER OF 1/4/07 |
| 23-JAN-2007 | MEMORANDUM FILED<br>Affiliated Party: BEDFORD, NORMAN | AND APPELLANT'S DECLARATION |
| 08-FEB-2007 | LETTER FILED<br>Affiliated Party: BEDFORD, NORMAN | REQUESTING CONFIRMATION OF RECEIPT OF 2/23/07 FILINGS. |
| 12-MAR-2007 | ORDER ENTERED | ALL MOTIONS FILED BY APPELLANT WITHOUT PRIOR AUTHORIZATION SINCE THE 1/4/07 ORDER SHALL BE RETURNED TO APPELLANT, INCLUDING MOTION TO RESCIND, MOTION TO APPT COUNSEL, AND MOTION FOR RELEASE ON BAIL. |
| 12-MAR-2007 | ORDER ENTERED | DEFENDANT'S APPEAL IS DISMISSED FOR FAILURE TO FILE BRIEF AS ORDERED. HOWEVER, APPEAL WILL BE AUTOMATICALLY REINSTATED IF DEFT. FILES BRIEF ON OR BEFORE MARCH 29, 2007. |
| 13-MAR-2007 | LETTER FILED<br>Affiliated Party: BEDFORD, NORMAN | |
| 02-APR-2007 | ORDER APPEAL DISMISSED BFA | |