U.S. District Court
Ms. Wendy Geile, Clerk.
1 Exchange Terrace
Providence, RI 02903

Sept. 15, 2007

D.C. No. 07-144S;
Companions:
D.C. Nos. 04-271L;
D.C. No. 05-095L.

Re: Normand Bedford/
Additional filing.
Declaration of Complaint [Cert. mail article]
No. 7005 2570 0001 4829 5261

Dear Ms. Geile:

28 U.S.C. § 1746

On September 11, 2007, I filed with this Honorable Court a "Motion to Enlarge Time to File Objection to U.S.M.J., Hagopian's R+R to Dismiss Petition for Writ of Habeas Corpus." See (Motion to Enlarge, enclosed).

On September 13, 2007, RI Dept. of Corrections Maximum Security Officials (Staff) returned my "legal mail" to me, alleging, that I had no money in my account to pay for two white-sized envelopes at .41 (cents), via money transfer slip. See enclosed copies (Money Transfer Slips, dated 9-11-07), with symbol "Ø in Account," on face.

Upon immediately, speaking to Lt. Bruce Oden, I was forbidden to mail legal pleadings, via "money transfer," without active

funds, though not indigent, R.I.D.O.C. Officials, for the past 8 yrs., have always debited my account for legal mail, and legal copies.

However, on September 13, 2007, I applied a 1st Class Postage stamp and refiled my September 10, 2007 dated "Motion to Enlarge".

In light of purported legal claims, I hereby, allege that R.I.D.O.C. Staff, are deliberately, in a "corrupt endeavor," to obstruct administration of justice, in violation of 18 U.S.C. Sections 1503; and 1702, participating, in "conspiracy to obstruct legal correspondence," presumably, through, or resulting from "ex parte" communication with State's attorney, Aaron L. Weisman.

Therefore, I respectfully, request my timely filed motion be honored.

I, Petioner/Declarant, Normand Bedford, do declare under penalty of perjury that the aforementioned is true, correct, and complete, not misleading, pursuant to 28 U.S.C. Section 1746.

Sincerely Normand Bedford