# Adult Correctional Institutions
## Inmate Account Transfer

ID # 102384 max DATE 9-11-07

NAME BEDFORD NORMAND L.
LAST FIRST MIDDLE

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE

I. [x] POSTAGE AMOUNT
1. LETTER / LETTERS
2. CARD / CARDS
3. CERTIFIED MAIL
4. OTHER
TOTAL $

IV [ ] WORK RELEASE
RENT FOR WEEK AMOUNT
OF TO $
EXPENSE PAYMENT FOR WEEK
OF TO $
TOTAL $

II. [ ] DRAW CHECK / CASH FOR $

NAME

ADDRESS

CITY OR TOWN

RELATIONSHIP

V. [ ] PAYMENT OF FINE
TO COURT
FOR AMOUNT $

Ø IN ACCT

PERSON ON VISITING LIST [ ] YES [ ] NO VERIFIED
ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRING MONIES Legal [U.S. M.I.] Dist. Ct.

[ ] APPROVED [ ] DENIED ASSOCIATE DIRECTOR DATE

III. [ ] CLOSING OF INMATE ACCOUNT [ ] OTHER $

I HAVE RECEIVED THE FOLLOWING AMOUNT
$ FROM THE ADULT CORRECTIONAL INSTITUTIONS BUSINESS OFFICE.

Normand Bedford
INMATES SIGNATURE

RECEIVED ABOVE PAYMENT

S - 14 OFFICE COPY - WHITE INMATE COPY - CANARY

# Adult Correctional Institutions
# Inmate Account Transfer

ID # 102384 Maf DATE 9-11-07

NAME BEDFORD NORMAND L
LAST FIRST MIDDLE

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE

I. [X] POSTAGE AMOUNT
1. LETTER / LETTERS ______
2. CARD / CARDS ______
3. CERTIFIED MAIL ______
4. OTHER ______
TOTAL $ ______

IV [ ] WORK RELEASE
RENT FOR WEEK AMOUNT
OF ____ TO ____ $ ______
EXPENSE PAYMENT FOR WEEK
OF ____ TO ____ $ ______
TOTAL $ ______

II. [ ] DRAW CHECK / CASH FOR $ ______

NAME

ADDRESS

CITY OR TOWN

RELATIONSHIP

V. [ ] PAYMENT OF FINE
TO ______ COURT
FOR AMOUNT $ ______

Ø INV ACCT

PERSON ON VISITING LIST [ ] YES [ ] NO VERIFIED ______
ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRING MONIES Legal Weisman [V5mJ]

[ ] APPROVED [ ] DENIED ______
ASSOCIATE DIRECTOR DATE

II. [ ] CLOSING OF INMATE ACCOUNT [ ] OTHER $ ______

I HAVE RECEIVED THE FOLLOWING AMOUNT
$ ______ FROM THE ADULT COR-
RECTIONAL INSTITUTIONS BUSINESS OFFICE.

Normand Bedford
INMATES SIGNATURE

RECEIVED ABOVE PAYMENT

S - 14 OFFICE COPY - WHITE INMATE COPY - CANARY