UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Normand Bedford
Plaintiff

v. CA 07-144S

A.T. Wall, et al
Defendant

**ORDER**

The Report and Recommendation of Senior United States Magistrate Judge Jacob Hagopian filed on September 4, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1)(B). State of Rhode Island's Motion to Dismiss is GRANTED and Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DISMISSED.

BY ORDER:

Loren Baldwell

DEPUTY CLERK

ENTER:

WESmith

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 9/21/07