**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Normand Bedford**
**Plaintiff**

**V.** **Case Number: C.A. NO. 07-144S**

**A.T. Wall, et al**
**Defendant**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendant, State of Rhode Island, against the Plaintiff, Normand Bedford pursuant to the Court's Order dated September 21, 2007, granting State of Rhode Island's Motion to Dismiss and dismissing Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.**

**BY ORDER:**

**September 24, 2007**
**Date**

**Deputy Clerk**