UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v.

D.C.No.07-144S;
Companions:
D.C.Nos.04-271L;
D.C.No. 05-095L.

STATE OF RHODE ISLAND, ET AL., Director, Ashbel T. Wall II, Rhode Island Department of Corrections, et al.
(Respondents)

**PETITIONER'S NOTICE OF APPEALS**

Now comes Petitioner, NORMAND BEDFORD, in the above-entitled matter and hereby, gives his "Notice of Appeal," from this Court's erroneous Order dated **September 21, 2007**, and **September 24, 2007**, Judgment dismissing his Petition for Writ of Habeas Corpus, pursuant to **28 U.S.C. §2254**, and seeks appeal to the United States Court of Appeals for the First Circuit.

**Respectfully submitted**

**Dated: September 26, 2007.**

Normand Bedford

**NORMAND BEDFORD, Pro se**
**P.O. BOX 8273**
**CRANSTON, RI 02920-0273**

**Certification**

I the undersigned hereby, certify, that I caused a true copy of the within "Notice of Appeal" to be mailed this **26th** day of **September**, **2007**, postage prepaid, to: Mr. Aaron L. Weisman, Attorney General's Office, 150 South Main Street, Providence, Rhode Island 02903, regular U.S. mail.

Normand Bedford