UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v.

D.C.No.07-144S;
Companions:
D.C.Nos.04-271L;
D.C.No. 05-095L.

STATE OF RHODE ISLAND, ET AL., Director, Ashbel T. Wall II, Rhode Island Department of Corrections, et al.
(Respondents)

**PETITIONER'S MOTION REQUESTING THAT COMPLETE RECORD BE FORWARDED TO THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

Now comes Petitioner, NORMAND BEDFORD, in the above-entitled matter and hereby, moves this Honorable Court to "forward his complete record, including transcripts, and pleadings of this Court, and also, all transcripts of State Court proceedings, to the United States Court of Appeals for the First Circuit, in respect to his appeal of the dismissal of his Petition for Writ of Habeas Corpus, pursuant to **28 U.S.C. §2254.** A copy of this motion will be presented forthwith, to the United States Court of Appeals for the First Circuit, 1 Courthouse Way-Suite 2500, Boston Massachusetts 02210.

**Therefore,** for the aforementioned cause Petitioner prays that the instant motion be granted.

**Respectfully submitted**

**Dated: September 26, 2007.**

**NORMAND BEDFORD, Pro se**
**P.O. BOX 8273**
**CRANSTON, RI 02920**

**Certification**

I the undersigned hereby, certify, that I caused a true copy of the within "motion requesting that complete record be forwarded to the United States Court of Appeals for the First Circuit," to be mailed postage prepaid, to: Mr. Aaron L. Weisman, Attorney General's Office, 150 South Main Street, Providence, Rhode Island 02903, regular U.S. mail, this **26th** day of **September** ,**2007.**

**Dated: September 26, 2007.**

Normand Bedford

**NORMAND BEDFORD, Pro se**
**P.O. BOX 8273**
**CRANSTON, RI 02920**