UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v.

D.C.No.07-144S;
Companions:
D.C.Nos.04-271L;
D.C.No. 05-095L.

STATE OF RHODE ISLAND, ET AL., Director, Ashbel T. Wall II, Rhode Island Department of Corrections, et al.
(Respondents)

**PETITIONER'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

Now comes Petitioner, NORMAND BEDFORD, in the above-entitled matter and hereby, moves this Honorable Court to "acknowledge his Indigency," pursuant to this Court's Order dated **April 20, 2007.** Petitioner also respectfully requests that this Court take Judicial Notice of his being granted "Indigent Status" in both the Providence Superior Court, and the Rhode Island Supreme Courts collectively. A copy of this motion will be presented forthwith, to the United States Court of Appeals for the First Circuit, 1 Courthouse Way-Suite 2500, Boston Massachusetts 02210.

**Therefore,** in view of Petitioner's "Indigent Status," he prays that this motion be granted.

**Respectfully submitted**

**Dated: September 26, 2007.**

Normand Bedford

**NORMAND BEDFORD, Pro se**
**P.O. BOX 8273**
**CRANSTON, RI 02920**

## Certification

I the undersigned hereby, certify, that I caused a true copy of the within "motion to proceed in forma pauperis on appeal" to be mailed this **26th** day of **September** ,**2007**, postage prepaid, to: Mr. Aaron L. Weisman, Attorney General's Office, 150 South Main Street, Providence, Rhode Island 02903, regular U.S. mail.

**Dated: September 26, 2007.**

Normand Bedford

**NORMAND BEDFORD, Pro se**
**P.O. BOX 8273**
**CRANSTON, RI 02920**