**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NORMAN BEDFORD** | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **C.A. No. 07-144S** |
| | : | |
| **STATE OF RHODE ISLAND, et al** | : | |
| **Respondent** | : | |

**STATE OF RHODE ISLAND'S OPPOSITION TO PETITIONER'S MOTION FOR EVIDENTIARY HEARING**

Now comes the State of Rhode Island, by and through its attorneys, and, for the reason expressed in the accompanying supporting memorandum, hereby opposes Petitioner's Motion for Evidentiary Hearing.

Respectfully submitted,
**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/Aaron L. Weisman

**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

CERTIFICATION

Pursuant to AP 10 of this Court, I hereby certify that on the 22nd day of October, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system; and, I also certify that I caused a copy of the within document to be sent to the following by first class mail on the same date: Norman Bedford, Jr., Pro-Se, at his last known address of P.O. Box 8273, Cranston R.I. 02920.

/s/Aaron L. Weisman

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NORMAN BEDFORD** | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **C.A. No. 07-144S** |
| | : | |
| **STATE OF RHODE ISLAND, et al** | : | |
| **Respondent** | : | |

**STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS OPPOSITION TO PETITIONER'S MOTION FOR EVIDENTIARY HEARING**

Petitioner seeks an evidentiary hearing in connection with the above-captioned 28 U.S.C. § 2254 application, in which he challenges aspects of his Rhode Island judgments of conviction. Because Petitioner, however, has thus far failed to properly raise in State Court the issues he wishes litigated in federal habeas corpus, no purpose would be served by an evidentiary hearing.

Wherefore, the State would respectfully object to Petitioner's motion for an evidentiary hearing.

Respectfully submitted,
**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/Aaron L. Weisman

**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

CERTIFICATION

Pursuant to AP 10 of this Court, I hereby certify that on the 22nd day of October, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system; and, I also certify that I caused a copy of the within document to be sent to the following by first class mail on the same date: Norman Bedford, Jr., Pro-Se, at his last known address of P.O. Box 8273, Cranston R.I. 02920.

/s/Aaron L. Weisman