UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v. D.C.No.07-144S

STATE OF RHODE ISLAND, ET AL.
(Respondents)

**PETITIONER'S DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT AND ORDER 28 U.S.C. § 1746**

**I, Declarant/Petitioner, NORMAND BEDFORD, do hereby, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746:**

That the allegations, declarations and assertions made in the attached and associated "motion for relief from judgment and order and memorandum" are true, correct and complete, not misleading, the truth, the whole truth, and nothing but the truth, so help me God.

That the **Exhibits A-F**, associated and attached to the above documents are true copies of originals with **alteration of Exhibit "B"**, allegedly by [Hagopian, U.S.M.J.], as described in Petitioner's "memorandum" to above noted "motion for relief from judgment and order," filed under **D.C.No.05-095L**, after leading case number **D.C.No.07-144S**, was **"blotted out." See (Exhibit "B")**, enclosed.

**Respectfully submitted**

**Dated: October 17, 2007.**

Normand Bedford

**NORMAND BEDFORD, Pro se [Declarant]**
**P.O. BOX 8273**
**CRANSTON, RI 02920-0273**

**Respectfully submitted**

**Dated: October 17, 2007.**

Normand Bedford

**NORMAND BEDFORD, Pro se**
**P.O. BOX 8273**
**CRANSTON, RI 02920-0273**

**Certification**

I, the undersigned hereby, certify, that I caused a true copy of the within "Declaration in Support of Motion for Relief from Judgment and Order," in **D.C.No.07-144S**, to be mailed this 20th day of **October**, **2007**, regular U.S. mail, postage prepaid, to; Mr. Aaron L. Weisman, Rhode Island Attorney General's Office, 150 South Main Street, Providence, Rhode Island 02903; Copy sent to U.S. District Court, U.S. District Court Judge William E. Smith, 1 Exchange Terrace, Providence, Rhode Island 02903, via certified mail receipt, article No.7005 2570 0001 4829 5650.

Normand Bedford