Inventory List of Enclosed Exhibits A-F to Petitioner's Motion for Relief from Judgment and Order in D.C. No.07-144S Dated: October 17, 2007

Exhibit "A" Petitioner's Criminal Complaint, bonded by Affidavit and Claim of Lien, with it's attached **Appendix 1-4;** and **Exhibits 1-7,** with mail receipts of certified mailings.

Exhibit "B" Petitioner's three page Motion for Relief from Judgment and Order dated **July 19, 2007,** certified on **August 9, 2007,** with certified article No.7005 2570 0001 4829 6039, "certified mail." **Attached therewith, is four certified mail receipts of above noted "criminal complaint."**

Exhibit "C" State's Objection to Petitioner's Motion for Relief from Judgment and Order of **D.C.Nos.04-271L; and D.C.No.05-095L,** with **FILING NO.07-144S, OMITTED.(Cf., above noted Exhibit "B", signed and dated by U.S.D.J. Ronald R. Lagueux, on September 13, 2007, with "BLOTTED OUT" #07-144S.)**

Exhibit "D" Petitioner's **August 1, 2007, cover-letter** demonstrating the above noted filings, with certified date as **August 9, 2007, id. p.2.**

Exhibit "E" U.S. District Court Senior Magistrate Judge Jacob Hagopian's Order dated **September 4, 2007, Id. at paragraph 2, deliberately evading basis of "Judicial Misconduct" as described in Exhibit "A", which [Hagopian, U.S.M.J.], received as shown from enclosed certified mail receipt and May 14, 2007, cover letter, addressed to him.**

Exhibit "F" U.S. District Court Docket History Report dated **August 28, 2007,** in **D.C.No.07-144S, evincing the claims made in enclosed Memorandum and Exhibits A-F.**

**Dated: October 17, 2007.**

Normand Bedford
NORMAND BEDFORD, Pro se