# EXHIBIT "B"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v.

[redacted]
D.C.No.04-271L;
D.C.No.05-095L

STATE OF RHODE ISLAND, ET AL., Director
Ashbel T. Wall II, Rhode Island Department
of Corrections, et al.
(Respondents)

**PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT AND ORDER PURSUANT TO RULE 60(b)(3)**

Now comes Petitioner, NORMAND BEDFORD, in the above-entitled matter and hereby, moves this Honorable Court for "Relief from Judgment and Order," in D.C.Nos.04-271L; and D.C.No.05-095L, pursuant to the Federal Court Rules of Civil Procedure, Rule 60(b)(3), which provides relief from "fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct or an adverse party." Petitioner further asserts that 28 U.S.C. §636, provides, that "Judicial officer, whether Magistrate or Judge has inherent power to reconsider his own order," citing United States v. Colombo, (1985, ED NY) 616 F.Supp. 780, revd on other grounds (CA2 NY) 777 F.2d 96. Petitioner posits that this Court erroneously dismissed his two former Petitions for Writ of Habeas Corpus in the above cited case numbers without acknowledgment or acquiescing his **"July 14, 2004, Motion to Enlarge Time to File Brief on appeal to State Supreme Court"** but instead, false and fraudulent statements, specifically, in United States District Court Magistrate Judge Jacob Hagopian's October 14, 2004, Report and Recommendation to dismiss petition in D.C.No.04-271L,



Denied - frivolous; Ronald R. Lagueux
Sr. USDJ 9/13/07

55

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v.

D.C.Nos.07-00144;
D.C.No.04-271L;
D.C.No.05-095L

STATE OF RHODE ISLAND, ET AL., Director
Ashbel T. Wall II, Rhode Island Department
of Corrections, et al.
(Respondents)

**PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT AND ORDER PURSUANT TO RULE 60(b)(3)**

Now comes Petitioner, NORMAND BEDFORD, in the above-entitled matter and hereby, moves this Honorable Court for "Relief from Judgment and Order," in **D.C.Nos.04-271L;** and **D.C.No.05-095L,** pursuant to the Federal Court Rules of Civil Procedure, Rule 60(b)(3), which provides relief from "fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct or an adverse party." Petitioner further asserts that **28 U.S.C. §636,** provides, that "Judicial officer, whether Magistrate or Judge has inherent power to reconsider his own order," citing **United States v. Colombo, (1985, ED NY) 616 F.Supp. 780, revd on other grounds (CA2 NY) 777 F.2d 96.** Petitioner posits that this Court erroneously dismissed his two former Petitions for Writ of Habeas Corpus in the above cited case numbers without acknowledgment or acquiescing his **"July 14, 2004, Motion to Enlarge Time to File Brief on appeal to State Supreme Court"** but instead, false and fraudulent statements, specifically, in United States District Court Magistrate Judge Jacob Hagopian's **October 14, 2004,** Report and Recommendation to dismiss petition in **D.C.No.04-271L,**

were made to fact finders that Petitioner had failed to file an appellate brief to the Rhode Island Supreme Court, pursuant to that Court's Order of **June** 29, **2004**, without acknowledgment of the "Concealed evidence," of the **July 14, 2004**, "Motion to Enlarge Time to File such brief, with a substantial Memorandum in Support therewith, and Exhibits A-D, therein.

Petitioner submits the attached and enclosed "Criminal Complaint, dated **April 17, 2007**," filed with all interested parties, via certified mail receipt, including the United States Attorney, Mr. Robert Clark Corrente, Ms. Marilyn Shannon McConaghy, Insurance Commissioner for the State of Rhode Island, and the United States Court of Appeals for the First Circuit, as well as the parties accused of the misconduct, namely, United States District Court Magistrate Judge Jacob Hagopian, and Rhode Island Assistant Attorney General, Mr. Aaron L. Weisman. The "Criminal Complaint, Affidavit and Claim of Lien" is accompanied with Appendix's 1-4; and Exhibits 1-7. <u>See</u> **also, May 14, 2007,** letter enclosed, addressed to U.S. District Court Magistrate Judge Jacob Hagopian, received via certified mail receipt, article No.7005-1820 0006 0503 5343. <u>See</u> **also**, enclosed certified receipt, time stamped **May 17, 2007**, and **May 21, 2007**, signed by District Court Clerk, Mr. Charles Brule.

Petitioner further asserts that the various offenses described within the enclosed "Criminal Complaint, Affidavit and Claim of Lien" warrant the immediate relief by means of granting the instant motion, essentially, ordering the release of State prisoner from unlawful custody of the Rhode Island Department of Corrections Maximum Security

facility in Cranston, Rhode Island.

Therefore, for all the aforementioned reasons, Petitioner prays that the instant "Motion for Relief from Judgment and Orders in **D.C. Nos.04-271L;** and **D.C.No.05-095L**, be granted respectively, thus, ordering the immediate release of Petitioner from unlawful State custody of the Rhode Island Department of Corrections Maximum Security facility, under the care and custody of R.I.D.O.C. Director, Ashbel T. Wall II.

