# EXHIBIT "D"

U.S. District Court
Chief Justice Mary M. Lisi
1 Exchange Terrace, Providence,
Rhode Island 02903

August 1, 2007

Re: Normand Bedford/Filing of motion for appointment of counsel; and motion for relief from judgement and orders, with attached complaint.

D.C.No.07-00144;
companions:
D.C.Nos. 04-271L;
D.C.No. 05-095L.

Dear Honorable U.S.D.C. Chief Justice Lisi:

Please assign and file the enclosed "Petitioner's motions for appointment of counsel, motion for relief from judgement and orders in **D.C.Nos. 04-271L; and D.C.No.05-095L**, with it's attached exhibits of criminal complaint, affidavit and claim of lien, with it's associated appendix's 1-4; and exhibits 1-7, therewith," with the appropriate Administrative Clerk.

Also, enclosed are four (4), copies of the certified mail cards, and receipts of all the parties noticed in the certification of my complaint, affidavit and claim of lien, against Assistant Attorney General Aaron L. Weisman, and U.S. Magistrate Judge Jacob Hagopian.

I respectfully request that another official U.S. Magistrate Judge, other than U.S. Magistrate Judge Jacob Hagopian, be assigned to my current petition in **D.C.No.07-00144; and companions D.C.Nos. 04-271L; and 05-095L**, due to the present complaint against him and the established and valid "conflict of interest." This is why I am forwarding the enclosed directly to you for your filing and assignment to an appropriate Administrative Clerk.

Thank you for your time in this matter.

Sincerely

Normand Bedford

Cc: Mr. Aaron L. Weisman.

Normand Bedford/Pro se
P.O. Box 8273
Cranston, RI 02920-0273
[Certified mail receipt]
#7005 2570 0001 4829 6039

# Certification

I the undersigned hereby, certify, that I caused a true copy of the within cover-letter dated **August 1, 2007,** to be mailed this 9th ,day of **August** ,2007, postage prepaid, to: Aaron L. Weisman, RI Attorney General's Office, 150 South Main Street, Providence, RI 02903, with attached "motions and complaint package and exhibits"; Copy sent to U.S. District Court Chief Justice Mary M. Lisi, 1 Exchange Terrace, Providence, RI 02903, via certified mail receipt, article No.7005 2570 0001 4829 6039.

**Dated: July 19, 2007.**

Normand Bedford

NORMAND BEDFORD Pro se
P.O.BOX 8273
CRANSTON, RI 02920-0273

7005 2570 0001 4829 6039

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: U.S. Federal District Court Chief Justice Mary M. Lisi
Street, Apt. No.; or PO Box No.: 1 Exchange Terrace
City, State, ZIP+4: Providence, RI 02903

PS Form 3800, June 2002 See Reverse for Instructions

P2-16

# Adult Correctional Institutions
## Inmate Account Transfer

ID # 102384 May DATE 4-23-07

NAME BEDFORD NORMAND L.
LAST FIRST MIDDLE

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE

I. [X] POSTAGE AMOUNT

1. LETTER / LETTERS 8.30
2. CARD / CARDS
3. CERTIFIED MAIL
4. OTHER

TOTAL $ ____

IV [ ] WORK RELEASE

RENT FOR WEEK AMOUNT

OF ___ TO ___ $ ____

EXPENSE PAYMENT FOR WEEK

OF ___ TO ___ $ ____

TOTAL $ ____

II. [ ] DRAW CHECK / CASH FOR $ ____

NAME

ADDRESS

CITY OR TOWN

RELATIONSHIP

V. [ ] PAYMENT OF FINE

TO ________ COURT

FOR AMOUNT $ ____

PERSON ON VISITING LIST [ ] YES [ ] NO VERIFIED ____
ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRING MONIES Cert. mail U.S. Atty Corrente
#7099 3400 0010 6521 2063

[ ] APPROVED [ ] DENIED **APPROVED** ASSOCIATE DIRECTOR DATE

III. [ ] CLOSING OF INMATE ACCOUNT [ ] OTHER Capt. Ashton

I HAVE RECEIVED THE FOLLOWING AMOUNT

$ ________ FROM THE ADULT COR-

RECTIONAL INSTITUTIONS BUSINESS OFFICE.

Normand Bedford
INMATES SIGNATURE

RECEIVED ABOVE PAYMENT

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney
Mr. Robert Corrente
50 Kennedy Plaza, 8th Fl
Providence, RI 02903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Max LaPaz [ ] Agent [ ] Addre

B. Received by (Printed Name) MAX LA PAZ C. Date of De 4-27-

D. Is delivery address different from item 1? [ ] Yes
If YES, enter delivery address below: [X] No

3. Service Type
[X] Certified Mail [ ] Express Mail
[ ] Registered [X] Return Receipt for Merch
[ ] Insured Mail [ ] C.O.D.

