# EXHIBIT

# "F"

APPEAL, HABEAS

# U.S. District Court
# District of Rhode Island (Providence)
# CIVIL DOCKET FOR CASE #: 1:07-cv-00144-S-JH
# Internal Use Only

Bedford v. State of Rhode Island et al
Assigned to: Judge William E Smith
Referred to: Magistrate Judge Jacob Hagopian
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 07/30/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Normand Bedford** represented by **Normand Bedford**
ACI
Medium Security
P.O. Box 8273
Cranston, RI 02920
PRO SE

V.

**Respondent**

**State of Rhode Island** represented by **Aaron L. Weisman**
Attorney General's Office
150 South Main Street
Providence, RI 02903
274-4400
Fax: 222-2995
Email: aweisman@riag.ri.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Attorney General of the State of Rhode Island** represented by **Aaron L. Weisman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Aaron L. Weisman** represented by **Aaron L. Weisman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 04/20/2007 | 1 | PETITION for Writ of Habeas Corpus , filed by Normand Bedford. (Attachments: # 1 Memo in Support of Petition# 2 Affidavit of Normand Bedford# - Exhibit A could not be scanned, exceeds system page capacity (3) Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit I# 11 Exhibit J)(Geile, Wendy) Additional attachment(s) added on 4/20/2007 (Geile, Wendy). (Entered: 04/20/2007) |
| 04/20/2007 | 2 | MOTION for Leave to Proceed in forma pauperis -*Inmate Statement could not be scanned due to privacy act* by Normand Bedford. (Attachments: # 1 Motion to proceed in Forma Pauperis# 2 Affidavit of Indigency)(Geile, Wendy) (Entered: 04/20/2007) |
| 04/20/2007 | | 2 MOTION for Leave to Proceed in forma pauperis -*Inmate Statement could not be scanned due to privacy act* REFERRED to Magistrate Judge Hagopian for determination. (Baldinelli, Doreen) (Entered: 04/20/2007) |
| 04/23/2007 | 3 | TRANSFER ORDER - This Court's records show that the Petitioner has brought a previous application for relief under 28 U.S.C. Section 2255. See (CA00-466T Bedford v. A.T. Wall, CA05-95L Bedford v. A.T. Wall). Since it appears that the Petitioner submitted the instant application in this Court, unaware of the recent amendment to the statute requiring the Court of Appeals to authorize this filing, this matter is hereby transferred to the United States Court of Appeals for the First Circuit in the interest of justice. 28 U.S.C. Section 1631. re 1 Petition for Writ of Habeas Corpus, filed by Normand Bedford. So Ordered by Judge William E Smith on 04/23/2007. (Baldinelli, Doreen) (Entered: 04/23/2007) |
| 05/15/2007 | 4 | MOTION to Appoint Counsel by Normand Bedford. Responses due by 6/1/2007 (Geile, Wendy) (Entered: 05/15/2007) |
| 05/15/2007 | 5 | NOTICE OF INTERLOCUTORY APPEAL as to 3 Order, by Normand Bedford. (Geile, Wendy) (Entered: 05/15/2007) |
| 05/15/2007 | 6 | Supplemental Record on Appeal transmitted to US Court of Appeals re 5 Notice of Interlocutory Appeal (Sent - Certified Docket, NOA, Petitioner's Motion for Appointment of Counsel) (Geile, Wendy) (Entered: 05/15/2007) |
| 05/23/2007 | 7 | USCA Case Number 07-1785 for 5 Notice of Interlocutory Appeal filed by Normand Bedford. (Geile, Wendy) (Entered: 05/23/2007) |
| 07/20/2007 | 8 | USCA JUDGMENT - In No. 07-1646, vacating the District Court's April 23, 2007 Transfer Order, remanding the case for further proceedings, and deny the habeas petitioner's remaining pending filings. Appeal No. 07-1785 is DISMISSED as to Normand Bedford. (Baldinelli, Doreen) (Entered: 07/20/2007) |
| 07/25/2007 | 9 | ORDER - The Attorney General is hereby Ordered to file its response to the Petitioner's Petition for Writ of Habeas Corpus (2254) by August 13, 2007. Response due by 8/13/2007. So Ordered by Judge William E Smith on 07/24/2007. (Baldinelli, Doreen) (Entered: 07/25/2007) |

