**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NORMAN BEDFORD** | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **C.A. No. 07-144S** |
| | : | |
| **STATE OF RHODE ISLAND, et al** | : | |
| **Respondent** | : | |

**STATE OF RHODE ISLAND'S RESPONSE IN OBJECTION TO *PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT AND ORDER PURSUANT TO RULE 60(b) (3) (6)***

Now comes the State of Rhode Island, by and through its attorneys, and hereby objects, for the reasons expressed in the accompanying supporting *Memorandum*, to Petitioner's Motion For Relief From Judgment and Order.

Respectfully submitted,
**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/Aaron L. Weisman

______________________________
**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

CERTIFICATION

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 2nd day of November, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system; and, I also certify that I caused a copy of the within document to be sent to the following by first class mail on the same date: Norman Bedford, Jr., Pro-Se, at his last known address of P.O. Box 8273, Cranston R.I. 02920.

/s/Aaron L. Weisman

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NORMAN BEDFORD** | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **C.A. No. 07-144S** |
| | : | |
| **STATE OF RHODE ISLAND, et al** | : | |
| **Respondent** | : | |

**MEMORANDUM OF LAW IN SUPPORT OF STATE OF RHODE ISLAND'S RESPONSE IN OBJECTION TO *PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT AND ORDER PURSUANT TO RULE 60(b) (3) (6)***

The basis of Petitioner's motion appears to be his continued contention that the State of Rhode Island and a United States Magistrate Judge committed fraud in connection with the above-captioned case. For the reasons already adverted to in the State's previously submitted pleadings in this case, the State strongly denies that any such fraud was perpetrated.

For this reason, the State would respectfully ask that Petitioner's Rule 60(b) motion be denied.

Respectfully submitted,
**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/Aaron L. Weisman
______________________________

**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

CERTIFICATION

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 2nd day of November, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system; and, I also certify that I caused a copy of the within document to be sent to the following by first class mail on the same date: Norman Bedford, Jr., Pro-Se, at his last known address of P.O. Box 8273, Cranston R.I. 02920.

/s/Aaron L. Weisman