UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v.

D.C.No.07-144S;
Companions:
D.C.Nos.04-271L;
D.C.No. 05-095L.

STATE OF RHODE ISLAND, ET AL., Director,
Ashbel T. Wall II, Rhode Island Department
of Corrections, et al.
(Respondents)

**PETITIONER'S MOTION FOR EVIDENTIARY HEARING**

Now comes Petitioner, NORMAND BEDFORD, in the above-entitled matter and hereby, moves this Honorable Court for an "Evidentiary Hearing," prior to the determination of his pending "Petition for Writ of Habeas Corpus," pursuant to the Federal District Court Rules of Civil Procedure Rule 8(a) on the grounds that Petitioner's claims are of such serious nature to warrant a hearing in the interests of justice. **See** 28 U.S.C. § 2254(d); and **Townsend v. Sam**, 372 U.S. 293, 319 (1963), whereby, the appropriate standard in determining whether an evidentiary hearing is warranted is, "Where the facts are in dispute, the federal court in habeas corpus must hold an evidentiary hearing if the habeas applicant **did not** receive a full and fair evidentiary hearing in a **state court**, either at the time of the trial or in a collateral proceeding." Petitioner asserts that his case meets this standard in light of a complete absence of an evidentiary hearing in the State Supreme Court, nor in any collateral proceeding. Under the above standard of review, Petitioner believes such evidentiary hearing is mandatory.

**ORDER**
**DENIED. None of the claims asserted in Bedford's habeas petition are exhausted, as required.**

[signature]

**Jacob Hagopian, Sr. U.S.M.J.**
Nov 6, 2007

Therefore, Petitioner respectfully requests that for the aforementioned reasons, he be afforded an "Evidentiary Hearing," in the interests of justice, prior to the determination of his pending "Petition for Writ of Habeas Corpus," pursuant to Rule 8(a). **See** also, **Wingo v. Wedding**, **418 U.S. 461 (1974)**; and **28 U.S. C. §636(b)**, where utilization of the magistrate as specified in subdivision (b) will aid in the expeditious and **fair handling** of habeas petitions. Thus, Petitioner prays that this instant motion be granted respectively.

**Respectfully submitted**

**Dated: September 24, 2007.**

Normand Bedford

**NORMAND BEDFORD, Pro se**
**P.O. BOX 8273**
**CRANSTON, RI 02920**

## Certification

I the undersigned hereby, certify, that I caused a true copy of the within "motion for evidentiary hearing," to be mailed this 25th day of **September** ,2007, postage prepaid, to: Mr. Aaron L. Weisman, Rhode Island Attorney General's Office, 150 South Main Street, Providence, Rhode Island 02903.

Normand Bedford