UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v.

D.C.No.07-144S;
Appeal No.07-2538

ASHBEL T. WALL II, Director, R.I.
Department of Corrections, et al.,
ATTORNEY GENERAL FOR THE STATE OF
RHODE ISLAND; AARON L. WEISMAN
(Respondents)

**PETITIONER'S PETITION FOR INJUNCTIVE ORDER TO PERMIT USE OF PRISONER'S FROZEN FUNDS**

Now comes Petitioner, NORMAND BEDFORD, in the above-entitled matter and hereby, moves this Honorable Court for "Injunctive Order against Rhode Island Department of Corrections, et al., to permit the use of 'frozen funds' in prisoner's inmate account," pursuant to **R.I.G.L. 42-56-22(b),** which states in pertinent part, that "Nothing contained in this section shall prevent the use of the funds in the account for the payment of any court fees and court costs required to be paid for the **filing, prosecution, and defense of any action."** Petitioner's position is that he desires to utilize his "frozen funds" for the payment of his **"filing fee,"** in his appeal to the United States Court of Appeals for the First Circuit, pursuant to this Honorable Court's Order of **November 6, 2007.** See **(Memorandum and Order attached).** Petitioner is responsible to pay his filing fee to this Court in the amount of **$455.00,** minus the initial partial payment of **$10.00,** that was recently forwarded to this Court and seeks to use his "frozen funds" in the amount of **$308.14.** See **(Inmate Statement attached dated 11/1/2007).**

**Therefore,** for all the aforementioned reasons Petitioner respectfully asks this Honorable United States District Court to issue an "Injunctive Order against Rhode Island Department of Corrections officials for the allowance and use of 'frozen funds' to defray the cost of the filing fee in his appeal."

**Respectfully submitted**

**Dated: November 28, 2007.**

Normand Bedford

**NORMAND BEDFORD**
**P.O. BOX 8273**
**CRANSTON, RI 02920**

## Certification

I the undersigned hereby, certify, that I caused a true copy of the within pleading to be mailed this 28th day of **November**, **2007**, postage prepaid, regular U.S. mail, to: Mr. Aaron L. Weisman, RI Attorney General's Office, 150 South Main Street, Providence, RI 02903; and Ms. Patricia Coyne-Fague, Chief Counsel, RI Department of Corrections, 40 Howard Avenue, Cranston, RI 02920, via interdepartmental mail.

Normand Bedford