U.S. District Court
Ms. Wendy Geile, Clerk,
1 Exchange Terrace,
Providence, RI 02903

November 28, 2007

Re: Normand Bedford/Inquiry
regarding partial filing fee.

D.C. No.07-144S;
Appeal No.07-2538

Dear Ms. Geile:

Pursuant to this Court's Order of **November 06, 2007,** I instructed the Rhode Island Department of Corrections Accountants to process and forward a ten (10) dollar check payable to this Court for the partial filing fee of my appeal in the above cited case numbers. On **November 20, 2007,** a check was processed. I have enclosed a copy of the ACI "Inmate Account Transfer" dated **November 09, 2007.**

Could you please inform me of the Court's receipt of that filing fee payment.

Also, I recently received a five (5) dollar "Refund Check" from this Court regarding an overpayment. I want to thank you for that refund. Your time in these matters are appreciated. Thanks again.

Sincerely

Normand Bedford
Normand Bedford
P.O. Box 8273
Cranston, RI 02920

Cc: file

RECEIVED
DEC 03 2007
Property of U.S. District Court
District of Rhode Island

# Adult Correctional Institutions
## Inmate Account Transfer

ID # 102384 Max DATE 11-09-07

NAME BEDFORD NORMAND L.
LAST FIRST MIDDLE

A2 10

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE

I. ☐ POSTAGE AMOUNT

1. LETTER / LETTERS ______
2. CARD / CARDS ______
3. CERTIFIED MAIL ______
4. OTHER $ 10.00

TOTAL $ 10.00

IV ☐ WORK RELEASE

RENT FOR WEEK AMOUNT

OF ____ TO ____ $ ______

EXPENSE PAYMENT FOR WEEK

OF ____ TO ____ $ ______

TOTAL $ ______

II. ☒ DRAW CHECK / CASH FOR $ 10.00

U.S. District Court Clerk,
NAME
1 Exchange Terrace
ADDRESS
Providence, RI 02903
CITY OR TOWN
______
RELATIONSHIP

V. ☐ PAYMENT OF FINE

TO ______ COURT

FOR AMOUNT $ ______

PERSON ON VISITING LIST ☐ YES ☐ NO VERIFIED ______
ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRING MONIES Legal filing fee 07-144S

☒ APPROVED ☐ DENIED [signature] Capt 11/13/07
ASSOCIATE DIRECTOR DATE

III. ☐ CLOSING OF INMATE ACCOUNT ☐ OTHER $ ______

I HAVE RECEIVED THE FOLLOWING AMOUNT

$ ______ FROM THE ADULT COR-

RECTIONAL INSTITUTIONS BUSINESS OFFICE.

Normand Bedford
INMATES SIGNATURE

______
RECEIVED ABOVE PAYMENT

S - 14 OFFICE COPY - WHITE INMATE COPY - CANARY