U.S. District Ct.
Office of the Clerk
1 Exchange Terrace
Providence, RI 02903

Nov. 09, 2007

D.C. No. 07-144S.

Re: Normand Bedford - Filing fee.

Dear Clerk of Court:

Please file the enclosed check in the amount of ten (10) dollars, issued by RI Dept. of Corrections (ACI), Pursuant to "Memorandum and Order" of this Court dated Nov. 06, 2007, and by letter of request, enclosed dated Nov. 09, 2007. The check is for "initial filing fee" for the process of my appeal.

Additionally, recent request was made to this Court in writing, for a "refund of a five (5) dollar" overpayment for the filing fee of my petition in D.C. No. 07-144S. Please send me a refund check at the address listed below. Thank you.

Sincerely
Normand Bedford
Normand Bedford
P.O. Box 8273
Cranston, RI 02920

Cc: file
Mr. Aaron L. Weisman.

Dear Senior Accountant: 11-09-07

Please find enclosed, "Memorandum And Order," dated Nov. 6, 2007, from the U.S. district court.

I have enclosed a "money transfer" signed by me authorizing the taking of ten (10) dollars from my account for partial filing fee payment.

I respectfully request, pursuant to said Order, that a check be forwarded to the Clerk of the U.S. district Court in the amount of ten (10) dollars, either from active funds, or frozen.

I have also enclosed "filing letter" to said Court along with self-addressed envelope with first-class postage stamp applied for mailing.

Please provide me notice of the completion of that transaction. Thank you.

Sincerely
Normand Bedford

Cc: file;
Mr. Aaron L. Weisman.

Normand Bedford
P.O. Box 8273
Cranston, RI 02920