**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

NORMAND BEDFORD

v. C. A. No. 07-144 S

A.T. WALL, et al.

**ORDER DIRECTING THE RHODE ISLAND ATTORNEY GENERAL TO RESPOND**

The RHODE ISLAND ATTORNEY GENERAL is hereby ordered to file a Response to the petitioner's "petition for injunctive order" [Dkt # 47] wherein he seeks a Court Order to access funds in his "frozen account" to pay the filing fee on appeal.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 12/17/07