**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NORMAND BEDFORD** | : | |
| | : | |
| **vs.** | : | |
| | : | **C. A. No. 07-144S** |
| | : | |
| **STATE OR RHODE ISLAND,** | : | |
| **A.T. WALL, et al.** | : | |

**RESPONSE TO PETITIONER'S REQUEST FOR INJUNCTIVE RELIEF SEEKING ACCESS TO FUNDS IN PETITIONER'S "FROZEN ACCOUNT"**

Now comes the Rhode Island Department of Corrections and hereby files this Response to Petitioner's Petition for Injunctive Relief, wherein he seeks access to the "frozen funds" in his inmate account for payment of court filing fees to pursue his litigation in the above entitled matter. Pursuant to Rhode Island General Law 42-56-22 (b), the Department of Corrections does not object to petitioner's request to access the funds in his frozen account for the sole purpose of paying court filing fees.

Submitted by:

s/s Kathleen M. Kelly
____________________________

Kathleen M. Kelly, #5501
Senior Legal Counsel
Rhode Island Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
(401) 462-2546/ *fax* (401) 462-2583

**CERTIFICATION**

I hereby certify that a true copy of this Response was sent inter-departmental mail to Normand Bedford, P.O. Box 8273, Cranston, RI, 02920, and mailed to Asst. Atty. Gen. Aaron Weisman, RI Department of the Attorney General, 150 South Main St., Providence, RI, 02903, on the 2nd day of January, 2008.

s/s Kathleen M. Kelly
____________________________