**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NORMAND BEDFORD** | **:** | |
| | **:** | |
| **vs.** | **:** | |
| | **:** | **C. A. No. 07-144S** |
| | **:** | |
| **STATE OR RHODE ISLAND,** | **:** | |
| **A.T. WALL, et al.** | **:** | |

**RESPONDENT'S MEMORANDUM OF LAW IN SUPPORT OF ITS RESPONSE TO PETITIONER'S REQUEST FOR INJUNCTIVE RELIEF SEEKING ACCESS TO FUNDS IN PETITIONER'S "FROZEN ACCOUNT"**

Now comes the Rhode Island Department of Corrections and hereby submits this Memorandum of Law in response to Petitioner's Petition for Injunctive Relief, wherein he seeks access to the "frozen funds" in his inmate account for payment of court filing fees to pursue his litigation in the above entitled matter.

Pursuant to Rhode Island General Law 42-56-22 (b), the Department of Corrections does not object to petitioner's request to access the funds in his "frozen account" for the sole purpose of paying court filing fees.

RIGL § 42-56-22 (a) states "there shall be maintained on account at all times at least twenty-five percent (25%) of the earnings of each prisoner up to a maximum of one thousand dollars ($1000) for all prisoners [not serving a sentence of life without parole]; those funds to be turned over to the prisoner at the time of his or her release from the institution….". RIGL § 42-56-22 (b) further provides "nothing contained in this section shall prevent the use of the funds in the account for the payment of any court fees and courts costs required to be paid for the filing, prosecution, and defense of any action."

Pursuant to the specific provision of § 42-56-22 (b), Petitioner may access the funds in his frozen account to pay court filing fees. Therefore, the Rhode Island Department of Corrections has no objection to petitioner's request.

Submitted by:

s/s Kathleen M. Kelly

Kathleen M. Kelly, #5501
Senior Legal Counsel
Rhode Island Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
(401) 462-2546/ *fax* (401) 462-2583

**CERTIFICATION**

I hereby certify that a true copy of this Memorandum of Law was sent inter-departmental mail to Normand Bedford, P.O. Box 8273, Cranston, RI, 02920, and mailed to Asst. Atty. Gen. Aaron Weisman, RI Department of the Attorney General, 150 South Main St., Providence, RI, 02903, on the 2nd day of January, 2008.

s/s Kathleen M. Kelly