**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

NORMAND BEDFORD

v. C. A. No. 07-144 S

A.T. WALL, et al.

**ORDER GRANTING ACCESS TO FROZEN FUNDS**

With the consent of the Rhode Island Department of Corrections, petitioner Normand Bedford's motion to access "frozen funds" to pay the filing fee for an appeal to the First Circuit Court of Appeals is **GRANTED**. See Dkt # 47.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 8 JAN 08