# Inventory List of Exhibits A-G to Petitioner's Petition for Certificate of Appealability In D.C.No.07-144S, Dated: March 01, 2008 Appeal No.07-2538

| | |
|---|---|
| **Exhibit "A"** | Petitioner's motion for relief from judgement and order pursuant to Rule 60(b), dated and signed by U.S.D.J. Ronald R. Laqueux, 9/13/2007. |
| **Exhibit "B"** | U.S. District Court memorandum and order, signed by U.S.M.J. Hagopian, 9/04/2007. |
| **Exhibit "C"** | U.S. District Court Order, signed by U.S.M.J. Hagopian, dated 9/04/2007, denying motion to be admitted to bail pending review of petition for habeas corpus. |
| **Exhibit "D"** | U.S.D.J. William E. Smith's Order and Judgment, dated 9/21/2007, denying petition for petition for habeas corpus. |
| **Exhibit "E"** | U.S.D.J. William E. Smith's TEXT ORDER, dated 11/13/2007, denying motion for relief from judgment and order. |
| **Exhibit "F"** | Rhode Island Supreme Court Order dated February 15, 2008, denying appellant's motion for appointment of counsel for first appeal as of right. |
| **Exhibit "G"** | U.S.M.J. Jacob Hagopian's Report and Recommendation to Dismiss Petition for Writ of Habeas Corpus in D.C.No.07-144S, dated September 04, 2007. |

**Dated: March 1, 2008.**

Normand Bedford

**NORMAND BEDFORD-Id.#102384**
**MEDIUM 1 SECURITY FACILITY**
**P.O. BOX 8274**
**CRANSTON, RI 02920**
**CR-13-T**