# EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v.

[redacted]
D.C.No.04-271L;
D.C.No.05-095L

STATE OF RHODE ISLAND, ET AL., Director
Ashbel T. Wall II, Rhode Island Department
of Corrections, et al.
(Respondents)

**<u>PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT AND ORDER PURSUANT TO RULE 60(b)(3)</u>**

Now comes Petitioner, NORMAND BEDFORD, in the above-entitled matter and hereby, moves this Honorable Court for "Relief from Judgment and Order," in D.C.Nos.04-271L; and D.C.No.05-095L, pursuant to the Federal Court Rules of Civil Procedure, Rule 60(b)(3), which provides relief from "fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct or an adverse party." Petitioner further asserts that 28 U.S.C. §636, provides, that "Judicial officer, whether Magistrate or Judge has inherent power to reconsider his own order," citing <u>**United States v. Colombo**</u>, **(1985, ED NY) 616 F.Supp. 780, revd on other grounds (CA2 NY) 777 F.2d 96.** Petitioner posits that this Court erroneously dismissed his two former Petitions for Writ of Habeas Corpus in the above cited case numbers without acknowledgment or acquiescing his **"July 14, 2004, Motion to Enlarge Time to File Brief on appeal to State Supreme Court"** but instead, false and fraudulent statements, specifically, in United States District Court Magistrate Judge Jacob Hagopian's **October 14,** 2004, Report and Recommendation to dismiss petition in **D.C.No.04-271L,**



Denied - frivolous;
Ronald R. Lagueux
Sr. USDJ 9/13/07

55

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v.

D.C.Nos.07-00144;
D.C.No.04-271L;
D.C.No.05-095L

STATE OF RHODE ISLAND, ET AL., Director Ashbel T. Wall II, Rhode Island Department of Corrections, et al.
(Respondents)

**PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT AND ORDER PURSUANT TO RULE 60(b)(3)**

Now comes Petitioner, NORMAND BEDFORD, in the above-entitled matter and hereby, moves this Honorable Court for "Relief from Judgment and Order," in **D.C.Nos.04-271L;** and **D.C.No.05-095L**, pursuant to the Federal Court Rules of Civil Procedure, Rule 60(b)(3), which provides relief from "fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct or an adverse party." Petitioner further asserts that 28 U.S.C. §636, provides, that "Judicial officer, whether Magistrate or Judge has inherent power to reconsider his own order," citing United States v. Colombo, **(1985, ED NY) 616 F.Supp. 780, revd on other grounds (CA2 NY) 777 F.2d 96.** Petitioner posits that this Court erroneously dismissed his two former Petitions for Writ of Habeas Corpus in the above cited case numbers without acknowledgment or acquiescing his **"July 14, 2004, Motion to Enlarge Time to File Brief on appeal to State Supreme Court"** but instead, false and fraudulent statements, specifically, in United States District Court Magistrate Judge Jacob Hagopian's **October 14, 2004,** Report and Recommendation to dismiss petition in **D.C.No.04-271L,**

were made to fact finders that Petitioner had failed to file an appellate brief to the Rhode Island Supreme Court, pursuant to that Court's Order of **June 29, 2004**, without acknowledgment of the "Concealed evidence," of the **July 14, 2004**, "Motion to Enlarge Time to File such brief, with a substantial Memorandum in Support therewith, and Exhibits A-D, therein.

Petitioner submits the attached and enclosed "Criminal Complaint, dated **April 17, 2007**," filed with all interested parties, via certified mail receipt, including the United States Attorney, Mr. Robert Clark Corrente, Ms. Marilyn Shannon McConaghy, Insurance Commissioner for the State of Rhode Island, and the United States Court of Appeals for the First Circuit, as well as the parties accused of the misconduct, namely, United States District Court Magistrate Judge Jacob Hagopian, and Rhode Island Assistant Attorney General, Mr. Aaron L. Weisman. The "Criminal Complaint, Affidavit and Claim of Lien" is accompanied with Appendix's 1-4; and Exhibits 1-7. <u>See</u> **also, May 14, 2007**, letter enclosed, addressed to U.S. District Court Magistrate Judge Jacob Hagopian, received via certified mail receipt, article No.7005-1820 0006 0503 5343. <u>See</u> **also**, enclosed certified receipt, time stamped **May 17, 2007**, and **May 21, 2007**, signed by District Court Clerk, Mr. Charles Brule.

Petitioner further asserts that the various offenses described within the enclosed "Criminal Complaint, Affidavit and Claim of Lien" warrant the immediate relief by means of granting the instant motion, essentially, ordering the release of State prisoner from unlawful custody of the Rhode Island Department of Corrections Maximum Security

facility in Cranston, Rhode Island.

Therefore, for all the aforementioned reasons, Petitioner prays that the instant "Motion for Relief from Judgment and Orders in D.C. Nos.04-271L; and D.C.No.05-095L, be granted respectively, thus, ordering the immediate release of Petitioner from unlawful State custody of the Rhode Island Department of Corrections Maximum Security facility, under the care and custody of R.I.D.O.C. Director, Ashbel T. Wall II.

Respectfully submitted

Dated: July 19, 2007.

Normand Bedford

NORMAND BEDFORD, Pro se
P.O. BOX 8273
CRANSTON, RI 02920-0273

Certification

I the undersigned hereby, certify, that I caused a true copy of the within "motion for relief from judgment and orders" with the attached "criminal complaint, affidavit and claim of lien" with it's exhibits 1-7; and appendix's 1-4, to be mailed this 9th day of August ,2007, postage prepaid, to: Mr. Aaron L. Weisman, Rhode Island Attorney General's Office, 150 South Main Street, Providence, Rhode Island 02903; Copy sent to United States District Court, Chief Justice Mary M. Lisi, One Exchange Terrace, Providence, Rhode Island 02903, via certified mail receipt, article No.7005 2570 0001 4829-6039.

Normand Bedford