# EXHIBIT

# "D"

Case 1:07-cv-00144-S-JH Document 36 Filed 09/24/2007 Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Normand Bedford
Plaintiff

V. CA 07-144S

A.T. Wall, et al
Defendant

**ORDER**

The Report and Recommendation of Senior United States Magistrate Judge Jacob Hagopian filed on September 4, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1)(B). State of Rhode Island's Motion to Dismiss is GRANTED and Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DISMISSED.

BY ORDER:

Karen Baldwell
DEPUTY CLERK

ENTER:

WESmith
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 9/21/07

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Normand Bedford**
**Plaintiff**

**V.** **Case Number: C.A. NO. 07-144S**

**A.T. Wall, et al**
**Defendant**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendant, State of Rhode Island, against the Plaintiff, Normand Bedford pursuant to the Court's Order dated September 21, 2007, granting State of Rhode Island's Motion to Dismiss and dismissing Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.**

**BY ORDER:**

Karen Baldwill

**September 24, 2007**
**Date**

**Deputy Clerk**