# EXHIBIT

# "E"

## Orders on Motions

1:07-cv-00144-S-JH Bedford v. State of Rhode Island et al **CASE CLOSED on 09/24/2007**

**U.S. District Court**

**District of Rhode Island**

## Notice of Electronic Filing

The following transaction was entered on 11/13/2007 at 4:54 PM EST and filed on 11/13/2007
**Case Name:** Bedford v. State of Rhode Island et al
**Case Number:** 1:07-cv-144
**Filer:**
**WARNING: CASE CLOSED on 09/24/2007**
**Document Number:** No document attached

**Docket Text:**
TEXT ORDER denying [43] Motion for Relief from Judgment. So Ordered by Judge William E Smith on 11/13/2007. (Baldinelli, Doreen)

**1:07-cv-144 Notice has been electronically mailed to:**

Aaron L. Weisman aweisman@riag.ri.gov, randrade@riag.ri.gov

**1:07-cv-144 Notice has been delivered by other means to:**

Normand Bedford
ACI
Medium Security
P.O. Box 8273
Cranston, RI 02920