# EXHIBIT "F"

**Supreme Court**

No. 03-30-C.A.

State of Rhode Island :

v. :

Normand Bedford :

**ORDER**

This case came before the Court in conference on defendant's motion for the appointment of appellate counsel. For the reasons that follow, the motion must be denied.

First of all, this appeal has been dismissed. On February 13, 2004, we granted the motion of defendant's appointed counsel to withdraw from this case and directed defendant to proceed on appeal thereafter *pro se*. Defendant was ordered to file a brief by March 26, 2004. No brief was filed. On January 4, 2007, we directed defendant to file his brief by February 9, 2007. Again, no brief was filed. Finally, on March 12, 2007, we issued an Order dismissing this appeal for defendant's failure to file his brief, but indicated that the appeal would be automatically reinstated if the brief were filed on or before March 29, 2007. Because no brief was filed by that date, the Order of dismissal became final. Secondly, even assuming the appeal were still pending, the instant motion would in any event not be properly before this Court in view of our January 4, 2007 Order prohibiting any filings by the defendant other than his brief without the Court's prior permission.

Accordingly, for the reasons stated, the motion for appointment of counsel is denied. This appeal having been dismissed, the papers in the case are ordered returned to the Superior Court.

Entered as an Order of this Court this ***15th*** day of ***February 2008.***

By Order,

Jean Maggiacomo

Clerk