**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NORMAN BEDFORD** | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **C.A. No. 07-144S** |
| | : | |
| **STATE OF RHODE ISLAND, et al** | : | |
| **Respondent** | : | |

**STATE OF RHODE ISLAND'S OBJECTION TO PETITIONER'S PETITION FOR CERTIFICATE OF APPEALABILITY ON APPEAL FROM DENIAL OF PETITION FOR WRIT OF HABEAS CORPUS**

Now comes the state of Rhode Island, by and through its attorneys, and, for the reasons expressed in the accompanying memorandum, respectfully asks that this Honorable Court deny Petitioner's petition for certificate of appealability.

Respectfully submitted,
**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/Aaron L. Weisman

**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

CERTIFICATION

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 14th day of March, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system; and, I also certify that I caused a copy of the within document to be sent to the following by first class mail on the same date: Norman Bedford, Jr., Pro-Se, at his last known address of P.O. Box 8273, Cranston R.I. 02920.

/s/Aaron L. Weisman

PDF created with pdfFactory trial version www.pdffactory.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NORMAN BEDFORD** | **:** | |
| **Petitioner,** | **:** | |
| | **:** | |
| **vs.** | **:** | **C.A. No. 07-144S** |
| | **:** | |
| **STATE OF RHODE ISLAND, et al** | **:** | |
| **Respondent** | **:** | |

**MEMORANDUM IN SUPPORT OF STATE OF RHODE ISLAND'S OBJECTION TO PETITIONER'S PETITION FOR CERTIFICATE OF APPEALABILITY ON APPEAL FROM DENIAL OF PETITION FOR WRIT OF HABEAS CORPUS**

As set forth in some detail in the State's previously submitted submissions to this Honorable Court, Mr. Bedford has failed to properly challenge his state court judgments of conviction before the Rhode Island Supreme Court. Consequently, this Honorable Court properly denied his 28 USC § 2254 habeas corpus petition.

The State would therefore respectfully submit that there are no colorable grounds for the issuance of petition for certificate of appealabilty in this matter.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/Aaron L. Weisman
____________________________

**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

PDF created with pdfFactory trial version www.pdffactory.com

CERTIFICATION

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 14th day of March, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system; and, I also certify that I caused a copy of the within document to be sent to the following by first class mail on the same date: Norman Bedford, Jr., Pro-Se, at his last known address of P.O. Box 8273, Cranston R.I. 02920.

/s/Aaron L. Weisman



PDF created with pdfFactory trial version www.pdffactory.com