UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND L. BEDFORD
(Petitioner)

v.

D.C.No.07-144S;
Appeal #07-2538

ASHBEL T. WALL II, Director, Rhode Island Department of Corrections; ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND, AARON L. WEISMAN, ET AL.
(Respondents)

**PETITIONER'S NOTICE OF APPEAL**

Now comes Petitioner, NORMAND L. BEDFORD, in the above-entitled matter and hereby, submits his "Notice of Appeal from this Court's TEXT ORDER dated 3/17/2008, erroneously denying his petition for certificate of appealability" in the above cited case, from the denial of his "petition for writ of habeas corpus," pursuant to 28 U.S.C. §2254.

**Respectfully submitted**

**Dated: March 21, 2008.**

Normand Bedford

**NORMAND L. BEDFORD**
**MEDIUM-1-Id.102384**
**P.O. BOX 8274**
**CRANSTON, RI 02920**
**CR-13-T**

**Certification**

I the undersigned hereby, certify, that I caused a true copy of the instant "Notice of Appeal" to be mailed this 22nd day of **March**, **2008**, regular U.S. mail, postage prepaid, to: Mr. Aaron L. Weisman, Esquire, RI Attorney General's Office, 150 South Main Street, Providence, Rhode Island 02903.

Normand Bedford