UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

March 27, 2008

08-1412

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: **Normand Bedford v. State of Rhode island, et al.**
**CA07-144S**

U.S. COURT OF APPEALS
RECEIVED
APR 01 2008
FOR THE FIRST CIRCUIT

Dear Mr. Donovan:

Enclosed herewith you will find the Supplemental Record together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court
Wendy Geile
Wendy Geile
DEPUTY CLERK

ENC: Certified Docket, Doc# 54-56