MANDATE

CA: 07-144
J. Smith
papers retained
for 07-2538

# United States Court of Appeals
## For the First Circuit

No. 08-1412

NORMAND BEDFORD,

Petitioner - Appellant,

v.

ASHBEL T. WALL, Director, R.I. Department of Corrections;
STATE OF RHODE ISLAND; AARON L. WEISMAN;
ATTORNEY GENERAL OF RHODE ISLAND,

Respondents - Appellees.

**JUDGMENT**

Entered: April 25, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Petitioner's appeal shall continue to proceed under No. 07-2538.

Mandate to issue forthwith.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Linda Barry
**Deputy Clerk**

**Date:** APR 25 2008

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc:
Normand Bedford
Aaron L. Weisman