To: U.S. District Court July 2, 2008
Ms. Wendy Geile, Clerk,
1 Exchange Terrace
Providence, RI 02903

From: Normand Bedford
Med-1-Id. #102384
P.O. Box 8274
Cranston, RI 02920

D.C. No. 07-1445
Appeal No. 07-2538

RECEIVED
JUL 08 2008
Property of U.S. District Court
District of Rhode Island

Re: Request Refund

On 6/24/2008, the Rhode Island Department of Corrections (ACI), mistakingly sent a check to this Court, in the amount of $61.70, presumably, pursuant to this Court's Order issued on 1/08/2008, regarding my "filing fee" for the above noted appeal.

However, as shown from my "Docket History Report" at 2/20/2008, the filing fee was already paid in full. See entries on 1/09/2008; 1/18/2008; and 2/08/2008.

Therefore, could you please refund my $61.70, with a letter to RI Dept. of Corrections Inmate Accounts Office, 51 West Road, Bldg. #138, Cranston RI 02920, that the filing fee for my appeal has

been paid in full, thereby, nullifying this Courts Order of 1/08/2008, in order to alleviate any future mistake.

Thank you for your time in this matter.

Dated:
7/2/2008

Sincerely
Normand Bedford
Normand Bedford
Med-1-Id. 102384
Cranston, RI 02920
CR-13-T

PS. Also, could you send me a copy of the letter addressed to inmate accounts, clarifying the mistake.

Thank you.

Cc: file