**Respectfully submitted**

**Dated: July 19, 2007.**

Normand Bedford

**NORMAND BEDFORD, Pro se**
**P.O. BOX 8273**
**CRANSTON, RI 02920-0273**

## Certification

I the undersigned hereby, certify, that I caused a true copy of the within "motion for relief from judgment and orders" with the attached "criminal complaint, affidavit and claim of lien" with it's exhibits 1-7; and appendix's 1-4, to be mailed this 9th day of **August** ,**2007**, postage prepaid, to: Mr. Aaron L. Weisman, Rhode Island Attorney General's Office, 150 South Main Street, Providence, Rhode Island 02903; Copy sent to United States District Court, Chief Justice Mary M. Lisi, One Exchange Terrace, Providence, Rhode Island 02903, via certified mail receipt, article No.7005 2570 0001 4829-6039.

Normand Bedford

May 14, 2007

U.S. Federal District Court
Attn: U.S.M.J. Jacob Hagopian,
1 Exchange Terrace, Providence,
Rhode Island 02903

Re: Normand Bedford/Filing of Criminal Complaint, Affidavit, and Claim of Lien.

D.C.Nos.04-271L;
05-095L;
R.I. Supreme Court
No. 03-30

Dear U.S.M.J. Hagopian:

Please find enclosed a copy of my "Criminal Complaint, Affidavit, and Claim of Lien" against you and Mr. Aaron L. Weisman, along with it's package of "appendix's 1-4, and exhibits 1-7," and other letters and papers.

As noted from the certification page of the enclosed, you were the only person that was not sent the package via certified mail receipt, so to make sure that you are formally and legally noticed, I am sending you another copy by certified mail receipt. By law, once verified notice is executed, you will have a full ninety days (90 days), from the date of receipt, to make any potential rebuttal to my claims, if you so find me to be in error. This time frame is known as the (Jewish Grace Period), regarding the dual of affidavits.

Sincerely

Normand Bedford

Normand Bedford, Pro se
P.O. Box 8273
Cranston, R.I. 02920-0273

Certified Mail Receipt Article
# [7005 1820 0006 0503 5343]

Cc: Robert Corrente; and
Ms. Marily McConaghy

# Adult Correctional Institutions
## Inmate Account Transfer

ID # 102384 DATE 5-15-07

NAME BEDFORD NORMAN (LAST / FIRST / MI)

A2 10

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE

I. [X] POSTAGE — AMOUNT
1. LETTER / LETTERS 9.40
2. CARD / CARDS 9.40
3. CERTIFIED MAIL (circled)
4. OTHER

TOTAL $ ______

IV [ ] WORK RELEASE
RENT FOR WEEK AMOUNT
OF ___ TO ___ $ ______
EXPENSE PAYMENT FOR WEEK
OF ___ TO ___ $ ______
TOTAL $ ______

II. [ ] DRAW CHECK / CASH FOR $ ______

V. [ ] PAYMENT OF FINE
TO ______ COURT
FOR AMOUNT $ ______

NAME
ADDRESS
CITY OR TOWN
RELATIONSHIP

PERSON ON VISITING LIST [ ] YES [ ] NO VERIFIED ______ ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRIG MONIES U.S.M.J. Hagopian (legal)

#7005 1820 0006 0503 5343

APPROVED

[ ] APPROVED [ ] DENIED ASSOCIATE DIRECTOR Capt. Ashton DATE

III. [ ] CLOSING OF INMATE ACCOUNT [ ] OTHER $ ______

I HAVE RECEIVED THE FOLLOWING AMOUNT

$ ______ FROM THE ADULT COR-

RECTIONAL INSTITUTIONS BUSINESS OFFICE.

Norman Bedford
INMATES SIGNATURE

RECEIVED ABOVE PAYMENT

S - 14 OFFICE COPY - WHITE INMATE COPY - CANARY

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Federal District Court
Attn: U.S.M.J. Jacob Hagop-
ian, 1 Exchange Terrace
Providence, Rhode Island
02903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X C. Brady [ ] Agent [ ] Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? [ ] Yes
If YES, enter delivery address below: [X] No

3. Service Type
[X] Certified Mail [ ] Express Mail
[ ] Registered [X] Return Receipt for Merchandise
[ ] Insured Mail [ ] C.O.D.

4. Restricted Delivery? (Extra Fee) [ ] Yes

2. Article Number (Transfer from service label) 7005 1820 0006 0503 5343

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-154

---

7005 1820 0006 0503 5343

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $ |
| Certified Fee | A2.38 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.40 |

Postmark Here — 5-15-07; MAY 17 2007

Sent To U.S. Federal District Ct. Magistrate Hagopian
Street, Apt. No.; or PO Box No. 1 Exchange Terrace
City, State, ZIP+4 Providence, RI 02903

PS Form 3800, June 2002 See Reverse for Instructions