4. Restricted Delivery? (Extra Fee) [ ] Yes

2. Article Number (Transfer from service label) 7099 3400 0010 6521 206

PS Form 3811, February 2004 Domestic Return Receipt 102595-02

---

7099 3400 0010 6521 2063

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To: U.S. Atty, Mr. Robert Corrente

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.30 |

4-23-07
Postmark Here

Name (Please Print Clearly) (to be completed by mailer) NORMAND BEDFORD Id. 102384
Street, Apt. No.; or PO Box No. P.O. BOX 8273
City, State, ZIP+4 Cranston, RI 02920 P2-16

PS Form 3800, July 1999 See Reverse for Instructions

P2 16

# Adult Correctional Institutions
## Inmate Account Transfer

ID # 102384 May DATE 4-23-07

NAME Bedford Normand L.
LAST FIRST MIDDLE

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE

I. ☐ POSTAGE AMOUNT
1. LETTER / LETTERS
2. CARD / CARDS 7.30
3. CERTIFIED MAIL
4. OTHER
TOTAL $

IV ☐ WORK RELEASE
RENT FOR WEEK AMOUNT
OF ___ TO ___ $ ___
EXPENSE PAYMENT FOR WEEK
OF ___ TO ___ $ ___
TOTAL $ ___

II. ☐ DRAW CHECK / CASH FOR $ ___
NAME
ADDRESS
CITY OR TOWN
RELATIONSHIP

V. ☐ PAYMENT OF FINE
TO ___ COURT
FOR AMOUNT $ ___

PERSON ON VISITING LIST ☐ YES ☐ NO VERIFIED ___
ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRING MONIES Cert. mail / Ms McConaghy
# 7006 0810 0000 4647 2030

☐ APPROVED ☐ DENIED

APPROVED

III. ☐ CLOSING OF INMATE ACCOUNT ☐ OTHER

Capt. Ashton

I HAVE RECEIVED THE FOLLOWING AMOUNT
$ ___ FROM THE ADULT CORRECTIONAL INSTITUTIONS BUSINESS OFFICE.

Normand Bedford
INMATES SIGNATURE

RECEIVED ABOVE PAYMENT

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
R.I. Dept. of Business Regulations, Insurance Commissioner, Dir. Ms. Marilyn Shannon McConaghy, 233 Richmond Street, Prov. R.I. 02903.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery 4-27-
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 0810 0000 4647 2030

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-

---

7006 0810 0000 4647 2030

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.30 |

Postmark Here 4/23/07

Sent To R.I. Dept. of Business Reg. Ms. Marilyn McConaghy
Street, Apt. No.; or PO Box No. 233 Richmond Street
City, State, ZIP+4 Providence RI 02903

PS Form 3800, June 2002 See Reverse for Instructions

P2-16

## Adult Correctional Institutions
## Inmate Account Transfer

# 102384 Max DATE 4-25-07

NAME BEDFORD NORMAND L.
LAST FIRST MIDDLE

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE

I. ☒ POSTAGE AMOUNT
1. LETTER / LETTERS ____
2. CARD / CARDS ____
3. CERTIFIED MAIL 8.30
4. OTHER ____
TOTAL $ ____

IV ☐ WORK RELEASE
RENT FOR WEEK AMOUNT
OF ___ TO ___ $ ____
EXPENSE PAYMENT FOR WEEK
OF ___ TO ___ $ ____
TOTAL $ ____

II. ☐ DRAW CHECK / CASH FOR $ ____

V. ☐ PAYMENT OF FINE

NAME ____
ADDRESS ____
CITY OR TOWN ____
RELATIONSHIP ____

TO ____ COURT
FOR AMOUNT $ ____

PERSON ON VISITING LIST ☐ YES ☐ NO VERIFIED ____
ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRING MONIES Legal Weisman
# 7099 3400 0010 6521 2070

☐ APPROVED ☐ DENIED ____ ASSOCIATE DIRECTOR DATE

III. ☐ CLOSING OF INMATE ACCOUNT ☐ OTHER $ ____

I HAVE RECEIVED THE FOLLOWING AMOUNT
$ ____ FROM THE ADULT CORRECTIONAL INSTITUTIONS BUSINESS OFFICE.

Normand Bedford
INMATES SIGNATURE RECEIVED ABOVE PAYMENT

S-14 OFFICE COPY - WHITE INMATE COPY - CANARY

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Aaron L. Weisman, R.I. Attorney General's office, 150 South Main Street, Providence, RI 02903.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery 4/30/0

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

RECEIVED APR 30 2007

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7099 3400 0010 6521 2070

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M

---

7099 3400 0010 6521 2070

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:
Mr. Aaron L. Weisman

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.30 |

Postmark Here: 4-24-07 APR 27 2007

Name (Please Print Clearly) (to be completed by mailer)
NORMAND BEDFORD Id. 102384
Street, Apt. No.; or PO Box No.
P.O. BOX 8273 P2-16
City, State, ZIP+4
CRANSTON, RI 02920

PS Form 3800, July 1999 See Reverse for Instructions