| | | |
|---|---|---|
| 07/30/2007 | 10 | ORDER DENYING 2 Motion for Leave to Proceed in forma pauperis. Petitioner has the funds available to pay the initial filing fee of $5.00. Petitioner is hereby Ordered to pay the filing fee of $5.00 within twenty days (August 20, 2007)of the date of this order. Failure to do so will result in the dismissal of this action. So Ordered by Magistrate Judge Jacob Hagopian on 07/30/2007. (Baldinelli, Doreen) (Entered: 07/30/2007) |
| 08/08/2007 | 11 | MOTION to Dismiss *PETITIONER'S APPLICATION FOR A WRIT OF HABEAS CORPUS* WITH SUPPORTING MEMORANDUM by State of Rhode Island. Responses due by 8/27/2007 (Weisman, Aaron) (Entered: 08/08/2007) |
| 08/08/2007 | 12 | APPENDIX re 11 MOTION to Dismiss *PETITIONER'S APPLICATION FOR A WRIT OF HABEAS CORPUS* by Aaron L. Weisman. (Geile, Wendy) (Entered: 08/08/2007) |
| 08/09/2007 | 13 | MANDATE of USCA as to 5 Notice of Interlocutory Appeal filed by Normand Bedford. In No. 07-1646, vacating the District Court's April 23, 2007 Transfer Order, remanding the case for further proceedings, and deny the habeas petitioner's remaining pending filings. Appeal No. 07-1785 is DISMISSED as duplicative. (Geile, Wendy) (Entered: 08/09/2007) |
| 08/15/2007 | 14 | MOTION for Recusal by Normand Bedford. Responses due by 9/4/2007 (Geile, Wendy) (Entered: 08/15/2007) |
| 08/15/2007 | 15 | MOTION for Admission to Bail by Normand Bedford. Responses due by 9/4/2007 (Geile, Wendy) (Entered: 08/15/2007) |
| 08/17/2007 | 16 | MOTION to Appoint Counsel by Normand Bedford. Responses due by 9/4/2007 (Geile, Wendy) (Entered: 08/17/2007) |
| 08/20/2007 | 17 | MOTION for Leave to File *Supplemental Memorandum in support of pending Petition for Writ of Habeas Corpus* WITH SUPPORTING MEMO by Normand Bedford. Responses due by 9/6/2007 (Attachments: # 1 Declaration# 2 Inventory List of Exhibits)(Geile, Wendy) (Entered: 08/20/2007) |
| 08/21/2007 | 18 | MOTION for an Extension of Time to File Response/Reply as to 11 MOTION to Dismiss *PETITIONER'S APPLICATION FOR A WRIT OF HABEAS CORPUS* by Normand Bedford. Responses due by 9/7/2007 (Geile, Wendy) (Entered: 08/21/2007) |
| 08/22/2007 | 19 | MOTION for an Extension of Time to pay filing fee of five (5) dollars *and Motion for Order to File Check from Inmant's Account to Pay Filing Fee* by Normand Bedford. Responses due by 9/10/2007 (Geile, Wendy) (Entered: 08/22/2007) |
| 08/24/2007 | 20 | RESPONSE in Opposition re 15 MOTION for Admission to Bail *State of Rhode Island's Objection To Petitioner's Motion For Admission To Bail* With Supporting Memorandum filed by State of Rhode Island. (Weisman, Aaron) (Entered: 08/24/2007) |

| | | |
|---|---|---|
| 08/24/2007 | 21 | RESPONSE in Opposition re 14 MOTION for Recusal *State Of Rhode Island's Objection To Petitioner's Motion To Recuse* With Supporting Memorandum filed by State of Rhode Island. (Weisman, Aaron) (Entered: 08/24/2007) |
| 08/24/2007 | 22 | RESPONSE in Opposition re 16 MOTION to Appoint Counsel *State Of Rhode Island's Objection To Petitioner's Motion For Appointment Of Counsel* With Supporting Memorandum filed by State of Rhode Island. (Weisman, Aaron) (Entered: 08/24/2007) |
| 08/24/2007 | 23 | RESPONSE in Opposition re 17 MOTION for Leave to File *Supplemental Memorandum in support of pending Petition for Writ of Habeas Corpus State Of Rhode Island's Objection To Petitioner's Motion For Leave To File Supplemental Memorandum* With Supporting Memorandum filed by State of Rhode Island. (Weisman, Aaron) (Entered: 08/24/2007) |
| 08/24/2007 | | Motions Forwarded to Chambers 14 MOTION for Recusal, 15 MOTION for Admission to Bail, 17 MOTION for Leave to File Supplemental Memorandum in support of pending Petition for Writ of Habeas Corpus16 MOTION to Appoint Counsel FORWARDED to Chambers of Judge William E Smith. (Geile, Wendy) (Entered: 08/24/2007) |
| 08/24/2007 | | 19 MOTION for an Extension of Time to pay filing fee of five (5) dollars *and Motion for Order to File Check from Inmant's Account to Pay Filing Fee* REFERRED to Magistrate Judge Jacob Hagopian. (Geile, Wendy) (Entered: 08/24/2007) |
| 08/27/2007 | | 14 MOTION for Recusal, 15 MOTION for Admission to Bail, 17 MOTION for Leave to File *Supplemental Memorandum in support of pending Petition for Writ of Habeas Corpus*, 16 MOTION to Appoint Counsel REFERRED to Magistrate Judge Hagopian. (Geile, Wendy) (Entered: 08/27/2007) |
| 08/27/2007 | 24 | MOTION for an Extension of Time to pay filing fee of five (5) dollars and issue an Injunctive Order against the Rhode Island Department of Corrections Inmate Account Office by Normand Bedford. Responses due by 9/14/2007 (Attachments: # 1 Exhibit)(Geile, Wendy) (Entered: 08/28/2007) |
| 08/27/2007 | 25 | MOTION for Leave to File *Objection and Response to State's Motion to Dismiss Petition for Writ of Habeas Corpus* by Normand Bedford. Responses due by 9/14/2007 (Geile, Wendy) 8/28/2007 (Entered: 08/28/2007) |
| 08/28/2007 | 26 | RESPONSE IN OPPOSITION by Normand Bedford re 11 MOTION to Dismiss *PETITIONER'S APPLICATION FOR A WRIT OF HABEAS CORPUS*. (Attachments: # 1 Declaration# 2 List of Exhibits# 3 Exhibit A - Order dated 7/24/07# 4 Exhibit B - Letter dated 5/27/98# 5 Exhibit C - States Motion to Dismiss# 6 Exhibit D - Supreme Court Record# 7 Exhibit E - Order dated 6/3/99# 8 Exhibit F - Supreme Court Motion to Enlarge Time# 9 Exhibit G - Letter dated 3/28/05# 10 Exhibit H - Letter dated 3/7/07# 11 Exhibit I - Letter dated 12/7/06# 12 Exhibit J - Letter |

| | | |
|---|---|---|
| | | dated 9/19/06# 13 Exhibit K - Letter dated 1/17/07# 14 Exhibit L - Supreme Court case information# 15 Exhibit M - Grievance Complaint# 16 Exhibit N - Letter dated 3/17/07# 17 Appendix # 18 Letter dated 4/17/07)(Geile, Wendy) (Entered: 08/28/2007) |